## RICHARD M. VOLIN
Partner

RICHARD M. VOLIN joined Finkelstein, Thompson & Loughran in September, 1997 and currently practices in the fields of antitrust and consumer fraud litigation. He is a 1991 graduate of the University of Michigan at Ann Arbor, where he received a Bachelor of Arts degree in English. Mr. Volin then attended the George Washington University Law School, where he received his Juris Doctor with Honors in 1996. During law school, Mr. Volin worked as an intern for the Honorable Marian Blank Horn in the United States Court of Federal Claims. Upon graduation, he served as a judicial law clerk to the Honorable Conrad N. Koch and the Honorable Betty J. Lester in the New Jersey Superior Court for Essex County.

He is a member of the Bars of Maryland, New Jersey and the District of Columbia, and is admitted to practice in the United States District Courts for the District of Columbia, the District of Maryland and the District of New Jersey.

## SHANNON P. CEREGHINO
Partner

SHANNON P. CEREGHINO joined Finkelstein, Thompson & Loughran in September 1997, and practices primarily in the fields of consumer fraud and antitrust class action litigation. She is a graduate of the University of California, San Diego where she received a Bachelor of Arts in Russian Studies and of American University's Washington College of Law. Ms. Cereghino has acted as lead counsel in several consumer product class actions, and was recently commended by the Honorable Carol Mittlesteadt, Superior Court Judge for the State of California, for her work on behalf of a consumer class: "I think the benefits that the class members got are about as good as they could have gotten even if the litigation had gone all the way. ...I do want to commend counsel and the parties for doing a wonderful job in taking care of some litigation in a very reasonable expeditious manner. I am truly impressed as I said at the last hearing with both what the parties have done here and what the attorneys have done and I have no problems with this settlement whatsoever."

Ms. Cereghino is a member of the Maryland, District of Columbia and California bars and practices in the firm's San Francisco office.

## HALLEY F. ASCHER
Associate

HALLEY F. ASCHER joined Finkelstein, Thompson & Loughran in September 2001. Ms. Ascher practices in the fields of securities, consumer fraud and antitrust litigation. She is a 1992 cum laude graduate of the University of Pennsylvania where she received a Bachelor of Arts degree in Elementary Education and a minor in English. Ms. Ascher then attended University of Pennsylvania Law School where she received her Juris Doctor with Honors in 1996. While in law school, Ms. Ascher was a research assistant for Professor Heidi M. Hurd specializing in the area of legal philosophy. She also participated in the University of Pennsylvania Civil Practice Clinic where she was responsible for family law and other civil cases. She is a member of the Maryland and District of Columbia bars.

Ms. Ascher was previously an associate at a large Washington, DC firm where she specialized in insurance coverage litigation, and has also worked at a large Philadelphia firm where she specialized in intellectual property litigation and import/export compliance.

## ALI OROMCHIAN
Associate

ALI OROMCHIAN joined Finkelstein, Thompson & Loughran in January 2003. Mr. Oromchian practices in the fields of securities and antitrust litigation. He is a 1999 graduate of the University of California at Davis, where he received a Bachelor of Arts degree with Honors in Political Science and Rhetoric & Communications. Mr. Oromchian then attended the University of California, Davis School of Law, where he received his Juris Doctor in 2002. During law school, Mr. Oromchian worked for the Honorable Connie Callahan at the California Court of Appeals for the Third District. During law school, Mr. Oromchian was the Editor-in-Chief of the Business Law Journal. Upon graduation, he attended The George Washington University Law School where he received an LL.M.

Mr. Oromchian is a member of the California Bar and the District of Columbia Bar and practices in the firm's San Francisco office.

## HILARY K. RATWAY
Associate

  HILARY RATWAY joined Finkelstein, Thompson & Loughran in November 2003. Ms. Ratway practices in the fields of antitrust, consumer fraud, and securities litigation. She is a 1996 graduate of the University of Colorado, where she received a Bachelor of Arts degree in Environmental Studies. Ms. Ratway then attended American University Washington College of Law, where she received her Juris Doctor, cum laude in 2000. During law school, Ms. Ratway worked for the United States Supreme Court in the Office of Legal Counsel, as well as for the Honorable Ricardo M. Urbina at the United States District Court for the District of Columbia. Before joining Finkelstein, Thompson & Loughran, Ms. Ratway practiced antitrust and consumer fraud litigation for firms in San Francisco and Philadelphia.

