IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **2:00cv1827** |
| | ) **Electronic Filing** |
| **DAVID W. BUTLER**, | ) ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 22nd day of July, 2005, defendant having filed a Motion for an Award of Attorneys' Fees and Expenses and Memorandum in Support thereof (Document No. 169),

IT IS ORDERED that plaintiff's response and brief in opposition thereto shall be filed on or before August 22, 2005.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Kingdon Kase, Esquire
Catherine E. Pappas, Esquire
Merri Jo Gillette, Esquire
Eustace Theodore Francis, Esquire
Securities & Exchange Commission
Mellon Independence Center
701 Market Street
Suite 2000
Philadelphia, PA 19106

Burton H. Finkelstein, Esquire
Donald J. Enright, Esquire
Conor R. Crowley, Esquire
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007