## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

    v.

DAVID W. BUTLER,

        Defendant.

Civil Action No. 00-1827

Judge Cercone

## SECOND DECLARATION OF DONALD J. ENRIGHT, ESQ.
## IN SUPPORT OF MOTION FOR AN
## AWARD OF ATTORNEYS' FEES AND EXPENSES

I, Donald J. Enright, counsel for David W. Butler in this matter and a partner with

Finkelstein, Thompson & Loughran, hereby affirm and attest under penalty of perjury as follows:

1.     I am an adult of sound mental health, and make these representations on personal

knowledge.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Steven

Olson, dated August 3, 2005.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of David

W. Butler dated August 2, 2005.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Thomas

J. Gill, dated December 11, 2001.

5.     Attached hereto as Exhibit 4 is a true and correct copy of DX 326, a

demonstrative exhibit prepared by Butler's counsel for trial, reflecting the various

calls from Butler's various phones to the various Prudential Washington, DC extensions on March 17, 1997.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of Peter Barrett, dated January 4, 2002.

7.     Attached hereto as Exhibit 6 is a true and correct copy of the Affidavit of Burton H. Finkelstein, Esq., dated July 29, 2005.

8.     Attached hereto as Exhibit 7 is a true and correct copy of a letter from Burton H. Finkelstein, Esq. (Counsel for David Butler) to Michael Novakovic of the United States Securities and Exchange Commission dated January 14, 2000, with the Federal Express shipping slip reflecting the tracking number of this package.

9.     Attached hereto as Exhibit 8 is a Bill of Costs enumerating the costs and expenses paid by David W. Butler in connection with defending this litigation.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the current firm resume of Finkelstein, Thompson & Loughran, counsel for David W. Butler.

11.    Attached hereto as Exhibit 10 is a true and correct accounting of the billable time of David Butler's primary counsel and associated staff in defending this litigation, and supporting time records that have been redacted as necessary to remove privileged information or work product.

Sworn and subscribed under penalty of perjury this 3rd day of August, 2005.

_____

Donald J. Enright, Esq.

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION, )
 )
    Plaintiff, )
 )   Civil Action No. 00-1827
   v. )
 )
DAVID W. BUTLER, )
 )
    Defendant. )
 )

STATE OF CALIFORNIA   )
   ) ss:
COUNTY OF SAN MATEO  )

### AFFIDAVIT OF STEVEN D. OLSON

I, Steven D. Olson, being duly sworn, do hereby testify as follows:

1. I am an adult of majority age, of sound mental health, and I make this affidavit based on personal knowledge. If called to do so, I could and would testify truthfully about the matters set forth herein as follows.

2. I am a Certified Public Accountant licensed to practice in the state of California. I was retained by David W. Butler as his CPA on September 29, 1999 and have served in that capacity since that time. On July 22, 2005, I met with Mr. Butler and was asked to assist him in the preparation of a statement of his personal net worth as of September 14, 2000.

3. Mr. Butler presented me with a preliminary statement of net worth that he had prepared along with supporting documentation, correspondence and other related documents. He stated that his attorney had requested this net worth statement for use in connection with the civil action between Mr. Butler and the Securities and Exchange Commission. The basis of the statement was to be historical cost with no allowance for appreciation or depreciation of the assets.

4. I inspected the preliminary statement and the provided documentation. I discussed the individual line items with Mr. Butler and requested additional information and

supporting documentation. The additional documentation was delivered to my office on Monday July 25, 2005.

5.    Based upon the documents provided, I corrected the preliminary statement prepared by Mr. Butler and added references keying the amount shown to the supporting documentation resulting in the statement and exhibits attached to this affidavit.

6.    The attached statement includes the entire interest of the reported assets and liabilities of Mr. Butler and his spouse, Kristin G. Butler. No reduction has been made for separate property or community property interests.

7.    This statement does not constitute a financial statement in accordance with Generally Accepted Accounting Principles. In performing the requested task I did not audit the information in accordance with Generally Accepted Auditing Standards by obtaining independent third party corroboration of the balances or by other auditing techniques. The purpose of an audit is to express an opinion on a financial statement taken as a whole. As the attached document does not constitute a financial statement and I have not performed an audit of the information, I express no such opinion.

8.    As stated above, the basis of the statement is historical cost, however, I was unable to locate a document showing the amount of principal contributed to the majority of the listed retirement plan accounts. The supporting documentation provided to me listed only the current market value. Therefore the listed balances include not only the original cost but the accumulated reinvestment of earnings and market appreciation. If the reinvested earnings and market appreciation were eliminated and the accounts listed at cost it would have the effect of reducing the amount of total assets. Correspondingly the amount of accrued income tax liability on retirement contributions listed in the liability section of the statement would also decrease. The net effect of these changes would be to reduce the reported net worth. The cost basis of the retirement accounts and the associated accrued tax liability is an ascertainable number however the amount of the adjustment required is unknown at this time.

9.    Mr. Butler has stated to me that there are additional liabilities for which he has been unable to locate supporting documentation. For the purpose of the attached statement those liabilities have not been included. If the undocumented liabilities were included the effect would be to reduce the reported net worth, however the amount of the required reduction is unknown at this time.

10.  Based on the foregoing, I conclude that Mr. Butler's net worth as of September 14, 2000 was no more than $1,952,845.33 and is probably less.  The calculations which allowed me to reach this conclusion are appended hereto as Exhibit A, and the supporting documentation is appended hereto as Exhibit B.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, executed this _3rd_ day of August, 2005.

Notary Signature

Steven D. Olson

Notary Seal

> STEPHANIE MONIKA ANDRADE
> Commission # 1514404
> Notary Public - California
> Santa Clara County
> My Comm. Expires Sep 19, 2008

State of _California_
County of _Santa Clara_
Commission Expires _9/19/08_



**David W. Butler**
Statement of Net Worth
As of September 14, 2000

| Assets | Description | Cost Basis | Ref. |
|---|---|---:|---|
| Wells Fargo Bank (0039-758990) | Checking | 20,871.94 | A1 |
| Fidelity Investments (165-183377) | Retirement Plan - IRA | 2,000.00 | A2 |
| Marconi-Fore - AMEX | Retirement Plan - 401K | 53,975.89 | A3 |
| Prudential (BBE-800814) | Retirement Plan - IRA | 162,876.69 | A4 |
| Prudential (BBE-855988) | Securities | 113,957.97 | A5 |
| Prudential (TFJ-179313) | Money Market | 21,088.94 | A6 |
| PaineWebber (TF14557-66) | UBS PW Technology Fund | 200,000.00 | A7 |
| PaineWebber (TF14557-66) | PW ASPEN Fund, LLC | 125,000.00 | A7 |
| PaineWebber (SJ-34861-LS) | Brandes Investment Fund | 300,000.00 | A8 |
| PaineWebber (SL-34860-LS) | New Bridge Partners Inv. Fund | 200,469.00 | A9 |
| PaineWebber (SJ-34858-LS) | Laurel Capital Fund | 200,000.00 | A10 |
| Personal Residence | 17370 Skyline Blvd. Woodside, CA | 1,600,000.00 | A11 |
| Lockheed Martin | 401(K) (Kristin G. Butler) | 13,440.56 | A12 |
| Mirapoint, Inc. | 401 (K) Profit Sharing Plan | 8,970.81 | A13 |
| Wells Fargo Bank (6401-754312) | Bank Account (Kristin G. Butler) | 4,190.34 | A14 |
| 1999 Chrysler | | 28,000.00 | |
| 2000 Porsche | | 88,950.00 | |
| 1995 Acura | | 15,000.00 | |
| Personal Belongings. | Estimated by David W. Butler | 30,000.00 | |
| | **Total Assets** | 3,188,792.14 | |

| Liabilities | Description | Balance | Ref. |
|---|---|---:|---|
| PaineWebber - Margin | Credit Line | 220,946.17 | L1 |
| Washington Mutual (0021669643) | Home Equity Loan | 237,130.07 | L2 |
| Washington Mutual (0013134671) | Home Mortgage | 592,637.36 | L3 |
| Income Tax Liability | Year 2000 | 57,155.64 | L4a |
| Accrued Income Tax Liability | Retirement Contributions | 117,787.00 | L4b |
| Legal Fees Payable | Finkelstein, Thompson & Loughran | 4,727.50 | L5 |
| Property Maintenance | Garden Service | 720.00 | L6 |
| Property Tax Liability | Two Months & 14 Days Liability | 3,476.22 | L7 |
| ADT | Security Services | 92.85 | L8 |
| Aquaphyle Pool Service | Pool service | 300.00 | L9 |
| Citibank | Credit Card Payable | 863.53 | L10 |
| Dish Network | Satellite TV | 110.47 | L11 |
| | **Total Liabilities** | 1,235,946.81 | |

| | | | |
|---|---|---:|---|
| **Net Worth** | | **1,952,845.33** | |

**Exhibit A**

0039-758990

## WELLS FARGO BANK

╫   WELLS FARGO BANK, N.A.                          #0329
    P.O. BOX 6995
    PORTLAND, OR 97228-6995

    |||.||.||.|||.||....||.||.|.|||.||..||.|||.|....||||..||.||

    DAVID W  BUTLER                    OCN
    KRISTIN BUTLER                     0
    17370 SKYLINE BLVD.
    WOODSIDE CA 94062-3715

    CALL 1-800-TO-WELLS
        (1-800-869-3557)
    24 HOURS/DAY, 7 DAYS/WEEK
    FOR ASSISTANCE WITH
    YOUR ACCOUNT.

---

**PAGE 1 OF 5**      THIS STATEMENT COVERS: 9/12/00 THROUGH 10/10/00

---

**WELLS FARGO NEWSLINE**

EFFECTIVE 12/01/00, THE FOLLOWING HAS BEEN ADDED TO THE DEPOSIT AGREEMENT:
YOUR WELLS FARGO ATM/ATM & CHECK CARD OR INSTANT CASH/CASH & CHECK CARD MUST
NOT BE USED FOR ANY UNLAWFUL PURPOSE (FOR EXAMPLE, FUNDING ANY ACCOUNT THAT IS
SET UP TO FACILITATE ON-LINE GAMBLING).  YOU AGREE YOU WILL NOT USE YOUR CARD
OR ACCOUNT FOR ANY TRANSACTION THAT IS ILLEGAL UNDER APPLICABLE LAW.