  Ms. Ratway is a member of the California and District of Columbia bars.

## KAREN J. MARCUS
Associate

KAREN MARCUS joined Finkelstein, Thompson & Loughran in April 2004. Ms. Marcus practices in the fields of antitrust and consumer fraud litigation. She is a 1999 graduate of the University of Miami, where she received a Bachelor of Arts degree with honors in English. Ms. Marcus then attended The George Washington University Law School where she received her Juris Doctor, cum laude in 2002. During law school, Ms. Marcus worked as an intern for the Environmental Protection Agency in the Office of Enforcement. While in law school, Ms. Marcus worked as a research assistant for Professor Renee Lerner specializing in the areas of legal history and criminal procedure. She also participated in The George Washington University Law School Environmental Law Clinic during law school.

Ms. Marcus is a member of the Virginia, Maryland and District of Columbia bars.

## MICHAEL G. McLELLAN
Associate

MICHAEL G. McLELLAN joined Finkelstein, Thompson & Loughran in May 2004. Mr. McLellan practices in the fields of securities, antitrust and consumer fraud litigation. He is a 1996 graduate of the University of South Carolina, where he received a Bachelor of Arts degree in English. Mr. McLellan also attended the University of South Carolina of Law, where he received his Juris Doctor in 2003. During law school, Mr. McLellan served as Articles Editor for the South Carolina Law Review and was awarded membership in the Order of the Wig and Robe. Upon graduation, Mr. McLellan attended the American University Washington College of Law, where he received an LL.M. in Law and Government, magna cum laude in 2004. While pursuing his LL.M. degree, Mr. McLellan worked as an intern for the Securities and Exchange Commission in the Division of Enforcement and volunteered as a Constitutional Law teacher at Ballou Stay High School. He additionally worked as an independent researcher for the Association of Corporate Counsel.

Mr. McLellan is a member of the South Carolina and District of Columbia bars.

**CHRISTINE G. PEDIGO**
Associate

CHRISTINE G. PEDIGO joined Finkelstein, Thompson & Loughran in June 2004. Ms. Pedigo practices in the fields of antitrust, consumer fraud and securities litigation. She is a 1997 graduate of the San Francisco State University, where she received a Bachelor of Arts degree in English Literature. Ms. Pedigo then attended the University of California, Davis School of Law, where she received her Juris Doctor in 2000. During law school, Ms. Pedigo served as Editor-in-Chief for the Journal of Juvenile Law & Policy. Ms. Pedigo has published "The Portrayal of the Legal System in Young Adult Literature," 2 Davis J. of Juv. L. & Pol'y 17 (1998) and "Protecting Students' Fourth Amendment Rights: Alternatives to School Mandated Urinalysis," 4 Davis J. of Juv. L. & Pol'y 175 (2000).

Ms. Pedigo is a member of the California bar and practices in the firm's San Francisco office.

**BENJAMIN J. WEIR**
Associate

BENJAMIN WEIR joined Finkelstein, Thompson & Loughran in October 2004. Mr. Weir practices in the fields of securities, antitrust and consumer fraud litigation. He graduated from Gettysburg College in 2001, where he received a Bachelor of Arts degree in Political Science. Mr. Weir then matriculated to American University, Washington College of Law, and received a Juris Doctorate degree in 2004. While in law school, Mr. Weir held an internship at The Investor Responsibility Research Center and at the Federal Aviation Administration, Office of the Chief Counsel. He also served as a staff member of *The Administrative Law Review* while in law school.

Mr. Weir is a member of the Commonwealth of Virginia bar and is admitted to practice in the Eastern District of Virginia. His application to the District of Columbia bar is pending.