---

**STAGECOACH CHECKING**
**0039-758990**

**SUMMARY**

| | | |
|---|---:|---|
| PREVIOUS BALANCE | 8,629.01 | MINIMUM BALANCE              .00 |
| DEPOSITS | 242,484.66+ | AVERAGE BALANCE |
| WITHDRAWALS | 251,088.17- | |
| PHONE BANK CALLS | .00- | |
| POINT OF SALE USAGE FEE | 1.00- | |
| MONTHLY CHECKING FEE | | |
|   AND OTHER CHARGES | 26.50- | |
| DIRECT DEPOSIT DISCOUNT | 2.00+ | |
| ► NEW BALANCE | .00 | |

---

**CHECKS AND WITHDRAWALS**

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|---|---|---:|---|---|---:|
| 2424 | 9/12 | 55.00 | 2544* | 10/02 | 15.00 |
| 2425 | 9/15 | 36.00 | 2546* | 9/25 | 300.00 |
| 2432* | 9/14 | 1,825.35 | 2547 | 9/20 | 75.00 |
| 2434* | 9/13 | 30.66 | 2548 | 9/26 | 37.50 |
| 2438* | 9/12 | 320.00 | 2549 | 9/25 | 37.50 |
| 2439 | 9/22 | 15.00 | 2551* | 9/26 | 3,800.00 |
| 2440 | 9/26 | 125.00 | 2552 | 9/26 | 53.86 |
| 2441 | 9/19 | 810.00 | 2553 | 10/10 | 4,000.00 |
| 2442 | 9/25 | 12.87 | 2554 | 10/03 | 389.00 |
| 2443 | 10/02 | 19.65 | 2556* | 10/04 | 90,000.00 |
| 2444 | 10/06 | 50.00 | 2557 | 10/03 | 43.58 |
| 2445 | 9/18 | 108.55 | 2558 | 10/10 | 110.47 |
| 2449* | 9/13 | 42.74 | 2559 | 10/10 | 580.00 |
| 2532* | 9/15 | 200.00 | 2560 | 10/02 | 2,904.62 |
| 2533 | 9/15 | 200.00 | 2561 | 10/03 | 194.05 |
| 2534 | 9/15 | 200.00 | 2562 | 10/03 | 863.53 |
| | | | 2569* | 10/10 | 340.00 |

| | | |
|---|---|---:|
| WIRE TRANSFER CHARGE | 9/15 | 30.00 |
| WIRE TRANS SVC CHARGE - SEQUENCE: 00091502 7351 | | |
| OUTGOING MONEY TRANSFER DEBIT | 9/15 | 100,000.00 |
| FED#02565 CITIBANK FEDERAL S /FTR/BNF=FINKELSTEIN, THOMPSON AND LOUGHRAN | | |
| PACIFIC BELL 525 APS       6505290564  483 | 9/20 | 289.07 |
| DAVID W BUTLER | | |
| CUSTOMER WITHDRAWAL | 9/21 | 500.00 |
| WIRE TRANSFER CHARGE | 9/27 | 30.00 |
| WIRE TRANS SVC CHARGE - SEQUENCE: 00092702 3605 | | |

CONTINUED



---

**YOUR WELLS FARGO STATEMENT**

PRINTED ON RECYCLED PAPER                                        MEMBER FDIC



**Fidelity** Investments®

WE HELP YOU INVEST RESPONSIBLY™

#BWNFRKS

ErW# 335604817

DAVID W BUTLER
17370 SKYLINE BLVD
WOODSIDE CA 94062-3715

## Investment Report

August 1, 2000 - August 31, 2000

Online
FAST(sm)-Automated Telephone
Customer Service

www.fidelity.com
800-544-5555
800-544-6666

*IRA*

**Brokerage  165-18377**   DAVID W BUTLER - TRADITIONAL IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

### Account Summary

| | |
|---|---|
| Beginning value as of Aug 1 | $2,354.22 |
| Transaction costs, loads and fees | -15.00 |
| Change in investment value | 12.45 |
| Ending value as of Aug 31 | $2,351.67 |

**Your commission schedule**   Std Discount

| | |
|---|---|
| Minimal annual trade requirement | 0 |
| Eligible trades from Sep 1999 - Aug 2000 | 0 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | $12.45 | $91.63 |

### Holdings (Symbol) as of August 31, 2000

| | Performance August 31, 2000 | Quantity August 31, 2000 | Price per Unit August 31, 2000 | Total Value August 1, 2000 | Total Value August 31, 2000 |
|---|---|---|---|---|---|
| **Stocks 0% of holdings** | | | | | |
| NON ACAT REC RETIREMENT ACCT | | 2.0000 | | unavailable | unavailable |
| **Core Account 100% of holdings** | | | | | |
| FIDELITY CASH RESERVES (FDRXX) | 7-day yield: 6.26% | 2,351.6700 | $1.00000 | $2,354.22 | $2,351.67 |

*Position held in cash account.*

### Transaction Details   (for holdings with activity this period)

A2

 **Marconi**

### Marconi USA
### Wealth Accumulation Plan

02055

**Account Statement as of 12-31-2002**

## YOUR ACCOUNT INFORMATION

### Participant Information

DAVID W. BUTLER
17370 SKYLINE BLVD
WOODSIDE, CA 94062-3715

| | |
|---|---|
| Date of Birth: | 08/07/1960 |
| Termination Date: | 12/01/1998 |

## Account at a Glance

Account Activity by Contribution type for the period 10-01-2002 to 12-31-2002 (MM-DD-YYYY)

| Sources | Beginning Balance | Contributions | Distributions/Fees | Investment Results | Ending Balance | Vested Percent | Vested Balance |
|---|---|---|---|---|---|---|---|
| Before-Tax | 98,978.58 | 0.00 | 0.00 | 3,839.44 | 102,818.02 | 100% | 102,818.02 |
| TOTAL | 98,978.58 | 0.00 | 0.00 | 3,839.44 | 102,818.02 | N/A | 102,818.02 |

## Contribution Information as of 01-06-2003

Plan-to-Date Before-Tax Contribs: 

*Year to date totals exclude prior year contributions posted in current year.

## Investment of Future Contributions as of 01-06-2003

| Fund Name | All Sources |
|---|---|
| Stable Value | 100.00 |
| TOTAL | 100.00% |

If you have questions about your plan, contact
J.P. Morgan/American Century Retirement Plan Services P.O. Box 419784 Kansas City, MO 64141-6784
Visit our Web site at www.retireonline.com or call 1-800-345-2345
(International): 1-816-931-8177)


*T •60300• 00001528 00006264 11-448589-5 01 1 141454

 A3

3

NT993BCK-TFJ-003891

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

SIPC

**Retirement Account** ★

For The Period:
**September 1 - September 30, 2000**

Page 1 of 10

Phone: 202-861-4400

Account Number:
**BBE-800814-L1**

| Your Financial Advisor: | RICHARDS & RAY<br>1130 CONNECTICUT AVENUE N. W.<br>ELEVENTH FLOOR<br>WASHINGTON    DC 20036<br>sheldon_ray@prusec.com<br>douglas_richards@prusec.com<br>FORREST E. WILLIAMS |
| E-mail Address: | |
| Your Branch Manager: | |

PRUDENTIAL SECURITIES C/F
MR DAVID M BUTLER
~~IRA R/O DTD~~
17370 SKYLINE ~~BLVD~~    CA 94062-3715
WOODSIDE

Trading authorization has been given to your Financial Advisor

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| Priced Securities Value | $165,902.99 | $152,319.28 |
| Money Market Funds | $3,040.28 | $4,472.96 |
| Cash Balance | $.78 | $17.08 |

*AVERAGE*

168,944.05
152,809.32
_____
325,753.37 ÷ 2 =

| **Total Net Worth** | **$168,944.05** | **$166,809.32** |

### Gain (Loss) Summary

| | CURRENT PERIOD | REALIZED YEAR TO DATE REALIZED |
|---|---|---|
| This Period Realized Gain (Loss) | | $626.58 |
| March 07 To Date Realized Gain (Loss) | | ($1,227.01) |
| Unrealized Gain (Loss) As Of September 30 | | ($10,895.52) |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Money Fund Dividends | $16.68 | $165.96 |
| Dividends | $212.50 | $1,705.27 |

| **Total Income** | **$229.18** | **$1,871.23** |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Funds Added | $.00 | $169,472.74 |
| Funds Withdrawn | $.00 | $.00 |

### Asset Composition



Equities-97.1%
Money Mkt Funds-2.9%

A 4

NT9338CK-TFJ-003901

# Prudential
## Securities
Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

**Securities Account** ✴

For The Period:
**September 1 - September 30, 2000**

SIPC

Page 1 of 9    Phone: 202-861-4400

Account Number:
**BBE-865988-L1**

Your Financial Advisor:    RICHARDS & RAY
1130 CONNECTICUT AVENUE N. W.
ELEVENTH FLOOR
WASHINGTON    DC 20036

E-mail Address:    sheldon_ray@prusec.com
douglas_richards@prusec.com

Your Branch Manager:    FORREST E. WILLIAMS

MR DAVID W BUTLER &
MRS KRISTIN G BUTLER JT TEN
17370 SKYLINE BLVD
WOODSIDE       CA  94062-3715

Trading authorization has been given to your Financial Advisor

## Total Account Net Worth

|  | OPENING | CLOSING |
|---|---|---|
| Priced Securities Value | $117,373.10 | $109,894.51 |
| Money Market Funds | $440.00 | $190.00 |
| Cash Balance | $.62 | $17.70 |
| **Total Net Worth** | **$117,813.72** | **$110,102.21** |

117,813.72
110,102.21
227,915.93 ÷ 2 =

## Gain (Loss) Summary

|  | (LEAD SHEET TO DETAILED SECTION) |
|---|---|
| This Period Realized Gain (Loss) | $710.95 |
| March 07 To Date Realized Gain (Loss) | ($254.15) |
| Unrealized Gain (Loss) As Of September 30 | ($1,384.40) |

## Income & Distributions

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Money Fund Dividends | $2.45 | $113.67 |
| Dividends | $164.93 | $1,350.75 |
| **Total Income** | **$167.38** | **$1,464.42** |

## Cash Activity Highlights

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Funds Added | $.00 | $112,000.00 |
| Funds Withdrawn | $.00 | $.00 |

## Asset Composition



Equities-99.8%
Money Mkt Funds-0.2%

A5



NT833BCK-TFJ-003910

# Prudential Securities
Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**COMMAND Account** ☆

For The Period:
**September 1 – September 30, 2000**

Account Number:
**TFJ-179313-A9**

Page 1 of 4

**Your Financial Advisor:**
DOUGLAS RICHARDS
SENIOR V.P. INVESTMENTS
1130 CONNECTICUT AVENUE N. W.
ELEVENTH FLOOR
WASHINGTON      DC 20036
douglas_richards@prusec.com
FORREST E. WILLIAMS

Phone: 202-872-6542

**E-mail Address:**
**Your Branch Manager:**

MR DAVID W BUTLER &
MRS KRISTIN G BUTLER  JT TEN
17370 SKYLINE BLVD
WOODSIDE        CA  94062-3715

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| Money Market Funds | $33,295.00 | |
| Cash Balance | $.98 | |

| | | |
|---|---|---|
| Total Net Worth | $33,295.98 | $19,593.94 |
| Available For Checkwriting, Visa And Loans | | |

### Gain (Loss) Summary
(PLEASE REFER TO DETAILED SECTIONS)

| | |
|---|---|
| Year To Date Realized Gain (Loss) | $187,250.17 |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Money Fund Dividends | $137.84 | $2,283.40 |
| **Total Income** | **$137.84** | **$2,283.40** |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Opening Cash And Fund Balance | $33,295.98 | |
| Income & Distributions In Cash | $137.84 | $2,283.40 |
| Net Securities Bought/Sold | $.00 | $216,649.01 |
| Funds Withdrawn | $.00 | ($112,000.00) |
| Visa Card Activity | ($5,576.46) | ($34,948.95) |
| Checking & Billpay | ($6,768.42) | ($55,409.43) |
| Margin Interest Charged | $.00 | ($7.72) |
| Closing Cash And Fund Balance | $21,088.94 | |

### Asset Composition

— Money Mkt Funds—100%

SIPC

16

December 2001

**Account Number** TF 14557 66
**Your Financial Advisor**
LLOYD STARR (800) 649-7796
561-624-8400/800-843-5451

Page 2 of 5

# UBS PaineWebber
# Resource Management Account®

EZ1G033058-X136
49321771 - 000007

## Investment objectives

The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary: Aggressive/Speculative
Secondary: Moderate

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS PaineWebber Money fund dividends | $ .00 | $ 499.97 |
| **Total taxable security earnings** | $ .00 | $ 499.97 |
| **Non-taxable** | | |
| Dividends/Interest | $ 204.20 | $ 1,409.89 |
| **Total non-taxable security earnings** | $ 204.20 | $ 1,409.89 |
| **Total current year security earnings** | $ 204.20 | $ 1,909.86 |
| Prior year(s) adjustments | .00 | 37.36 |
| **Net security earnings** | $ 204.20 | $ 1,947.22 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. Refer to the disclosure on the back of the first page. An asterisk (*) indicates a change in the original transaction data from the prior month or the display of new data input at your branch office. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a split-off or taxable exchange.