## ROBERTO G. GARCIA, CFA, CFE
Financial Analyst

ROBERTO G. GARCIA, CFA, CFE received his Masters in Economics from the University of Missouri in 1982. He was awarded his Chartered Financial Analyst charter in 1989. In 2004, Mr. Garcia earned the Certified Fraud Examiner certificate. Mr. Garcia has experience as a financial analyst, portfolio manager, securities broker, bond trader, credit analyst, debt manager, and litigation analyst. As a financial institution liquidity manager, Mr. Garcia was responsible for up to $200 million of short term investments, up to $700 million of outstanding debt, and provided assistance to the RTC and FSLIC by valuing, analyzing, or directly selling over $1 billion of assets. Mr. Garcia has constructed cash flow models for each loan of a $400 million commercial real estate loan portfolio to ensure the accurate application of internal rate of return valuation measures, developed a bank credit scoring system to protect a $100 million portfolio of Fed Funds investments, and created FHLMC securities from mortgage loans. Mr. Garcia has also analyzed the secondary market trading operations and determined the ongoing profitability of a mortgage banking subsidiary with over $6 billion in loan servicing. He also priced branch purchases totaling over $650 million in deposits, evaluated corporate acquisitions, made asset/liability strategy recommendations, and prepared bid packages for the sale of a $2 billion savings association.

While at FT&L, Mr. Garcia has valued the stock of companies involved in merger negotiations, computed damages, analyzed trading strategies, constructed trial exhibits, applied hedge accounting techniques, and reviewed portfolio compositions in cases involving stocks, options, swaps, caps, futures (equity, commodity, and fixed income), conventional mortgage-backed securities, MBS derivatives, loan servicing rights, limited partnership units, fixed income instruments, mutual funds, and synthetic securities. He has developed systematic damage computation techniques for large class action lawsuits including a case that involved more than 600 different limited partnerships and over $3 billion in potential losses.

## LISA R. BOURQUE
Paralegal

      LISA BOURQUE has worked at Finkelstein, Thompson & Loughran since 2004. She is a graduate of American University, where she received a Bachelor of Arts degree in International Studies, cum laude in 2003. During her undergraduate studies she interned at a trade office in Brussels, Belgium and has also worked at the American Bar Association Central European and Eurasian Law Initiative as a fundraising assistant for an international legal training institute.

## LAURANCE W. FRIERSON
Paralegal

LAURANCE FRIERSON has worked at Finkelstein, Thompson & Loughran since 2005. He is a graduate of the College of William and Mary, where he received a Bachelor of Arts degree in International Relations in 2004 (Monroe Scholar). During his undergraduate studies he interned at the International Helsinki Federation for Human Rights in Vienna, Austria.

# EXHIBIT 9

FIRM NAME: Finkelstein, Thompson & Loughran
MATTER: David Butler -- Our File # 1867
REPORTING PERIOD: September 14, 2000 to Present

**TIME REPORT BY ATTY**

| NAME: | * | TOTAL HOURS | HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|---|
| Finkelstein, Burton H. | P | 3.20 | 590 | $1,888.00 |
| Thompson, Douglas G. | P | 279.40 | 590 | $164,846.00 |
| Enright, Donald J. | P | 556.60 | 375 | $207,865.00 |
| Crowley, Conor T. | A | 339.60 | 310 | $105,276.00 |
| Ratway, Hilary K. | A | 23.20 | 290 | $6,728.00 |
| McLellan, Michael G. | A | 245.40 | 225 | $55,215.00 |
| Marcus, Karen J. | A | 14.00 | 250 | $3,500.00 |
| Garcia, Robert G. | F/A | 341.10 | 325 | $110,857.50 |
| Bourque, Lisa R. | PL | 243.80 | 150 | $36,570.00 |
| Lee, Jennifer J. | LC | 21.00 | 130 | $2,730.00 |
| Oromchian, Ali | LC | 8.00 | 160 | $1,280.00 |
| Jack, William M. | LC | 70.10 | 130 | $9,113.00 |
| Bogolin, Julia E. | LC | 6.80 | 125 | $850.00 |
| Maddox, April | LC | 54.50 | 190 | $10,265.00 |
| Gosselin, Danielle C. | LC | 21.40 | 130 | $2,782.00 |
| Weir, Benjamin J. | LC | 9.60 | 140 | $1,344.00 |
| **TOTAL** | | **2,237.70** | | **$721,109.50** |

\* P - Partner
A - Associate
F/A - Financial Analyst
L/C - Law Clerk
PL - Paralegal

1867 BUTLER.XLS FEE 7/13/2005