### Equities

### Other equity investments
Cost basis and gains/losses have not been adjusted automatically for return of capital payments. Restricted security values are estimated for informational purposes. Refer to the disclosure on the back of the first page for details.

| Total shares | Description | Price | Current value | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|
| | PW ASPEN FUND LLC AS OF NOVEMBER 30,2001 | 1,000 | 51,636.00 | 12/30/99 | | | ▓▓▓ | 3,364 |
| | UBS PW TECHNOLOGY LP AS OF NOVEMBER 30, 2001 | | 275,170.00 | 10/26/99 | | | ▓▓▓ | 75,170 |
| | **Total** | | $ 326,806.00 | | | | 325,000 | 1,806 |

### Money funds

| Description | Opening balance | Average yield | Est. annual income | Closing share price | Closing balance |
|---|---|---|---|---|---|
| RMA CAL MONEY FD | 373,153.51 | 0.76% | | 1.00 | 294,003.05 |
| **Total** | $ 373,153.51 | | | | $ 294,003.05 |

| Price | Current value | | Dividend period | Days in period |
|---|---|---|---|---|
| 1.000 | 294,003.00 | | 11/23 - 12/19 | 27 |

December 01/ TF 14557 66

A7

# PaineWebber®
## Portfolio Review

DAVID BUTLER &
SJ-34461-LS

## PORTFOLIO SUMMARY*

**June 30, 2000**

The pie chart provides a snapshot of the allocation of equity, fixed income and cash in your current holdings. The graph illustrates the sources of your portfolio's growth in dollar terms.

### ASSET ALLOCATION



Cash & Equivalents 2.46%

Equity 97.54%

| | VALUE | % |
| --- | --- | --- |
| Cash & Equivalents | 7,834.01 | 2.46 |
| Equity | 310,789.26 | 97.54 |
| Fixed Income | 0.00 | 0.00 |
| **Total Portfolio** | **318,623.27** | **100.00** |

### SOURCES OF PORTFOLIO GROWTH

Market Value $ (Thousands)

● Inception 09/07/99    ▬▬ Ending Market Value    ----- Net Contributions

| | 09/07/99-12/31/99 | 01/01/00-03/31/00 | 01/01/00-06/30/00 |
| --- | --- | --- | --- |
| Beginning Market Value | 302,969.88 | 277,987.83 | |
| Net Contributions* | -1,508.57 | -3,022.02 | -4,928.87 |
| Investment Earnings | 17,159.96 | 43,657.46 | 23,552.14 |
| **Ending Market Value** | **318,623.27** | | **318,623.27** |

MA006814    *Please refer to the Portfolio Review Reference Guide on the last page for all footnotes.

DAVID BUTLER &
SJ-34461-LS

Page 4



# Paine Webber®
## Portfolio Review

DAVID BUTLER &
SJ-34660-LS

## PORTFOLIO SUMMARY*

### June 30, 2000

The pie chart provides a snapshot of the allocation of equity, fixed income and cash in your current holdings. The graph illustrates the sources of your portfolio's growth in dollar terms.

## SOURCES OF PORTFOLIO GROWTH



Market Value $ (Thousands) — 180, 200, 220, 240, 260, 280, 300

09/99  11/99  12/99  01/00  02/00  03/00  04/00  05/00  06/00

● Inception 10/04/99     — Ending Market Value     ---- Net Contributions

| | Current Quarter | Year to Date | Since Inception |
|---|---|---|---|
| Beginning Market Value | 288,430.32 | 216,868.10 | |
| Net Contributions* | -1,484.00 | -1,484.00 | -3,458.51 |
| Investment Earnings | -20,243.35 | 61,318.87 | 79,692.48 |
| Ending Market Value | 276,702.97 | 276,702.97 | 276,702.97 |

## ASSET ALLOCATION

Cash & Equivalents 3.13%

Equity 96.87%

| | Market Value | % Portfolio Allocation |
|---|---|---|
| Cash & Equivalents | 6,668.54 | 3.13 |
| Equity | 268,034.43 | 96.87 |
| Fixed Income | 0.00 | 0.00 |
| Total Portfolio | 276,702.97 | 100.00 |

MA006599     *Please refer to the Portfolio Review Reference Guide on the last page for all footnotes.

DAVID BUTLER &
SJ-34660-LS     Page 3

A9

# PaineWebber®
## Portfolio Review

DAVID BUTLER &
SJ-34858-LS

### PORTFOLIO SUMMARY*

**June 30, 2000**

The pie chart provides a snapshot of the allocation of equity, fixed income and cash in your current holdings. The graph illustrates the sources of your portfolio's growth in dollar terms.

## ASSET ALLOCATION



Cash & Equivalents 2.58%
Equity 97.42%

| | Value ($ Thousands) | % |
| --- | --- | --- |
| Cash & Equivalents | 5,602.77 | 2.58 |
| Equity | 211,391.43 | 97.42 |
| Fixed Income | 0.00 | 0.00 |
| **Total Portfolio** | **216,994.20** | **100.00** |

## SOURCES OF PORTFOLIO GROWTH

Market Value $ (Thousands)

240
230
220
210
200
190
180

08/99   12/99   03/00   06/00

Inception 09/07/89

—— Ending Market Value    ---- Net Contributions

| | Inception 09/07/89 | 12/99 | 06/00 |
| --- | --- | --- | --- |
| Beginning Market Value | | 221,541.21 | 189,810.07 |
| Net Contributions* | | -1,101.65 | -2,161.07 | -3,432.30 |
| Investment Earnings | | -3,445.36 | 29,345.20 | 20,426.50 |
| Ending Market Value | | 216,994.20 | 216,994.20 |

MA006583    *Please refer to the Portfolio Review Reference Guide on the last page for all footnotes.

DAVID BUTLER &
SJ-34858-LS

Page 4

A 10

**First American Title Company**
555 Marshall Street * Redwood City, CA 94063
(650) 367-9050

ESCROW NUMBER:  437763MP
PROPERTY: 17370 Skyline Boulevard
         Woodside, CA. 94062

TODAY'S DATE:  7/01/98
CLOSING DATE:  7/02/98

ESCROW CLOSING STATEMENT OF:
    David W. Butler
    Kristin G. Butler

OTHER PARTY:
    Omar A. Sawaf, Trustee

## BUYER'S CLOSING STATEMENT

| DESCRIPTION | | DEBITS | CREDITS |
|---|---|---|---|
| Sales Price | | ████████ | |
| Deposit By | | | 1,013,700.00 |
| First Deed of Trust (NEW) | | | 600,000.00 |
| Loan Origination Fee | Washington Mutual Bank, F.A. | 3,000.00 | |
| Application Fee | Washington Mutual Bank, F.A. | | 295.00 |
| Tax Service | Lereta Corporation | 79.00 | |
| Flood Certification | Lereta Corporation | 22.00 | |
| Funding / Review Fee | Washington Mutual Bank, F.A. | 545.00 | |
| Wire Fee | Washington Mutual Bank, F.A. | 50.00 | |
| Interest from  7/01/98 to  8/01/98 @ $48.49000/day | | 1,503.19 | |
| Pay Fire Ins Premium   1 yrs  State Farm Insurance | | 2,552.00 | |
| Prorate Taxes        7/01/98 to  7/02/98 @ $6194.60/6 mos. | | | 34.41 |
| Escrow Fee | First American Title Company | 802.00 | |
| Document Preparation | First American Title Company | 75.00 | |
| Notary | | 20.00 | |
| Title Ins. Prem. (Owners) | First American Title Company | 3,034.00 | |
| Title Ins. Prem. (Lender) | First American Title Company | 710.00 | |
| Federal Express Charges (est.) | First American Title Company | 45.00 | |
| Recording Fees | | 75.00 | |
| | | | |
| Balance Due To Buyer | | 1,517.22 | |
| TOTALS | | 1,614,029.41 | 1,614,029.41 |

This statement should be retained by you for Income Tax purposes.

E18



**LOCKHEED MARTIN FEDERAL SYSTEMS**
**DEFERRED INCOME RETIREMENT PLAN**

NA  38015          21

KRISTIN G BUTLER
7213 MEADOWOOD WAY
CLARKSVILLE, MD  21029-1714

Social Security Number: 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
This Statement Period:  October 01, 1996 to December 31, 1996

Client Service Number          **1-800-354-7125**
You may call Fidelity 8:30 am to 8:00 pm EST to inquire
about your account.  For the hearing impaired call
1-800-835-5089 and overseas call 1-972-556-1464 collect.

## MARKET VALUE

| Funds | Units/Shares 09/30/96 | Units/Shares 12/31/96 | Price 09/30/96 | Price 12/31/96 | Market Value 09/30/96 | Market Value 12/31/96 |
|---|---|---|---|---|---|---|
| Retirement Money Mkt | 4622.480 | 4680.920 | $1.00 | $1.00 | $4,622.48 | $4,680.92 |
| Fixed Income Fund | 4011.570 | 4078.300 | $1.00 | $1.00 | $4,011.57 | $4,078.30 |
| GNMA | 94.630 | 96.208 | $10.58 | $10.70 | $1,001.18 | $1,029.43 |
| Asset Manager | 58.634 | 62.175 | $16.49 | $16.47 | $966.87 | $1,024.03 |
| Growth & Income | 276.186 | 278.511 | $28.98 | $30.73 | $8,003.87 | $8,558.64 |
| Magellan | 19.127 | 19.272 | $76.05 | $80.65 | $1,454.61 | $1,554.29 |
| Overseas | 30.049 | 32.034 | $31.41 | $30.84 | $943.83 | $987.92 |
| | | | | | | |
| Total Account Value | | | | | $21,004.41 | $21,913.53 |
| Net Change | | | | | | $909.12 |
| Vested Balance | | | | | | $21,913.53 |

## CONTRIBUTION SUMMARY

| | This Period | Year To Date | Inception To Date |
|---|---|---|---|
| EE Basic Before-Tax | $0.00 | $0.00 | $8,835.60 |
| EE Supp. Before-Tax | $0.00 | $0.00 | $1,954.70 |
| ER Basic Before-Tax | $0.00 | $0.00 | $2,650.26 |
| Total Contributions | $0.00 | $0.00 | |

## CURRENT INVESTMENT CHOICES AS OF 01/15/97

| Funds | Fund/VRS Number | Current Investment Choices | As Of 12/31/96 Your Investment Allocation |
|---|---|---|---|
| Retirement Money Mkt | 0630 | 0.00% | 21.36% |
| Fixed Income Fund | 7786 | 40.00% | 18.61% |
| GNMA | 0015 | 0.00% | 4.70% |
| Asset Manager | 0314 | 15.00% | 4.67% |
| Growth & Income | 0027 | 10.00% | 39.06% |
| Magellan | 0021 | 20.00% | 7.09% |
| Overseas | 0094 | 15.00% | 4.51% |
| TOTAL | | 100.00% | 100.00% |



David W. Butler
17370 Skyline Blvd
Woodside, CA  94062

| ID | NAME | SSN | DEPT. | RATE | OT RATE | PERIOD ENDING | CHECK NO. | CHECK DATE |
|----|------|-----|-------|------|---------|---------------|-----------|------------|
| 0020 | David W. Butler | 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 | | 558.33 | | 06/30/99 | 0459976 | 07/03/99 |

## EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT PERIOD | Y.T.D. |
|-------------|------|-------|----------------|--------|
| Vac Suppl | .00 | .00 | 296.34 | 296.34 |
| Commission | | | 19445.29 | 19445.29 |
| Vacation | 6.44 | 46.00 | .00 | 103.07 |
| Regular | | | | 6493.84 |
| Holiday | | | | 103.08 |
| Recoverabl | | | | 10000.00 |

| | | | | |
|---|---|---|---|---|
| Gross Wages | | | 19741.63 | 36441.62 |

| | | | |
|---|---|---|---|
| Taxable Wages | | 19741.63 | 36441.62 |
| Adjusted (less Flex & Pension) | | 14806.22 | 27470.81 |

| | | | |
|---|---|---|---|
| Vacation/PTO Taken | 70.00 Left | +0.00 | |
| Sick Taken | Left | | |

## DEDUCTIONS

| DESCRIPTION | CURRENT PERIOD | Y.T.D. |
|-------------|----------------|--------|
| 401(k) | | 4935.41 |

| | | |
|---|---|---|
| Total Deductions | 4935.41 | 8970.81 |

## DIRECT DEPOSIT

| DESCRIPTION | CURRENT PERIOD | Y.T.D. |
|-------------|----------------|--------|

Total Direct Deposit

## TAXES

| DESCRIPTION | CURRENT PERIOD | Y.T.D. |
|-------------|----------------|--------|
| Federal | 4145.74 | 7014.04 |
| FICA - OAS | 1223.98 | 2259.42 |
| FICA - Med | 286.25 | 528.45 |
| California | 888.37 | 1593.10 |
| CA Disabil | 75.34 | 158.82 |

| | | |
|---|---|---|
| Total Taxes | 6619.68 | 11553.83 |

## WITHHOLDING STATUS

| DESCRIPTION | STATUS | EXEMPTION | EXTRA |
|-------------|--------|-----------|-------|
| Federal | S | 00 | .00 |
| State | S | 00 | .00 |

| | |
|---|---|
| Net Check Amount | 8186.54 |



6401-754312

**WELLS FARGO BANK**

WELLS FARGO BANK, N.A.                    #0329
P.O. BOX 6995
PORTLAND, OR 97228-6995

KRISTIN  BUTLER                          N
17370 SKYLINE BLVD.
WOODSIDE CA 94062-3715

CALL 1-800-TO-WELLS
    (1-800-869-3557)
24 HOURS/DAY, 7 DAYS/WEEK
FOR ASSISTANCE WITH
YOUR ACCOUNT.

| PAGE 1 OF 1 | THIS STATEMENT COVERS: 8/24/00 THROUGH 9/26/00 |
| --- | --- |

**WELLS FARGO NEWSLINE**

INTRODUCING WELLS FARGO'S NEXT STAGE(R)...
OUR NEW LINE OF ACCOUNTS AND SERVICES
DESIGNED TO HELP YOU REACH YOUR FINANCIAL DESTINATION.
WATCH YOUR MAIL FOR DETAILS.

**MARKET RATE ACCOUNT**
6401-754312

**SUMMARY**

| | | | | |
| --- | --- | --- | --- | --- |
| PREVIOUS BALANCE | | | MINIMUM BALANCE | 4,190.34 |
| DEPOSITS | 115,000.00+ | | AVERAGE BALANCE | 20,367.38 |
| INTEREST EARNED | 19.31+ | | ANNUAL PERCENTAGE | |
| WITHDRAWALS | 25,000.00- | | YIELD EARNED | 1.03% |
| SERVICE CHARGES | .00- | | | |
| ▶ NEW BALANCE | 94,209.65 | | INTEREST EARNED 2000 | 155.97 |

**DETAILS**

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 9/22 | CUSTOMER DEPOSIT | 115,000.00+ | 119,190.34 |
| 9/26 | TRANSFER TO  0039-758990 AT 2057B  09/26 | 25,000.00- | 94,190.34 |
| 9/26 | INTEREST PAYMENT THIS PERIOD | 19.31+ | 94,209.65 |

**INTEREST INFORMATION**

| FROM | THROUGH | INTEREST RATE | ANNUAL PERCENTAGE YIELD (APY) |
| --- | --- | --- | --- |
| 8/24 | 9/24 | 1.50% | 1.51% |
| 9/25 | 9/26 | 2.37% | 2.40% |

INTEREST RATE/APY AS OF 9/26/00 IF YOUR BALANCE IS

| | | |
| --- | --- | --- |
| $ 0 - 2,499 . . . . . . . | 1.00% | 1.00% |
| $ 2,500 - 9,999 . . . . . . | 1.50% | 1.51% |
| $ 10,000 - 24,999 . . . . . | 2.00% | 2.02% |
| $ 25,000 - 49,999 . . . . . | 2.08% | 2.10% |
| $ 50,000 - 99,999 . . . . . | 2.37% | 2.40% |
| $ 100,000 AND OVER. . . . . | 2.37% | 2.40% |

**EXPRESS ATM LOCATIONS USED**   02057B:  2925 WOODSIDE RD, WOODSIDE, CA

THANK YOU FOR BANKING WITH WELLS FARGO

A14

**YOUR WELLS FARGO STATEMENT**

PRINTED ON RECYCLED PAPER                                    MEMBER FDIC

September 2000

Page 1 of 2

EZ1G014347-X156
4005484 - 000039S

PAINEWEBBER INC.
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07087-6790
EZ1G014347-X156  -0900 - SJ - 0

# PaineWebber
## Summary of Accounts

**Your Financial Advisor**
LLOYD STARR                    408-286-5500/800-862-4433

DAVID W.  BUTLER  &
KRISTIN G  BUTLER
17370 SKYLINE BLVD
WOODSIDE         CA  94062-3715

## Summary of assets

This section provides values and percentages by asset category for accounts listed in the Summary of account values section below.
Unpriced assets are excluded; see back for details.

|  | % of priced assets | Value |
|---|---|---|
| Equities | 96.90 | 1,204,111.57 |
| Money funds | 3.10 | 38,509.29 |
| Net Invested assets | 100.00 | $ 1,242,620.86 |
| ▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓▓ |
| **Total account values** | | **$ 1,021,674.69** |

## Summary of account values

This section consolidates account value information for accounts listed below.  If you have additional accounts that you wish to be included, please contact your Financial Advisor.  Account value plus other Items excludes private investments and unpriced assets, but includes insurance products, restricted securities, pending return of principal, accrued interest and cash and money fund balances.  Accounts with only private investments are not listed below.

| Account number | Account type | Account title | Cash/Money funds | | Account value plus other items |
|---|---|---|---|---|---|
| SJ 31958 | RMA | DAVID W. BUTLER & KRISTIN G BUTLER | $ 20,369.10 | $ | 416,863.10 |
| SJ 34858 | Managed | DAVID BUTLER & KRISTIN BUTLER | 6,139.69 | | 213,835.57 |
| SJ 34860 | Managed | DAVID BUTLER & KRISTIN BUTLER | 4,616.01 | | 271,344.90 |
| SJ 34861 | Managed | DAVID BUTLER & KRISTIN BUTLER | 7,384.49 | | 340,577.29 |
| SJ 36943 | ▓▓▓▓▓▓▓▓ | DAVID BUTLER AND KRISTIN BUTLER JTWROS | .00 | | ▓▓▓▓▓ |
|  |  | **Total on September 29** | **$ 38,509.29** | **$** | **1,021,674.69** |

September 00

L1

# ...ington Mutual

Telephone Hours: 7:00 a.m. – 6:00 p.m.  (PT) Monday – Thursday
7:00 a.m. – 4:00 p.m.  (PT) Friday
8:00 a.m. – 1:00 p.m.  (PT) Saturday
1-800-282-4840
1-800-735-2922 TDD – For The Hearing Impaired

| | |
|---|---|
| Loan Number: | 0021669643 |
| Statement Closing Date: | 11/07/00 |
| Page: | 1 OF 1 |

DAVID W BUTLER                    1584 V
KRISTIN G BUTLER
17370 SKYLINE BLVD
WOODSIDE                    CA 94062-3715

| | |
|---|---|
| Available Credit: | $789,399.00 |
| Credit Line Limit: | $1,100,000.00 |
| ANNUAL PERCENTAGE RATE: | 6.49% |

## Line of Credit Statement  On The House™ VISA® Card Number: 4497820041560213

| Previous Balance | (+) Advances & Charges | (−) Payments & Credits | (+)Periodic Rate FINANCE CHARGES Billed | (+/−) Credit/Charges Adjustment | (=) New Balance This is NOT a payoff figure |
|---|---|---|---|---|---|
| | 98,480.01 | 25,000.00 | 1,581.86 | .00 | 312,191.94 |

### Statement Activity

| Posting Date | Effective Date | Description | | | Transaction Amount |
|---|---|---|---|---|---|
| 10/10/00 | 10/10/00 | 10/09 RENT A PHONE LTD | COLCHESTER | GB | 438.06- |
| 10/10/00 | 10/10/00 | 10/09 RENT A PHONE LTD | COLCHESTER | GB | 12.22- |
| 10/18/00 | 10/17/00 | ADVANCE CHECK | 1001 | | 400.00- |
| 10/20/00 | 10/20/00 | ODS ADVANCE | 0000 | | 65,000.00- |
| 10/26/00 | 10/25/00 | ADVANCE CHECK | 1003 | | 7,354.00- |
| 10/26/00 | 10/26/00 | FINANCECHARGE ADVFEE | | | 6.02- |
| 10/27/00 | 10/26/00 | 10/24 CASINOCASH/111 COUN | INCLINE VILLA | NV | 301.00- |
| 10/27/00 | 10/26/00 | ADVANCE CHECK | 1002 | | 2,273.25- |
| 10/30/00 | 10/27/00 | ADVANCE CHECK | 1008 | | 1,465.00- |
| 10/31/00 | 10/30/00 | ADVANCE CHECK | 1007 | | 354.09- |
| 10/31/00 | 10/31/00 | 10/28 SUNDANCE MINE COMPA | PALO ALTO | CA | 1,705.75- |
| 11/02/00 | 11/01/00 | ADVANCE CHECK | 1010 | | 459.88- |
| 11/03/00 | 11/03/00 | 11/02 FRY'S ELECTRONICS # | SUNNYVALE | CA | 221.47- |
| 11/06/00 | 11/03/00 | ADVANCE CHECK | 1012 | | 660.29- |
| 11/06/00 | 11/03/00 | PAYMENT | | | 937.45- |
| 11/06/00 | 11/06/00 | PRINCIPAL PAYMENT | | | 786.30 |
| 11/06/00 | 11/06/00 | FINANCECHARGE ADVFEE | | | 24,213.70 |
| 11/06/00 | 11/06/00 | 11/04 SKYWOOD TRADIN/1728 | WOODSIDE | CA | 4.03- |
| 11/07/00 | 11/06/00 | ADVANCE CHECK | 1004 | | 201.50- |
| 11/07/00 | 11/06/00 | ADVANCE CHECK | 1011 | | 35.00- |
| 11/07/00 | 11/06/00 | ADVANCE CHECK | 1013 | | 16,051.00- |
| | | | | | 600.00- |

| Summary of Statement Activity: | (+/-) Principal | (+/-) Periodic Rate FINANCE CHARGES | (+/-) Fees | (+/-) Other |
|---|---|---|---|---|
| | 74,256.26- | 768.50 | 7.75 | |

## Important Messages

## - - - - - - - - - - - - - - - Finance Charges - - - - - - - - - - - - - - -

| Days | Average Daily Balance | Periodic Rate | ANNUAL PERCENTAGE RATE | Periodic Rate FINANCE CHARGES |
|---|---|---|---|---|
| 32 | 278,776.57 | 0.0177322 | 6.49000 | 1,581.86 |

Adjustment:                                                                    .00
Total Periodic Rate FINANCE CHARGES:                                  1,581.86

 **Washington Mutual**                              **Loan Statement**

Telephone Inquiries
(800) 282-4840
TDD - For The Hearing Impaired
(800) 735-2922

Statement Date:                 November 1, 2000
Activity Since:                  October 2, 2000

Loan Number:                   0013134671

DAVID W BUTLER                    47,510
KRISTIN G BUTLER
17370 SKYLINE BLVD
WOODSIDE CA  94062-3715

*paid 12-200* (handwritten)

See Reverse Side For Additional Information

## Current Loan Information

Property Address:          17370 Skyline Blvd          Principal Balance
                           Woodside CA 94062            Escrow Balance                        $0.00
                                                        Interest Rate                       8.23500%

## Activity Summary                                    ## Payment Due Information

Activity is from October 2, 2000 to November 1, 2000

                                                        Next Payment Due Date               12/01/00
Principal                        1,118.69-             Current Payment                      2,904.62
Interest                         4,023.31              Total Amount Due                    $2,904.62
Total Amount Received           $2,904.62

                                                        To avoid late charges of $145.23, we must receive your
                                                        payment by 12/16/00 during our business hours.

## Escrow/Other Activity                               ## Year-To-Date Information

Property Taxes Paid              $0.00                 Interest Paid                        $37,841.55
Insurance Paid                   $0.00                 Principal Paid                       $1,353.29-
                                                        Real Estate Taxes Paid                  $0.00
                                                        Insurance Paid                          $0.00
                                                        Unpaid Deferred Int. (Loan-to-Date)   $4,383.36

## Messages

* Adjustable Rate Loan Information                     This loan qualifies for PAYMENT OPTIONS. Each PAYMENT OPTION
  Index                          6.03500               includes an escrow payment and late charge(s), if applicable.
  Margin                         2.20000
  For Payment Due      December 1, 2000                1. Minimum payment due:                    $2,904.62
  Interest Rate                  8.23500%              2. Interest only payment:                  $4,066.97
                                                       3. Full principal and interest payment:    $4,531.70
                                                       (based on the remaining term of your loan)
                                                       4. Full principal and interest payment:    $6,268.53
                                                       (based on 15 year term)

*13* (handwritten)

CUSTOMER SERVICE 1-800-282-4840 FOR YOUR CONVENIENCE:  MON-THUR 7:00-8:00 FRI 7:00-4:00 SAT 8:00-1:00 PT

  **FDIC**

**2000**                    **Federal Income Tax Summary**                    **Page 1**

Client I15300

**DAVID W AND KRISTIN G BUTLER**                    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

07/29/05                                                                    04:09 PM

*REGULAR TAX LIABILITY*

|  | 2000 | 1999 | Diff |
|---|---|---|---|
| **INCOME** | | | |
| Wages, salaries, tips, etc . . . . . . . | 247,678 | 62,847 | 184,831 |
| Interest income . . . . . . . . . . . | 7,248 | 4,337 | 2,911 |
| Dividend income . . . . . . . . . . | 22,117 | 26,553 | -4,436 |
| Refunds of state and local taxes . . . | 13,665 | 350 | 13,315 |
| Capital gain or loss . . . . . . . . | 239,435 | 1,701,068 | -1,461,633 |
| Rent, royalty, partnership, estate . . . | 1,262 | 0 | 1,262 |
| Total income . . . . . . . . . . . | 531,405 | 1,795,155 | -1,263,750 |
| **ADJUSTMENTS TO INCOME** | | | |
| Total adjustments . . . . . . . . . | 0 | 0 | 0 |
| Adjusted gross income . . . . . . . | 531,405 | 1,795,155 | -1,263,750 |
| **ITEMIZED DEDUCTIONS** | | | |
| Taxes . . . . . . . . . . . . . | 34,200 | 244,651 | -210,451 |
| Interest . . . . . . . . . . . . | 40,943 | 42,411 | -1,468 |
| Contributions . . . . . . . . . . | 2,625 | 0 | 2,625 |
| Miscellaneous (subject to 2% of AGI) . . | 149,944 | 0 | 149,944 |
| Overall itemized deductions limitation . | -12,074 | -50,057 | 37,983 |
| Total itemized deductions . . . . . . | 215,638 | 237,005 | -21,367 |
| **TAX COMPUTATION** | | | |
| Standard deduction . . . . . . . . | 7,350 | 7,200 | 150 |
| Larger of itemized or standard deduction | 215,638 | 237,005 | -21,367 |
| Income prior to exemption deduction . . | 315,767 | 1,558,150 | -1,242,383 |
| Exemption deduction . . . . . . . . | 0 | 0 | 0 |
| Taxable income . . . . . . . . . | 315,767 | 1,558,150 | -1,242,383 |
| Tax before AMT . . . . . . . . . | 93,829 | 433,770 | -339,941 |
| Alternative minimum tax . . . . . . | 33,854 | 0 | 33,854 |
| Tax before credits . . . . . . . . | 127,683 | 433,770 | -306,087 |
| **CREDITS** | | | |
| Foreign tax credit . . . . . . . . | 514 | 186 | 328 |
| Total credits . . . . . . . . . | 514 | 186 | 328 |
| Tax after credits . . . . . . . . | 127,169 | 433,584 | -306,415 |
| **OTHER TAXES** | | | |
| Total tax . . . . . . . . . . . | 127,169 | 433,584 | -306,415 |
| **PAYMENTS** | | | |
| Federal income tax withheld . . . . . | 63,954 | 7,014 | 56,940 |
| Estimated tax payments . . . . . . . | 0 | 496,390 | -496,390 |
| Total payments . . . . . . . . . . | 63,954 | 503,404 | -439,450 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid . . . . . . . . . | 0 | 69,820 | -69,820 |
| Underpayment penalty . . . . . . . . | 3,018 | 2,157 | 861 |
| Amount refunded to you . . . . . . . | 0 | 67,663 | -67,663 |
| Amount you owe . . . . . . . . . | ▓▓▓▓ | 0 | 66,233 |
| **TAX RATES** | | | |
| Marginal tax rate . . . . . . . . | 39.6% | 39.6% | 0.0% |
| Effective tax rate . . . . . . . . . | 40.3% | 27.8% | 12.5% |

*REGULAR TAX LIABILITY*

L4a

| 2000 | **California Income Tax Summary** | Page 1 |
|---|---|---|
| Client I15300 | **DAVID W AND KRISTIN G BUTLER** | 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 |
| 07/29/05 | | 04:09 PM |

|  | 2000 | 1999 | Diff |
|---|---|---|---|
| **FEDERAL ADJUSTED GROSS INCOME** | | | |
| Federal adjusted gross income . . . . . | 531,405 | 1,795,155 | -1,263,750 |
| **CALIFORNIA SUBTRACTIONS** | | | |
| State tax refund . . . . . . . . | 13,665 | 350 | 13,315 |
| Total subtractions from federal AGI . . | 13,665 | 350 | 13,315 |
| **ADJUSTED GROSS INCOME** | | | |
| Adjusted gross income . . . . . . . | 517,740 | 1,794,805 | -1,277,065 |
| **ITEMIZED DEDUCTIONS** | | | |
| Federal itemized deductions . . . . . | 227,712 | 287,062 | -59,350 |
| Less state, local and foreign taxes. . . | 16,518 | 235,424 | -218,906 |
| Itemized deduction limitation . . . . . | -16,975 | -41,041 | 24,066 |
| California itemized deductions . . . . | 194,219 | 10,597 | 183,622 |
| California standard deduction . . . . . | 5,622 | 5,422 | 200 |
| **TAX COMPUTATION** | | | |
| Taxable income . . . . . . . . . . | 323,521 | 1,784,208 | -1,460,687 |
| Tax . . . . . . . . . . . . . . | 26,578 | 162,548 | -135,970 |
| Net tax . . . . . . . . . . . . | 26,578 | 162,548 | -135,970 |
| **OTHER TAXES** | | | |
| Alternative minimum tax . . . . . . . | 4,158 | 0 | 4,158 |
| Total tax liability . . . . . . . . | 30,736 | 162,548 | -131,812 |
| **PAYMENTS** | | | |
| California income tax withheld . . . . . | 16,242 | 1,593 | 14,649 |
| Estimated tax payments . . . . . . . . | 0 | 174,620 | -174,620 |
| Total payments . . . . . . . . . . . | 16,242 | 176,213 | -159,971 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid . . . . . . . . . . | 0 | 13,665 | -13,665 |
| Underpayment penalty . . . . . . . . . | 281 | 871 | -590 |
| Amount you owe . . . . . . . . . . | ▓▓▓▓ | 0 | 14,775 |
| Amount refunded to you . . . . . . . . | 0 | 12,794 | -12,794 |
| **TAX RATES** | | | |
| Marginal tax rate . . . . . . . . . | 9.3% | 9.3% | 0.0% |
| Effective tax rate . . . . . . . . . | 9.5% | 9.1% | 0.4% |

$$= \frac{(66,233 + 14,775)}{4} \times 3 - \frac{(66,233 + 14,775)}{4} \times \frac{16}{90}$$

$$= \$57,155.64$$

REGULAR TAX PRORATION CALCULATION

| 2000 | FEDERAL INCOME TAX SUMMARY | PAGE 1 |
|---|---|---|

### DAVID W AND KRISTIN G BUTLER

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

| | 2000 | 1999 | DIFF |
|---|---|---|---|
| **INCOME** | | | |
| WAGES, SALARIES, TIPS, ETC . . . . . . . | 247,678 | 62,847 | 184,831 |
| INTEREST INCOME . . . . . . . . . | 7,248 | 4,337 | 2,911 |
| DIVIDEND INCOME . . . . . . . . . . | 22,117 | 26,553 | -4,436 |
| REFUNDS OF STATE AND LOCAL TAXES . . . | 13,665 | 350 | 13,315 |
| CAPITAL GAIN OR LOSS . . . . . . . | 239,435 | 1,701,068 | -1,461,633 |
| TAXABLE PENSIONS . . *Exhibit A* . . . . | ~~241,264~~ | 0 | 241,264 |
| RENT, ROYALTY, PARTNERSHIP, ESTATE . . . | 1,262 | 0 | 1,262 |
| TOTAL INCOME . . . . . . . . . . | 772,669 | 1,795,155 | -1,022,486 |
| **ADJUSTMENTS TO INCOME** | | | |
| TOTAL ADJUSTMENTS . . . . . . . . . | 0 | 0 | 0 |
| ADJUSTED GROSS INCOME . . . . . . . | 772,669 | 1,795,155 | -1,022,486 |
| **ITEMIZED DEDUCTIONS** | | | |
| TAXES . . . . . . . . . . . . | 34,200 | 244,651 | -210,451 |
| INTEREST . . . . . . . . . . . | 40,943 | 42,411 | -1,468 |
| CONTRIBUTIONS . . . . . . . . . . | 2,625 | 0 | 2,625 |
| MISCELLANEOUS (SUBJECT TO 2% OF AGI) . . | 145,119 | 0 | 145,119 |
| OVERALL ITEMIZED DEDUCTIONS LIMITATION . | -19,312 | -50,057 | 30,745 |
| TOTAL ITEMIZED DEDUCTIONS . . . . . . | 203,575 | 237,005 | -33,430 |
| **TAX COMPUTATION** | | | |
| STANDARD DEDUCTION . . . . . . . . | 7,350 | 7,200 | 150 |
| LARGER OF ITEMIZED OR STANDARD DEDUCTION | 203,575 | 237,005 | -33,430 |
| INCOME PRIOR TO EXEMPTION DEDUCTION . . | 569,094 | 1,558,150 | -989,056 |
| EXEMPTION DEDUCTION . . . . . . . . | 0 | 0 | 0 |
| TAXABLE INCOME . . . . . . . . . | 569,094 | 1,558,150 | -989,056 |
| TAX BEFORE AMT . . . . . . . . . | 194,147 | 433,770 | -239,623 |
| ALTERNATIVE MINIMUM TAX . . . . . . | 1,090 | 0 | 1,090 |
| TAX BEFORE CREDITS . . . . . . . . | 195,237 | 433,770 | -238,533 |
| **CREDITS** | | | |
| FOREIGN TAX CREDIT . . . . . . . . | 514 | 186 | 328 |
| TOTAL CREDITS . . . . . . . . . | 514 | 186 | 328 |
| TAX AFTER CREDITS . . . . . . . . | 194,723 | 433,584 | -238,861 |
| **OTHER TAXES** | | | |
| TAX ON IRAS, RETIREMENT PLANS, & MSAS . | 24,126 | 0 | 24,126 |
| TOTAL TAX . . . . . . . . . . . | ~~218,849~~ | 433,584 | -214,735 |
| **PAYMENTS** | | | |
| FEDERAL INCOME TAX WITHHELD . . . . . | 63,954 | 7,014 | 56,940 |
| ESTIMATED TAX PAYMENTS . . . . . . . | 0 | 496,390 | -496,390 |
| TOTAL PAYMENTS . . . . . . . . . | 63,954 | 503,404 | -439,450 |
| **REFUND OR AMOUNT DUE** | | | |
| AMOUNT OVERPAID . . . . . . . . . | 0 | 69,820 | -69,820 |
| UNDERPAYMENT PENALTY . . . . . . . . | 7,949 | 2,157 | 5,792 |
| AMOUNT REFUNDED TO YOU . . . . . . . | 0 | 67,663 | -67,663 |
| AMOUNT YOU OWE . . . . . . . . . | 162,844 | 0 | 162,844 |

*CALCULATION OF TAX ON RETIREMENT PLANS*

L4b

# CALIFORNIA INCOME TAX SUMMARY

**2000**

### DAVID W AND KRISTIN G BUTLER

PAGE 1

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

|  | 2000 | 1999 | DIFF |
|---|---|---|---|
| **FEDERAL ADJUSTED GROSS INCOME** | | | |
| FEDERAL ADJUSTED GROSS INCOME . . . . . | 772,669 | 1,795,155 | -1,022,486 |
| **CALIFORNIA SUBTRACTIONS** | | | |
| STATE TAX REFUND . . . . . . . . . . | 13,665 | 350 | 13,315 |
| TOTAL SUBTRACTIONS FROM FEDERAL AGI . . | 13,665 | 350 | 13,315 |
| **ADJUSTED GROSS INCOME** | | | |
| ADJUSTED GROSS INCOME . . . . . . . . | 759,004 | 1,794,805 | -1,035,801 |
| **ITEMIZED DEDUCTIONS** | | | |
| FEDERAL ITEMIZED DEDUCTIONS . . . . . . | 222,887 | 287,062 | -64,175 |
| LESS STATE, LOCAL AND FOREIGN TAXES. . . | 16,518 | 235,424 | -218,906 |
| ITEMIZED DEDUCTION LIMITATION . . . . . | -31,451 | -41,041 | 9,590 |
| CALIFORNIA ITEMIZED DEDUCTIONS . . . . | 174,918 | 10,597 | 164,321 |
| CALIFORNIA STANDARD DEDUCTION . . . . . | 5,622 | 5,422 | 200 |
| **TAX COMPUTATION** | | | |
| TAXABLE INCOME . . . . . . . . . . | 584,086 | 1,784,208 | -1,200,122 |
| TAX . . . . . . . . . . . . . | 50,811 | 162,548 | -111,737 |
| NET TAX . . . . . . . . . . . . | 50,811 | 162,548 | -111,737 |
| **OTHER TAXES** | | | |
| OTHER TAXES . . . . . . . . . . . | 6,032 | 0 | 6,032 |
| TOTAL TAX LIABILITY . . . . . . . . . | ~~56,843~~ | 162,548 | -105,705 |
| **PAYMENTS** | | | |
| CALIFORNIA INCOME TAX WITHHELD . . . . . | 16,242 | 1,593 | 14,649 |
| ESTIMATED TAX PAYMENTS . . . . . . . | 0 | 174,620 | -174,620 |
| TOTAL PAYMENTS . . . . . . . . . . | 16,242 | 176,213 | -159,971 |
| **REFUND OR AMOUNT DUE** | | | |
| AMOUNT OVERPAID . . . . . . . . . . | 0 | 13,665 | -13,665 |
| UNDERPAYMENT PENALTY . . . . . . . . | 1,364 | 871 | 493 |
| AMOUNT YOU OWE . . . . . . . . . . | 41,965 | 0 | 41,965 |
| AMOUNT REFUNDED TO YOU . . . . . . . | 0 | 12,794 | -12,794 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE . . . . . . . . . | 9.3% | 9.3% | 0.0% |
| EFFECTIVE TAX RATE . . . . . . . . . | 9.7% | 9.1% | 0.6% |

Adjusted Federal Tax   218,849
Adjusted California Tax   56,843
Total Adjusted Tax   275,692
Total Tax As Filed (L9a)   157,905

 TAX ON RETIREMENT PLANS

David W. Butler
17370 Skyline Boulevard
Woodside, CA 94062

CLIENT #:  1867
FILE #:  1867.0001
AS OF: 01/31/02
PAGE #   1
RE:  Defense services in connection with an informal SEC inquiry

| DATE | ATTORNEY OR STAFF | SERVICE | RATE | TIME | AMOUNT |
|------|-------|---------|------|------|--------|
| 09/07/00 | BHF | Telecon with SEC. | 475.00 | .50 | |
| 09/07/00 | RGG | Analyze and review the SEC's numbers. | 250.00 | .80 | |
| 09/08/00 | BHF | Telecon with Butler. | 475.00 | 1.00 | |
| 09/08/00 | RGG | Analyze and review multiple combinations of transaction prices. | 250.00 | 1.30 | |
| 09/11/00 | BHF | Telecons with Butler (3). | 475.00 | 1.50 | |
| 09/11/00 | BHF | Telecon with Ken King / D. Butler. | 475.00 | .50 | |
| 09/11/00 | BHF | Telecon with SEC. | 475.00 | .20 | |
| 09/12/00 | BHF | Telecons with Butler (4), Ken King (2). | 475.00 | 2.80 | |
| 09/12/00 | BHF | Telecon with SEC. | 475.00 | .50 | |
| 09/12/00 | RGG | Analyze and review the March call sales. | 250.00 | .30 | |
| 09/13/00 | BHF | Meeting with CRC. | 475.00 | .20 | |
| 09/13/00 | CRC | Meeting with BHF. | 200.00 | .50 | |
| 09/13/00 | CRC | Review complaint. | 200.00 | .40 | |
| 09/13/00 | CRC | Meeting with DMS. | 200.00 | .50 | |
| 09/14/00 | BHF | Telecons with David Butler (3). | 475.00 | .40 | |
| 09/14/00 | BHF | Telecon with SEC (Jackson/Novakovic). | 475.00 | .20 | |
| 09/14/00 | BHF | Telecons with press reporters. | 475.00 | .30 | |
| 09/15/00 | BHF | Meeting with CRC. | 475.00 | .10 | 47.50 |
| 09/15/00 | DMS | Meeting with CRC re: research for pleadings and motions. | 120.00 | .50 | 60.00 |
| 09/15/00 | DMS | Research SEC cases with injunctions. | 120.00 | 6.20 | 744.00 |
| 09/18/00 | DMS | Review and pull cases (Lexis research). | 120.00 | 4.30 | 516.00 |
| 09/18/00 | DMS | Begin second half of SEC injunctive research. | 120.00 | 1.20 | 144.00 |
| 09/18/00 | BHF | Telecon with Ken King. | 475.00 | .10 | 47.50 |
| 09/19/00 | BHF | Telecon with Butler, Jeff Krinsk. | 475.00 | 1.20 | 570.00 |
| 09/19/00 | CRC | Draft memo re: document exchange. | 200.00 | 1.00 | 200.00 |
| 09/20/00 | BHF | Telecon with Gary Jackson (SEC); Al Yates. | 475.00 | .10 | 47.50 |
| 09/25/00 | BHF | Meeting with CRC. | 475.00 | .20 | 95.00 |



182597

| CUSTOMER'S ORDER NO. | | | DATE 9-13-00 | | | |
|---|---|---|---|---|---|---|
| NAME KRisTin, B. | | | | | | |
| ADDRESS 17370 Skyline B W | | | | | | |
| CITY, STATE/ZIP Chi 94063 | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD. | PAID OUT |

| QUAN. | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 1 | Gordan | | |
| 2 | Service | | |
| 3 | 9 9.00 | 170 | |
| 4 | 9 16.00 | 190 | |
| 5 | 9 23.00 | 190 | |
| 6 | 8 30.00 | 190 | |
| 7 | 9 6.00 | 190 | |
| 8 | 9-13-00 | 190 | |
| 9 | Thank You | | |
| 10 | | | |
| 11 | Total | | |
| 12 | | | |
| RECEIVED BY | Tai Tai | 790 00 | |

**KEEP THIS SLIP FOR REFERENCE**
DC3705

Paid 10/25

L6

Next year
payment

DO NOT USE
FOR REORDERING

☐ TAX DEDUCTIBLE ITEM

2789

12-1-00

$7,455.00

Track Your Expenses...
☐ Mortgage / Rent    ☐ Transportation    ☐ Entertainment & Travel
☐ Gas / Electric    ☐ Credit Card    ☐ Medical / Dental
☐ Telephone    ☐ Taxes    ☐ Dependent Care
☐ Food    ☐ Insurance (Life, Home, Auto)    ☐ Savings & Investment
☐ Clothing    ☐ Home Improvement (Maintenance, Repairs)    ☐ Other

Lee Buffington, County Tax Collec...

eight thousand four hundred fifty five year

BAL
FOR'D

OTHER    /.00

BAL
FOR'D

NOT NEGOTIABLE

Memo   013-102-040

⑈ 1230 1280 ⑈ 00 397 58990 ⑈   2789

L7

**ADT**

**INVOICE DATE**
OCTOBER 07, 2000

TIN: 58-1814102

PLEASE SEND ALL
CORRESPONDENCE
EXCLUDING PAYMENTS
TO THIS ADDRESS

For questions about your system's
operation, or if you need service, please call: (800) 822-5957

**THIS INVOICE REFLECTS ALL
PAYMENTS PROCESSED THROUGH**   OCTOBER 04, 2000

YOUR BILLING ADDRESS:

ADT SECURITY SERVICES
14200 EAST EXPOSITION AVE
AURORA, CO 80012
For questions about your bill, please call: (800) 366-7534
see the reverse, then if necessary call:

**YOUR ADT
CUSTOMER NO.**   274-24647

YOUR SERVICE LOCATION:

DAVID BUTLER
17370 SKYLINE BLVD
WOODSIDE, CA 94062

1431515E *************AUTO**3-DIGIT 940
DAVID BUTLER
17370 SKYLINE BLVD
WOODSIDE, CA 94062-3715

| FROM DATE | THRU DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | PREVIOUS BALANCE | .00 |
| 09/10/00 | 01/31/01 | QUARTERLY BILLING.- SERVICES | 92.85 |
| 11/01/00 | | IMPORTANT: ADT IS RAISING YOUR MONTHLY MONITORING FEE $1.00 AND ENHANCING SERVICE. PAY BY CREDIT CARD AND SAVE MONEY! PLEASE READ THE ENCLOSED INSERT. | |

Paid 11/9/00

**PLEASE PAY
THIS AMOUNT**   92.85

**TERMS: DUE UPON RECEIPT**

PLEASE DETACH HERE AND RETURN THE BOTTOM PORTION WITH YOUR REMITTANCE

L8

**AQUAPHYLE POOL SERVICE**
101 FIRST ST., PMB 349
LOS ALTOS, CA 94022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/01/2000 | 1320 |

**BILL TO:**

Butler
17370 Skyline BLVD
WOOSIDE, CA 94020

| DESCRIPTION | AMOUNT |
|-------------|--------|
| July service | 100.00 |



**TOTAL**    $100.00

L9

© 1997 INTUIT INC. ● 1-800-433-8810



*L 10*

DISH NETWORK
A DIVISION OF ECHOSTAR SATELLITE CORPORATION

Page 1 of 3

## Billing Statement

Payment Due Date: 10/01/00

Billing Date: 09/11/00
Service from 09/26 to 10/25
Account No: 8255 90 905 1185939

DISH NETWORK
DEPT 0063  PALATINE IL
60055-0063

0061010

8255 9000 DH 7 11

DAVE BUTLER
17370 SKYLINE BLVD
WOODSIDE CA 94062-3715

## Account Summary For

*DAVE BUTLER*

| | |
|---|---|
| Previous Balance | 80.24 |
| Payment(s) - Thank You! | - 80.24 |
| **Balance** | **$ 0.00** |
| Account Charges | 110.14 |
| Taxes | 0.33 |
| **Total Charges** | **110.47** |
| **Total Amount Due** | **$ 110.47** |

Please see reverse for account information details.

## For Your Information

Tired of writing checks to DISH Network? Try our new EZ Payment Option, Credit Card AutoPay. It automatically deducts your monthly payment using your credit card. Call 1-800-333-DISH to sign up today.

DISH Network is proud to bring you America's Top 150 "Everything" Pak which includes America's Top 150 and movie packages for only $69.99 a month. This is a savings of about $8 per month off the regular price. This is America's best value in satellite or cable entertainment, today. Requires DISH 500. Call 1-800-333-DISH to sign up

DISH Network is proud to bring you America's Top 150 "Everything" Pak which includes America's Top 150 and movie packages for only $69.99 a month. This is a savings of about $8 per month off the regular price. Requires DISH 500. Call 1-800-333-DISH to sign up today.

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,        )
                                            )
                               Plaintiff,   )
                                            )        Civil Action No. 00-1827
            v.                              )
                                            )
DAVID W. BUTLER,                            )
                                            )
                              Defendant.    )
                                            )

STATE OF NEW YORK             )
                              )    ss:
COUNTY OF SUFFOLK             )

## AFFIDAVIT OF DAVID W. BUTLER

I, David W. Butler, being duly sworn, do hereby testify as follows:

1.      I am an adult of majority age, of sound mental health, and I make this affidavit based on personal knowledge. If called to do so, I could and would testify truthfully about the matters set forth herein as follows:

2.      On February 15, 2000 I was deposed by Michael Novakovic and Elaine Greenberg, officers of the SEC, at SEC Headquarters in Washington, DC.

3.      Before the deposition began, my counsel asked if the SEC was prepared to question me regarding the substantial number of news articles and analyst reports my counsel had delivered via Federal Express to their offices, attention Mr. Novakovic, approximately one month prior to the deposition. The articles and reports were exculpatory, as they tended to demonstrate that the market was aware, prior to my trades, of the distinct possibility that FORE Systems could fall short of analyst expectations for the March 1997 quarter, due to slow Asian sales, slower sales cycles and a high degree of back end loading.

4.      The letter accompanying the press articles and analyst reports explicitly requested that I be questioned regarding them at the deposition.

5.      Prior to the start of the deposition, the officers denied ever having received the delivery of the reports and articles prior to the deposition.

6.    Conor Crowley, my counsel, produced the Federal Express tracking number of the delivery of the information to assist the SEC in tracking the delivery. The officers then appeared to call their office, and reported back that they never received the data. They offered no explanation for the signature receipt of an SEC employee in the possession of Federal Express when asked.

7.    After conferring with my counsel without my presence, the SEC officers refused to question me on the record regarding any of these press articles or analyst reports.

8.    At the end of the deposition I expressed disappointment that the SEC chose not to question me regarding these matters on the record.

9.    After the deposition record was closed, Mr Novakovic stated to me, "When I'm through with this case I'll never be on *your* Christmas card list." (Emphasis in original).

10.    On September 14, 2000 I was not the beneficiary of any trust, or any other asset ownership or asset protection mechanism or instrument.

11.    On September 14, 2000 I had no foreign interest of any kind.

12.    I have been billed at least $1,145,000 for attorneys' fees by Finkelstein, Thompson & Loughran for legal services provided in the defense of this litigation. I have paid, or have a legal obligation to pay, these fees. No other party has ever paid these fees, and I am not aware of any other party – including, but not limited to any insurance carrier, or any current or former employer of mine – with any obligation to pay these fees. To the best of my knowledge, information and belief, these fees are my obligation, and mine alone.

13.    I have provided all available documents and records concerning my assets and liabilities as of September 14, 2000 to my CPA, Steven Olson. These documents and records reflect every asset of any value I owned as of that time, and most (but not all) of the liabilities for which I was obligated at that time. These records are thus sufficient to allow Mr. Olson to prepare a conservative but substantially accurate calculation of my net worth as of September 14, 2000.

I declare under penalty of perjury of the laws of the State of New York that the foregoing is true and correct, executed this _____ day of August, 2005.

8/2/05

David W. Butler

FRANCINE WRIGHT
Notary Public, State of New York
No. 01WR6061326
Qualified in Suffolk County
Commission Expires July 16, 2007

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,    )
                                        )
                        Plaintiff,      )
                                        )        Civil Action No. 00-1827
            v.                          )
                                        )
DAVID W. BUTLER,                        )
                                        )
                        Defendant.      )
                                        )

COMMONWEALTH OF PENNSYLVANIA    )
                                )   ss:
COUNTY OF ALLEGHENY             )

## AFFIDAVIT OF THOMAS J. GILL

I, Thomas J. Gill, being duly sworn, do hereby testify as follows:

1.      I make this affidavit based on personal knowledge.  If called to do so, I could and would testify truthfully about the matters set forth herein as follows.

2.      In March, 1997, I was Chief Operating Officer of FORE Systems, Inc. ("FORE").

3.      Up until the last few days of March, 1997, I remained confident that FORE had the opportunity to book enough orders to achieve minimum Wall Street earnings per share estimates.

4.      I was the author of the electronic mail message dated March 18, 1997, attached hereto as Exhibit "1".

5.      Exhibit "1" reflects my belief as of March 18th that FORE had the possibility to book enough orders to achieve revenue of $120 million and/or earnings per share to meet minimum Wall Street estimates for the quarter ended March 31, 1997.

6.      The $4 million in backlog referred to in Exhibit "1" represents backlog that was on hold and could be released.  On March 18, 1997, FORE had additional shippable backlog (excluding other deferred revenue) in excess of $6 million.

7.      In Exhibit "1", I explained to FORE's regional sales vice presidents how FORE could achieve revenue of $120 million for the quarter ended March 31, 1997.

I declare under penalty of perjury of the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct, executed this __11th__ day of December, 2001.

_____
Thomas J. Gill

Sworn to and Subscribed before me
this _11th_ day of December, 2001.

_____
Notary Public

My Commission Expires: 7-22-04

{Notarial Seal}

Notarial Seal
Alice M. Popovich, Notary Public
Sewickley Boro, Allegheny County
My Commission Expires July 22, 2004

Member, Pennsylvania Association of Notaries

CONFIDENTIAL
TREATMENT REQUESTED
BY FORE SYSTEMS, INC.

**Thomas J. Gill, 10:04 18/03/97 -0, Home Stretch**

Date: Tue. 18 Mar 1997 10:04:37 -0500 (EST)
X-Sender: tgill@popnostl.fore.com
X-Mailer: Windows Eudora Version 2.1.1
To: rbibb@fore.com, mig@fore.com, kirk@fore.com, mmaniglia@fore.com,
    mccarthy@cadia.com, syoung@fore.com, dbutler@fore.com
From: 'Thomas J. Gill' <tgill@fore.com>
Subject: Home Stretch
Cc: ecc@fore.com, om@fore.com, rjk@fore.com

This is my best guess at where we are based on yesterday's conference call:

| Territory | Book to Date | To-Go | Up-Side Needed | Total |
|---|---|---|---|---|
| NA Dir | $21.5 | $17 | $3.0 | $41.5 |
| OEM/SI | $ 6.3 | $ 2 | $1.0 | $ 9.3 |
| Telco Incr. | $ 5.2 | $ 2 | $1.0 | $ 8.2 |
| Federal | $ 8.7 | $ 4 | $1.0 | $13.7 |
| | | | | |
| Subtotal NA | $41.7 | $25 | $6.0 | $72.7 |
| | | | | |
| Asia | $ 7.0 | $ 2 | $2.0 | $11.0 |
| EMEA | $12.5 | $10 | $3.0 | $25.5 |
| Latin Amer. | $ .8 | $ 0.2 | $0.5 | $ 1.5 |
| House/Other | $ 2.3 | $ 0.3 | $0.0 | $ 2.6 |
| | | | | |
| Total | $64.3 | $37.5 | $11.5 | $113.3 |

```
Book n Ship @ 3/17      $68     To get to $130mm
                        -10     "       "$120mm
Adjusted Bk n Ship      $58
Pipeline                -38     From above
Needed Upside           $20
Minus Upside            -12     From above
>From Backlog          ( $ 4 )  Holds, LCs, ATMNet, OEM Dl
Create.................$ 4      Favor from UUnet/Sprint/????

Put differently:

Pipeline         $38
Upside           $12
Backlog        ( $ 4 )
Creative         $ 4

Total            $58
```

The $38mm seems to be very solid. If I break down the U.S. we are
not in bad shape based on the following opportunities:

```
Case Western    $2.7    Reeling in slowly and 98% likely
AHERF            .5     Looks good
Prudential      $1.0    May require some phone calls to push
DACU            $ .9    Likely
McGuire         $ .8    Just popped up and I will personally push
MCINet          $ .7    Credit risk, checking out
ATMNet          $1.2    Same. working 3rd party lease
Anixter         $1.0    Demo stuff plus
Cabletron       $1.0    Not certain

Total           $9.8    Means $9.2 comes from balance of field/channels
```

The international business also appears solid.

Upside suggestions to come from:

```
UUNet           $1.0    Mike/Jeff
Solomon         $1.0    Tom/Mika
```



SEC 020677

CONFIDENTIAL
TREATMENT REQUESTED
BY FORE SYSTEMS, INC.

Thomas J. Gill, 10:04 18/03/97 -0, Home Stretch

| | | |
|---|---|---|
| Sprint | $1.0 | Gnat/Jeff |
| AHERF | $1.0 | Mike/Kirk |
| NSA | $1.0 | Eric/Mike/Richard |
| GTE | $1.0 | Tom/Steve |
| Nissho | $1.0 | Tom/Steve |
| CWare/Telem. | $1.0 | Tom/Dave |
| Knet | $1.0 | Tom/Dave |
| EMEA/Other | $1.0 | Tom/Dave |
| Other | $1.0 | Tom/M2 |
| Total | $11.0 | |

The above are all friends of the company.  We need to be stressing our
business partnerships NOW!

Keep the faith.

-Tom

SEC 020678

Printed for Dave Butler <dbutler@fore.com>

2

# EXHIBIT 4



**Butler's March 17, 1997 Call Records**

(Demonstrative Exhibit)

4:42PM, 2 Minutes, 40 Seconds, Butler Home to Schrichte

3:31PM, 8 Minutes, 55 Seconds, Office to Schrichte, SEC002025

3:28PM, 0 Seconds, Prudential to Office, PRU000007

2:50PM, 9 Minutes, 25 Seconds, Office to Schrichte, SEC002025

2:20PM, 13 Minutes, 29 Seconds, Office to Carmen, SEC001946

2:04PM, 42 Minutes, 55 Seconds, Sales Teleconference Call

1:51PM, 30 Seconds, Office to Carmen, SEC001891

1:39PM, 2 Minutes, 38 Seconds, Office to Carmen, SEC001891

1:05PM, 6 Minutes, 5 Seconds, Office to Carmen, SEC001852

1PM, 9 Minutes, Office to Schrichte Direct, SEC001891

10:21AM, 18 Seconds, Initiated by Prudential, PRU000006

10:08AM, 9 Minutes, 53 Seconds, Office to Carmen, SEC 002025

9:47AM, 10 Minutes, 28 Seconds, Office to Carmen, SEC001851

Time of Day

Call

13
12
11
10
9
8
7
6
5
4
3
2
1

12:00 AM    2:24 AM    4:48 AM    7:12 AM    9:36 AM    12:00 PM    2:24 PM    4:48 PM

## Log of Butler's Call Records and Phone Calls to Prudential - March 17, 1997
### Demonstrative Exhibit

| Date | Initiator | Recipient | Time (GMT) | Time (EST) | Duration | Time (EST) | End (GMT) | Pg. Ref. |
|---|---|---|---|---|---|---|---|---|
| 17-Mar | Office | Carmen Gonzales | 2:47 PM | 9:47 AM | 0:10:28 | 9:47 AM | 14:57:28 | SEC001851 |
| 17-Mar | Office | Carmen Gonzales | 3:08 PM | 10:08 AM | 0:09:53 | 10:08 AM | 15:17:53 | 2025 |
| 17-Mar | Pru | Office X - 39 | 3:21 PM | 10:21 AM | 0:00:18 | 10:21 AM | 15:21:18 | Pru 6 |
| 17-Mar | Office | Chris Schricte | 6:02 PM | 1:00 PM | 0:09:00 | 1:00 PM | 18:11:00 | 1891 |
| 17-Mar | Office | Carmen Gonzales | 6:05 PM | 1:05 PM | 0:06:05 | 1:05 PM | 18:11:05 | 1852 |
| 17-Mar | Office | Carmen Gonzales | 6:39 PM | 1:39 PM | 0:02:38 | 1:39 PM | 18:41:38 | 1891 |
| 17-Mar | Office | Carmen Gonzales | 6:51 PM | 1:51 PM | 0:00:30 | 1:51 PM | 18:51:30 | 1831 |
| 17-Mar | Office | Conference Call | 7:04 PM | 2:04 PM | 0:42:55 | 2:04 PM | 19:46:55 | |
| 17-Mar | Office | Carmen Gonzales | 7:20 PM | 2:20 PM | 0:13:49 | 2:20 PM | 19:33:49 | 1946 |
| 17-Mar | Office | Chris Schricte | 7:50 PM | 2:50 PM | 0:09:25 | 2:50 PM | 19:59:25 | 2025 |
| 17-Mar | Pru | Office - Main? | 8:28 PM | 3:28 PM | 0:00:00 | 3:28 PM | 20:28:00 | Pru 7 |
| 17-Mar | Office | Chris Schricte | 8:31 PM | 3:31 PM | 0:08:55 | 3:31 PM | 20:39:55 | 2025 |
| 17-Mar | Home | Chris Schricte | 9:42 PM | 4:42 PM | 0:02:40 | 4:42 PM | 21:44:40 | |

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID W. BUTLER, )<br><br>Defendant. ) | Civil Action No. 00-1827 |

AFFIDAVIT OF PETER BARRETT

I, PETER BARRETT, aver as follows:

1. I make this affidavit based on personal knowledge. If called to do so, I could and would testify truthfully about the matters set forth herein.

2. From August 1993 through April 1998, I was employed as a broker by Prudential Securities, Inc. ("Prudential"), in Washington, DC.

3. David W. Butler was a client of mine in 1996 and 1997.

4. During March 1997, I serviced clients jointly with Christopher Schrichte and Christopher Robinson, registered brokers at Prudential.

5. During March 1997, my administrative assistant was Carmen Gonzales.

6. As early as January 31, 1996, Mr. Butler informed me in writing that he was concerned that his portfolio, which consisted almost entirely of FORE common stock, was too concentrated and that he wished to diversify his holdings, or hedge his position, to protect his net worth. (See January 31, 1996, facsimile attached hereto as Exhibit A.)

7. In a January 31, 1996, facsimile Mr. Butler indicated that he preferred to continue to hold

his FORE common shares and asked for my advice regarding the purchase of put options on FORE common stock to protect against an unforeseen drop in FORE's common stock price, and the sale of covered call options to generate supplemental income and reduce his margin balance. See Exhibit A.

8.  The purchase of put options on FORE common stock was the most efficient way for Mr. Butler to preserve his net worth while continuing to hold FORE common stock.

9.  To protect his net worth, Mr. Butler bought put options on FORE common stock in 1996, hedging his long position in FORE common stock.

10. This transaction protected Mr. Butler against an unexpected drop in FORE's common stock and allowed him to maintain his long position in FORE common stock.

11. At least one week prior to March 17, 1997, I again discussed with Mr. Butler the need to diversify or hedge, given that almost all of his net worth remained in the form of FORE common stock, the price of which had been steadily dropping for months. This discussion focused on the purchase of put options in an amount that would hedge his long position in FORE common stock.

12. On March 17, 1997, I spoke directly with Mr. Butler and confirmed that he wished to place an order to purchase 600 July put options on FORE common stock as a long-term hedge against continuing drops in the price of FORE common stock. I agreed with Mr. Butler that this was a prudent hedging strategy given that almost all of his net worth was in the form of FORE common stock.

13. This transaction protected Mr. Butler against an unexpected drop in the price of FORE common stock but allowed him to maintain his long position in FORE common stock.

14. Mr. Butler never indicated to me that he believed FORE would fail to meet consensus

revenue and earnings estimates.

15. I specifically recall March 17, 1997, because it was St. Patrick's Day, and my practice on that day was to leave the office at lunch time and not return that day.

16. During 1996 and 1997, pursuant to his stated goal of January 31, 1996, Mr. Butler wrote covered call options on the common stock of FORE and other corporations on numerous occasions as part of an ongoing strategy to generate supplemental income.

17. In August 2001, I was subpoenaed by the Securities and Exchange Commission ("SEC") to provide deposition testimony in this matter.

18. The evening before my deposition, I was contacted at home by Catherine Pappas, an attorney with the SEC, who wished to discuss my testimony.

19. After a two hour conversation regarding my recollection of the pertinent events of March 1997, Ms. Pappas informed me that my deposition would be cancelled and that my testimony would not be needed.

20. I have not spoken to Mr. Butler in several years and we do not maintain a relationship.

I declare under penalty of perjury of the laws of the District of Columbia that the foregoing is true and correct, executed this 4th day of January 2002.

Peter Barrett

District of Columbia
City of Washington

Sworn to before me this 4 day of January 2002.

Notary Public
SANDRA P. IRWIN
Notary Public, District of Columbia
My Commission Expires May 14, 2004