# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/8/2004 | MGM | 1867 / BUTLER | T B07 | 0.60 | 225.00 | 135.00 |
| | | P&M:Draft Motion in Limine relating to investigatory transcripts | | | | |
| 9/8/2004 | MGM | 1867 / BUTLER | T B14 | 1.00 | 225.00 | 225.00 |
| | | P&M:Research for Motions in Limine | | | | |
| 9/9/2004 | LRB | 1867 / BUTLER | T D20 | 4.50 | 150.00 | 675.00 |
| | | CA&P:Trial preparation; finalize exhibits, make copies for court & opposing counsel | | | | |
| 9/8/2004 | RGG | 1867 / BUTLER | T E01 | 7.80 | 325.00 | 2,535.00 |
| | | L&DA:Analysis and evaluation of exhibits and the exhibit datases. | | | | |
| 9/9/2004 | MGM | 1867 / BUTLER | T B14 | 3.10 | 225.00 | 697.50 |
| | | P&M:Research case law concerning ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | | | | |
| 9/9/2004 | MGM | 1867 / BUTLER | T B08 | 1.10 | 225.00 | 247.50 |
| | | P&M:Edit/revise pretrial memorandum | | | | |
| 9/9/2004 | MGM | 1867 / BUTLER | T B07 | 1.80 | 225.00 | 405.00 |
| | | P&M:Draft Motion in Limine concerning investigatory transcripts. | | | | |
| 9/9/2004 | MGM | 1867 / BUTLER | T B15 | 0.30 | 225.00 | 67.50 |
| | | P&M:Review oppositions to Motions in Limine | | | | |
| 9/9/2004 | MGM | 1867 / BUTLER | T B07 | 1.30 | 225.00 | 292.50 |
| | | P&M:Draft replies to oppositions to Motions in Limine | | | | |
| 9/6/2004 | DGT | 1867 / BUTLER | T D13 | 4.00 | 590.00 | 2,360.00 |
| | | CA&P:Prepare for trial | | | | |
| 9/7/2004 | DGT | 1867 / BUTLER | T D13 | 7.00 | 590.00 | 4,130.00 |
| | | CA&P:Prepare for trial | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 9/8/2004 | DGT | 1867 / BUTLER | T<br>D13 | 8.00 | 590.00 | 4,720.00 |
| | | CA&P:Prepare for trial | | | | |
| 9/9/2004 | DGT | 1867 / BUTLER | T<br>D13 | 8.50 | 590.00 | 5,015.00 |
| | | CA&P:Prepare for trial | | | | |
| 9/3/2004 | DGT | 1867 / BUTLER | T<br>D13 | 6.50 | 590.00 | 3,835.00 |
| | | CA&P:Prepare for trial | | | | |
| 8/30/2004 | DGT | 1867 / BUTLER | T<br>D13 | 7.00 | 590.00 | 4,130.00 |
| | | CA&P:Prepare for trial | | | | |
| 8/27/2004 | DGT | 1867 / BUTLER | T<br>D13 | 6.50 | 590.00 | 3,835.00 |
| | | CA&P:Prepare for trial | | | | |
| 8/19/2004 | DGT | 1867 / BUTLER | T<br>D13 | 5.50 | 590.00 | 3,245.00 |
| | | CA&P:Prepare for trial | | | | |
| 9/10/2004 | MGM | 1867 / BUTLER | T<br>B07 | 2.00 | 225.00 | 450.00 |
| | | P&M:Draft Motion in Limine re. investigative transcripts | | | | |
| 9/10/2004 | MGM | 1867 / BUTLER | T<br>B08 | 0.90 | 225.00 | 202.50 |
| | | P&M:Edit/revise Motion in Limine re. investigative transcripts | | | | |
| 9/10/2004 | LRB | 1867 / BUTLER | T<br>D20 | 8.90 | 150.00 | 1,335.00 |
| | | CA&P:Trial preparation; exhibit designations; exhibits | | | | |
| 9/10/2004 | MGM | 1867 / BUTLER | T<br>B14 | 1.20 | 225.00 | 270.00 |
| | | P&M:Research concerning admissibility of investigative testimony | | | | |
| 9/10/2004 | MGM | 1867 / BUTLER | T<br>B14 | 4.00 | 225.00 | 900.00 |
| | | P&M:Research standards for ~~admissibility of witness testimony in investigative proceedings~~ | | | | |
| 9/11/2004 | MGM | 1867 / BUTLER | T<br>B14 | 1.00 | 225.00 | 225.00 |
| | | P&M:Research admissibility of transcripts from | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------|-----------|-------|-------|-------|
| | | investigatory proceeding | | | | |
| 9/11/2004 | MGM | 1867 / BUTLER | T<br>B07 | 2.00 | 225.00 | 450.00 |
| | | P&M:Draft motion in limine regarding investigative transcripts.. | | | | |
| 9/11/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.00 | 225.00 | 225.00 |
| | | P&M:Draft Motion in Limine re. investigative transcripts. | | | | |
| 9/11/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.40 | 225.00 | 315.00 |
| | | P&M:Draft replies to oppositions to Motions in Limine | | | | |
| 9/12/2004 | MGM | 1867 / BUTLER | T<br>B07 | 5.10 | 225.00 | 1,147.50 |
| | | P&M:Draft replies to oppositions to Motions in Limine | | | | |
| 9/13/2004 | LRB | 1867 / BUTLER | T<br>D20 | 6.80 | 150.00 | 1,020.00 |
| | | CA&P:Trial preparation: exhibits | | | | |
| 9/9/2004 | RGG | 1867 / BUTLER | T<br>E01 | 7.30 | 325.00 | 2,372.50 |
| | | L&DA:Analysis and evaluation of databases and exhibits. | | | | |
| 9/9/2004 | RGG | 1867 / BUTLER | T<br>E17 | 0.80 | 325.00 | 260.00 |
| | | L&DA:Analysis and evaluation of exhibits with expert Courtney Bellaire | | | | |
| 9/10/2004 | RGG | 1867 / BUTLER | T<br>E11 | 0.80 | 325.00 | 260.00 |
| | | L&DA:Analysis and evaluation of exhibits with DGT. | | | | |
| 9/10/2004 | RGG | 1867 / BUTLER | T<br>E01 | 8.20 | 325.00 | 2,665.00 |
| | | L&DA:Analysis and evaluation of databases and exhibits. | | | | |
| 9/12/2004 | RGG | 1867 / BUTLER | T<br>E01 | 5.60 | 325.00 | 1,820.00 |
| | | L&DA:Analysis and evaluation of stipulations. | | | | |
| 9/12/2004 | RGG | 1867 / BUTLER | T<br>E01 | 1.90 | 325.00 | 617.50 |
| | | L&DA:Analysis and evaluation of exhibits and the supporting databases. | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/13/2004 | MGM | 1867 / BUTLER | T<br>B07 | 4.50 | 225.00 | 1,012.50 |
| | | P&M:Draft replies to Motions in Limine | | | | |
| 9/10/2004 | DGT | 1867 / BUTLER | T<br>D13 | 7.00 | 590.00 | 4,130.00 |
| | | CA&P:Prepare FOR TRIAL, exhibits, pt mem etc | | | | |
| 9/11/2004 | DGT | 1867 / BUTLER | T<br>D13 | 4.00 | 590.00 | 2,360.00 |
| | | CA&P:Prepare for trial, pt memo | | | | |
| 9/12/2004 | DGT | 1867 / BUTLER | T<br>D13 | 1.00 | 590.00 | 590.00 |
| | | CA&P:Prepare for trial --select exs per witness | | | | |
| 9/13/2004 | MGM | 1867 / BUTLER | T<br>B08 | 1.10 | 225.00 | 247.50 |
| | | P&M:Edit/revise replies to oppositions to Motions in Limine | | | | |
| 9/13/2004 | MGM | 1867 / BUTLER | T<br>B14 | 2.00 | 225.00 | 450.00 |
| | | P&M:Research background of Fed. R. Civ. P. 37(c) | | | | |
| 9/13/2004 | MGM | 1867 / BUTLER | T<br>B07 | 2.70 | 225.00 | 607.50 |
| | | P&M:Draft opposition to MIL re. expert testimony. | | | | |
| 9/13/2004 | DGT | 1867 / BUTLER | T<br>D13 | 8.00 | 590.00 | 4,720.00 |
| | | CA&P:Prepare for trial - exhibits, pt memo, etc | | | | |
| 9/14/2004 | LRB | 1867 / BUTLER | T<br>D20 | 8.10 | 150.00 | 1,215.00 |
| | | CA&P:Trial preparation re exhibits, witness designations | | | | |
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B14 | 2.80 | 225.00 | 630.00 |
| | | P&M:Research concerning relationship of analyst reports to public information. · | | | | |
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B15 | 1.00 | 225.00 | 225.00 |
| | | P&M:Review Plaintiff's pretrial brief | | | | |
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.40 | 225.00 | 315.00 |
| | | P&M:Draft opposition to Conner Motion in Limine | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B08 | 0.40 | 225.00 | 90.00 |
| | | P&M:Edit/revise pretrial memorandum | | | | |
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B08 | 0.60 | 225.00 | 135.00 |
| | | P&M:Edit/revise pretrial narrative | | | | |
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B14 | 1.00 | 225.00 | 225.00 |
| | | P&M:Research opposition to Motion in Limine re.<br>Conner as moot. | | | | |
| 9/14/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.90 | 225.00 | 427.50 |
| | | P&M:Draft opposition to Motion in Limine re. Conner<br>as moot. | | | | |
| 9/15/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.40 | 225.00 | 315.00 |
| | | P&M:Draft opposition to Conner MIL as moot. | | | | |
| 9/15/2004 | MGM | 1867 / BUTLER | T<br>B08 | 1.00 | 225.00 | 225.00 |
| | | P&M:Edit/revise opp. to MIL to exclude Conner<br>testimony | | | | |
| 9/14/2004 | DGT | 1867 / BUTLER | T<br>D13 | 7.00 | 590.00 | 4,130.00 |
| | | CA&P:Prepare for trial, various | | | | |
| 9/15/2004 | MXJ | 1867 / BUTLER | T<br>B13 | 1.30 | 120.00 | 156.00 |
| | | P&M:Prepare: Copying documents for court per DJE | | | | |
| 9/15/2004 | MGM | 1867 / BUTLER | T<br>B14 | 1.10 | 225.00 | 247.50 |
| | | P&M:Research SEC pleadings for ▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 9/15/2004 | LRB | 1867 / BUTLER | T<br>D20 | 11.60 | 150.00 | 1,740.00 |
| | | CA&P:Trial preparation; witness books;<br>demonstrative exhibits; copies of master exhibits | | | | |
| 9/15/2004 | MGM | 1867 / BUTLER | T<br>B08 | 2.30 | 225.00 | 517.50 |
| | | P&M:Edit/revise pretrial memorandum | | | | |
| 9/15/2004 | MGM | 1867 / BUTLER | T<br>B08 | 0.90 | 225.00 | 202.50 |
| | | P&M:Edit/revise pretrial memorandum | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/15/2004 | DGT | 1867 / BUTLER | T D13 | 9.00 | 590.00 | 5,310.00 |
| | | CA&P:Prepare for trial, various | | | | |
| 9/16/2004 | MGM | 1867 / BUTLER | T B15 | 2.90 | 225.00 | 652.50 |
| | | P&M:Review and highlight salient portions of analyst reports. | | | | |
| 9/16/2004 | LRB | 1867 / BUTLER | T D20 | 10.10 | 150.00 | 1,515.00 |
| | | CA&P:Trial preparation; witness books; prepare docs for shipment to court; exhibits | | | | |
| 9/16/2004 | MGM | 1867 / BUTLER | T B15 | 1.00 | 225.00 | 225.00 |
| | | P&M:Review deposition transcripts | | | | |
| 9/16/2004 | MXJ | 1867 / BUTLER | T G12 | 0.70 | 120.00 | 84.00 |
| | | P&M:Prepare: packing boxes for FedEx per DJE | | | | |
| 9/16/2004 | DGT | 1867 / BUTLER | T D13 | 8.00 | 590.00 | 4,720.00 |
| | | CA&P:Prepare for trial, various | | | | |
| 9/16/2004 | MGM | 1867 / BUTLER | T B07 | 0.60 | 225.00 | 135.00 |
| | | P&M:Draft Motion for Judgement as a Matter of Law | | | | |
| 9/17/2004 | MGM | 1867 / BUTLER | T B13 | 0.80 | 225.00 | 180.00 |
| | | P&M:Prepare exhibits for trial | | | | |
| 9/17/2004 | MGM | 1867 / BUTLER | T B13 | 0.90 | 225.00 | 202.50 |
| | | P&M:Prepare exhibits for trial | | | | |
| 9/17/2004 | MGM | 1867 / BUTLER | T B14 | 0.60 | 225.00 | 135.00 |
| | | P&M:Research reply to Motion in Limine re. investigative transcripts. | | | | |
| 9/17/2004 | MGM | 1867 / BUTLER | T B07 | 1.00 | 225.00 | 225.00 |
| | | P&M:Draft reply to opposition to Motion in Limine | | | | |
| 9/17/2004 | MXJ | 1867 / BUTLER | T G12 | 1.00 | 120.00 | 120.00 |
| | | P&M:Prepare: Prepare documents for court in Pittsburgh per DJE | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/17/2004 | MGM | 1867 / BUTLER | T<br>B08 | 2.50 | 225.00 | 562.50 |
| | | P&M:Edit/revise reply to opposition to MIL re. investigative transcripts. | | | | |
| 9/17/2004 | MXJ | 1867 / BUTLER | T<br>G12 | 0.80 | 120.00 | 96.00 |
| | | P&M:Prepare: Copy documents per TDR by noon | | | | |
| 9/19/2004 | MGM | 1867 / BUTLER | T<br>B14 | 1.50 | 225.00 | 337.50 |
| | | P&M:Research admissibility of analyst reports at trial for bench memorandum. | | | | |
| 9/19/2004 | MGM | 1867 / BUTLER | T<br>B07 | 3.30 | 225.00 | 742.50 |
| | | P&M:Draft bench memorandum supporting admissibility of analyst reports. | | | | |
| 9/20/2004 | MGM | 1867 / BUTLER | T<br>B07 | 0.60 | 225.00 | 135.00 |
| | | P&M:Draft memo supporting admissibility of analyst reports. | | | | |
| 9/20/2004 | MGM | 1867 / BUTLER | T<br>B08 | 2.90 | 225.00 | 652.50 |
| | | P&M:Edit/revise bench memo concerning admissibility of public analyst reports | | | | |
| 9/21/2004 | MGM | 1867 / BUTLER | T<br>B14 | 0.50 | 225.00 | 112.50 |
| | | P&M:Research cases concerning admissibility of analyst reports. | | | | |
| 9/20/2004 | MGM | 1867 / BUTLER | T<br>B07 | 3.50 | 225.00 | 787.50 |
| | | P&M:Draft memorandum in support of motion for judgement | | | | |
| 9/20/2004 | MGM | 1867 / BUTLER | T<br>B14 | 1.50 | 225.00 | 337.50 |
| | | P&M:Research judicial notice ~~████████████~~ | | | | |
| 9/20/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.50 | 225.00 | 337.50 |
| | | P&M:Edit/revise bench memo concerning admissibility of analyst reports | | | | |
| 9/21/2004 | MGM | 1867 / BUTLER | T<br>B07 | 1.50 | 225.00 | 337.50 |
| | | P&M:Draft motion for judgment as a matter of law | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/21/2004 | MGM | 1867 / BUTLER | T B08 | 2.40 | 225.00 | 540.00 |
| | | P&M:Edit/revise motion for judgment as a matter of law | | | | |
| 9/21/2004 | MGM | 1867 / BUTLER | T B08 | 1.20 | 225.00 | 270.00 |
| | | P&M:Edit/revise motion for judgment as a matter of law | | | | |
| 9/21/2004 | MGM | 1867 / BUTLER | T B12 | 2.00 | 225.00 | 450.00 |
| | | P&M:Miscellaneous conferencing and pulling of cases and orders and preparing for shipping to DJE & DGT | | | | |
| 9/23/2004 | MGM | 1867 / BUTLER | T B15 | 0.80 | 225.00 | 180.00 |
| | | P&M:Review transcript | | | | |
| 9/23/2004 | MGM | 1867 / BUTLER | T B15 | 0.30 | 225.00 | 67.50 |
| | | P&M:Review transcript of trial | | | | |
| 9/23/2004 | MGM | 1867 / BUTLER | T B15 | 0.40 | 225.00 | 90.00 |
| | | P&M:Review trial transcript | | | | |
| 9/22/2004 | JLH | 1867 / BUTLER | T G12 | 0.30 | 120.00 | 36.00 |
| | | MI:Miscellaneous Filing materials into drop file cabinet | | | | |
| 9/13/2004 | RGG | 1867 / BUTLER | T E01 | 8.50 | 325.00 | 2,762.50 |
| | | L&DA:Analysis and evaluation of exhibits and trial preparation. | | | | |
| 9/14/2004 | RGG | 1867 / BUTLER | T E01 | 11.50 | 325.00 | 3,737.50 |
| | | L&DA:Analysis and evaluation of exhibits and trial preparation. | | | | |
| 9/15/2004 | RGG | 1867 / BUTLER | T E01 | 12.50 | 325.00 | 4,062.50 |
| | | L&DA:Analysis and evaluation of exhibits and trial preparation | | | | |
| 9/16/2004 | RGG | 1867 / BUTLER | T E01 | 10.50 | 325.00 | 3,412.50 |
| | | L&DA:Analysis and evaluation of exhibits and trial preparation. | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/16/2004 | RGG | 1867 / BUTLER | T<br>E11 | 0.50 | 325.00 | 162.50 |
| | | L&DA:Meeting w/ co-counsel/FTL attys DGT re: demonstrative exhbits | | | | |
| 9/16/2004 | RGG | 1867 / BUTLER | T<br>E11 | 0.50 | 325.00 | 162.50 |
| | | L&DA:Meeting w/ co-counsel/FTL attys David Butler re: demonstrative exhibits. | | | | |
| 9/17/2004 | RGG | 1867 / BUTLER | T<br>E01 | 11.30 | 325.00 | 3,672.50 |
| | | L&DA:Analysis and evaluation of demonstrative exhibits and trial preparation. | | | | |
| 9/18/2004 | RGG | 1867 / BUTLER | T<br>E19 | 4.00 | 325.00 | 1,300.00 |
| | | L&DA:Travel to Pittsburgh | | | | |
| 9/19/2004 | RGG | 1867 / BUTLER | T<br>E01 | 9.00 | 325.00 | 2,925.00 |
| | | L&DA:Analysis and evaluation of demonstrative exhibits and trial preparation. | | | | |
| 9/20/2004 | RGG | 1867 / BUTLER | T<br>E03 | 7.00 | 325.00 | 2,275.00 |
| | | L&DA:Court appearance re Butler. | | | | |
| 9/20/2004 | RGG | 1867 / BUTLER | T<br>E01 | 4.50 | 325.00 | 1,462.50 |
| | | L&DA:Analysis and evaluation of and revise demonstrative exhibits. Trial preparation. | | | | |
| 9/21/2004 | RGG | 1867 / BUTLER | T<br>E03 | 1.00 | 325.00 | 325.00 |
| | | L&DA:Court appearance re Butler | | | | |
| 9/21/2004 | RGG | 1867 / BUTLER | T<br>E01 | 3.00 | 325.00 | 975.00 |
| | | L&DA:Analysis and evaluation of exhibits and trial preparation. | | | | |
| 9/21/2004 | RGG | 1867 / BUTLER | T<br>E13 | 7.50 | 325.00 | 2,437.50 |
| | | L&DA:Prepare and construct exhibits for Courtney Bellaire. | | | | |
| 9/22/2004 | RGG | 1867 / BUTLER | T<br>E03 | 7.00 | 325.00 | 2,275.00 |
| | | L&DA:Court appearance re Butler. | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------|-----------|-------|-------|-------|
| 9/22/2004 | RGG | 1867 / BUTLER | T E01 | 6.00 | 325.00 | 1,950.00 |
| | | L&DA:Analysis and evaluation of exhibits and trial preparation. | | | | |
| 9/23/2004 | RGG | 1867 / BUTLER | T E03 | 2.00 | 325.00 | 650.00 |
| | | L&DA:Court appearance re Butler | | | | |
| 9/23/2004 | RGG | 1867 / BUTLER | T E01 | 1.00 | 325.00 | 325.00 |
| | | L&DA:Analysis and evaluation of demonstrative exhibits | | | | |
| 9/23/2004 | RGG | 1867 / BUTLER | T E12 | 2.00 | 325.00 | 650.00 |
| | | L&DA:Miscellaneous Refile and organize court documents. | | | | |
| 9/24/2004 | RGG | 1867 / BUTLER | T G12 | 3.50 | 325.00 | 1,137.50 |
| | | L&DA:Miscellaneous refile and organize supporting demonstrative exhibit schedules. | | | | |
| 9/27/2004 | MGM | 1867 / BUTLER | T B14 | 0.80 | 225.00 | 180.00 |
| | | P&M:Research standards governing motion under 52(c) | | | | |
| 9/17/2004 | DGT | 1867 / BUTLER | T D13 | 7.00 | 590.00 | 4,130.00 |
| | | CA&P:Prepare for trial | | | | |
| 9/19/2004 | DGT | 1867 / BUTLER | T D13 | 4.00 | 590.00 | 2,360.00 |
| | | CA&P:Prepare for trial | | | | |
| 9/20/2004 | DGT | 1867 / BUTLER | T D20 | 10.00 | 590.00 | 5,900.00 |
| | | CA&P:Trial | | | | |
| 9/21/2004 | DGT | 1867 / BUTLER | T D20 | 10.00 | 590.00 | 5,900.00 |
| | | CA&P:Trial | | | | |
| 9/22/2004 | DGT | 1867 / BUTLER | T D20 | 10.00 | 590.00 | 5,900.00 |
| | | CA&P:Trial | | | | |
| 9/23/2004 | DGT | 1867 / BUTLER | T D20 | 8.00 | 590.00 | 4,720.00 |
| | | CA&P:Trial | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/27/2004 | DGT | 1867 / BUTLER | T<br>D08 | 0.50 | 590.00 | 295.00 |
| | | CA&P:Edit/revise notice to SEC of basis for motion for judgment | | | | |
| 9/28/2004 | LRB | 1867 / BUTLER | T<br>D15 | 0.60 | 150.00 | 90.00 |
| | | CA&P:Review and organize boxes from trial | | | | |
| 9/17/2004 | LRB | 1867 / BUTLER | T<br>D19 | 3.80 | 150.00 | 570.00 |
| | | CA&P:Travel to Pittsburgh | | | | |
| 9/17/2004 | LRB | 1867 / BUTLER | T<br>D13 | 1.90 | 150.00 | 285.00 |
| | | CA&P:Prepare for trial; document management; prep materials at the Court | | | | |
| 9/18/2004 | LRB | 1867 / BUTLER | T<br>D20 | 3.50 | 150.00 | 525.00 |
| | | CA&P:Trial preparation; prepare witness books; document management | | | | |
| 9/19/2004 | LRB | 1867 / BUTLER | T<br>D20 | 5.00 | 150.00 | 750.00 |
| | | CA&P:Trial preparation; witness books; document management | | | | |
| 9/20/2004 | LRB | 1867 / BUTLER | T<br>D20 | 1.20 | 150.00 | 180.00 |
| | | CA&P:Trial preparation; document management | | | | |
| 9/20/2004 | LRB | 1867 / BUTLER | T<br>D20 | 6.30 | 150.00 | 945.00 |
| | | CA&P:Trial | | | | |
| 9/21/2004 | LRB | 1867 / BUTLER | T<br>D20 | 1.60 | 150.00 | 240.00 |
| | | CA&P:Trial preparation; document management; misc prep for FTL attys DGT, DJE | | | | |
| 9/21/2004 | LRB | 1867 / BUTLER | T<br>D20 | 8.00 | 150.00 | 1,200.00 |
| | | CA&P:Trial | | | | |
| 9/22/2004 | LRB | 1867 / BUTLER | T<br>D20 | 0.60 | 150.00 | 90.00 |
| | | CA&P:Trial preparation | | | | |
| 9/22/2004 | LRB | 1867 / BUTLER | T<br>D20 | 7.00 | 150.00 | 1,050.00 |
| | | CA&P:Trial | | | | |

7/29/2005 9:26 AM

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------------|-------|-------|-------|
| 9/23/2004 | LRB | 1867 / BUTLER | T D20 | 1.70 | 150.00 | 255.00 |
| | | CA&P:Trial preparation; demonstrative exhibits and witness books | | | | |
| 9/23/2004 | LRB | 1867 / BUTLER | T D20 | 3.00 | 150.00 | 450.00 |
| | | CA&P:Trial | | | | |
| 9/25/2004 | LRB | 1867 / BUTLER | T D13 | 1.30 | 150.00 | 195.00 |
| | | CA&P:Prepare for shipment of trial materials to FTL offices; oversee shipment | | | | |
| 9/24/2004 | LRB | 1867 / BUTLER | T D13 | 3.20 | 150.00 | 480.00 |
| | | CA&P:Prepare trial materials for shipment back to FTL offices | | | | |
| 9/23/2004 | LRB | 1867 / BUTLER | T D13 | 0.90 | 150.00 | 135.00 |
| | | CA&P:Prepare for shipment of trial materials to FTL offices | | | | |
| 9/29/2004 | LRB | 1867 / BUTLER | T D15 | 0.40 | 150.00 | 60.00 |
| | | CA&P:Review materials from trial; misc time entry | | | | |
| 9/28/2004 | JLH | 1867 / BUTLER | T G12 | 0.50 | 120.00 | 60.00 |
| | | MI:Miscellaneous relocating client's materials from fedex to specified location | | | | |
| 9/22/2004 | KJM | 1867 / BUTLER | T D11 | 0.10 | 250.00 | 25.00 |
| | | CA&P:Mtg. w/ co-counsel/FTL attys MGM re: trial progress | | | | |
| 9/1/2004 | DJE | 1867 / BUTLER | T A01 | 3.50 | 375.00 | 1,312.50 |
| | | Analysis of exhibits and potential usage at trial | | | | |
| 9/30/2004 | MGM | 1867 / BUTLER | T B15 | 0.30 | 225.00 | 67.50 |
| | | P&M:Review transcript of motion for judgement | | | | |
| 9/2/2004 | DJE | 1867 / BUTLER | T B01 | 2.40 | 375.00 | 900.00 |
| | | Motions in limine and opposition, analysis of exhibits | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 9/3/2004 | DJE | 1867 / BUTLER | T<br>B01 | 1.80 | 375.00 | 675.00 |
| | | PTM analysis and case review | | | | |
| 9/3/2004 | DJE | 1867 / BUTLER | T<br>D01 | 0.80 | 375.00 | 300.00 |
| | | Witness analysis and Conner substitution for Bellaire | | | | |
| 9/6/2004 | DJE | 1867 / BUTLER | T<br>D13 | 1.80 | 375.00 | 675.00 |
| | | Trial prep | | | | |
| 9/7/2004 | DJE | 1867 / BUTLER | T<br>B13 | 3.40 | 375.00 | 1,275.00 |
| | | Fact stips | | | | |
| 9/7/2004 | DJE | 1867 / BUTLER | T<br>B12 | 1.10 | 375.00 | 412.50 |
| | | Calls, emails, etc. re: PTM and possible page limit extention | | | | |
| 9/7/2004 | DJE | 1867 / BUTLER | T<br>B12 | 0.50 | 375.00 | 187.50 |
| | | Additions to exhibit list | | | | |
| 9/8/2004 | DJE | 1867 / BUTLER | T<br>B08 | 2.20 | 375.00 | 825.00 |
| | | Edits to PTM | | | | |
| 9/8/2004 | DJE | 1867 / BUTLER | T<br>B12 | 3.20 | 375.00 | 1,200.00 |
| | | Changes to exhibit list, emails with opposing counsel, filing motion for extention, editing fact stips | | | | |
| 9/9/2004 | DJE | 1867 / BUTLER | T<br>B12 | 5.90 | 375.00 | 2,212.50 |
| | | Edits to PTB, exhibit management, witness arrangements, fact stips, etc. | | | | |
| 10/1/2004 | LRB | 1867 / BUTLER | T<br>G13 | 0.30 | 150.00 | 45.00 |
| | | MI:Prepare boxes of trial docs for shipment to SEC | | | | |
| 9/10/2004 | DJE | 1867 / BUTLER | T<br>B08 | 5.80 | 375.00 | 2,175.00 |
| | | Finalizing proposed fact stips, managing exhibits, factual analysis, editing PTB | | | | |
| 9/11/2004 | DJE | 1867 / BUTLER | T<br>D13 | 1.20 | 375.00 | 450.00 |
| | | Emails with Butler, etc. | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|------------------------|-------|-------|-------|
| 9/13/2004 | DJE | 1867 / BUTLER | T<br>B08 | 4.60 | 375.00 | 1,725.00 |
|  |  | Edits and final negotiations re: fact stips |  |  |  |  |
| 9/13/2004 | DJE | 1867 / BUTLER | T<br>B08 | 1.70 | 375.00 | 637.50 |
|  |  | PTB |  |  |  |  |
| 9/13/2004 | DJE | 1867 / BUTLER | T<br>B15 | 1.10 | 375.00 | 412.50 |
|  |  | Review SEC trial brief, etc. |  |  |  |  |
| 9/14/2004 | DJE | 1867 / BUTLER | T<br>B08 | 3.90 | 375.00 | 1,462.50 |
|  |  | Final negotiations re: fact and authenticity stips and final edits, filing |  |  |  |  |
| 9/15/2004 | DJE | 1867 / BUTLER | T<br>B08 | 3.80 | 375.00 | 1,425.00 |
|  |  | PTB |  |  |  |  |
| 9/15/2004 | DJE | 1867 / BUTLER | T<br>A01 | 0.80 | 375.00 | 300.00 |
|  |  | Potential broker testimony, order tickets |  |  |  |  |
| 9/16/2004 | DJE | 1867 / BUTLER | T<br>D13 | 5.40 | 375.00 | 2,025.00 |
|  |  | Trial prep |  |  |  |  |
| 9/16/2004 | DJE | 1867 / BUTLER | T<br>D12 | 0.70 | 375.00 | 262.50 |
|  |  | Exhibit ordering for witness and witness binder prep, expert stips, |  |  |  |  |
| 9/16/2004 | DJE | 1867 / BUTLER | T<br>A01 | 0.80 | 375.00 | 300.00 |
|  |  | Expert report admissibility and motion for judgment |  |  |  |  |
| 9/17/2004 | DJE | 1867 / BUTLER | T<br>D13 | 7.10 | 375.00 | 2,662.50 |
|  |  | Trial prep |  |  |  |  |
| 9/18/2004 | DJE | 1867 / BUTLER | T<br>D19 | 2.00 | 375.00 | 750.00 |
|  |  | Travel to Pittsburgh |  |  |  |  |
| 9/18/2004 | DJE | 1867 / BUTLER | T<br>D13 | 2.00 | 375.00 | 750.00 |
|  |  | Trial prep |  |  |  |  |
| 9/19/2004 | DJE | 1867 / BUTLER | T<br>D13 | 6.50 | 375.00 | 2,437.50 |
|  |  | Trial prep |  |  |  |  |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 'T'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 9/20/2004 | DJE | 1867 / BUTLER | T<br>D20 | 6.50 | 375.00 | 2,437.50 |
| | | Trial | | | | |
| 9/20/2004 | DJE | 1867 / BUTLER | T<br>D13 | 3.00 | 375.00 | 1,125.00 |
| | | Trial prep | | | | |
| 9/21/2004 | DJE | 1867 / BUTLER | T<br>D20 | 6.50 | 375.00 | 2,437.50 |
| | | Trial | | | | |
| 9/21/2004 | DJE | 1867 / BUTLER | T<br>D13 | 3.00 | 375.00 | 1,125.00 |
| | | Trial prep | | | | |
| 9/22/2004 | DJE | 1867 / BUTLER | T<br>D20 | 6.50 | 375.00 | 2,437.50 |
| | | Trial | | | | |
| 9/22/2004 | DJE | 1867 / BUTLER | T<br>D13 | 3.00 | 375.00 | 1,125.00 |
| | | Trial prep | | | | |
| 9/23/2004 | RGG | 1867 / BUTLER | T<br>G19 | 5.00 | 325.00 | 1,625.00 |
| | | MI:Travel to DC from Pittsburgh with multilple delays. | | | | |
| 9/23/2004 | DJE | 1867 / BUTLER | T<br>D13 | 3.00 | 375.00 | 1,125.00 |
| | | Trial prep | | | | |
| 9/23/2004 | DJE | 1867 / BUTLER | T<br>D20 | 6.50 | 375.00 | 2,437.50 |
| | | Trial | | | | |
| 9/24/2004 | DJE | 1867 / BUTLER | T<br>D19 | 2.50 | 375.00 | 937.50 |
| | | Travel back to DC | | | | |
| 9/27/2004 | DJE | 1867 / BUTLER | T<br>B01 | 1.20 | 375.00 | 450.00 |
| | | Analysis re: rule 52 versus rule 50, email with Kase re: proper rule. | | | | |
| 9/30/2004 | DJE | 1867 / BUTLER | T<br>B01 | 1.20 | 375.00 | 450.00 |
| | | Analysis and preliminary responses to SEC arguments | | | | |
| 10/4/2004 | LRB | 1867 / BUTLER | T<br>G13 | 0.50 | 150.00 | 75.00 |
| | | MI:Prepare expense report | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------|------------|-------|--------|--------|
| 10/7/2004 | MGM | 1867 / BUTLER | T<br>B15 | 1.50 | 225.00 | 337.50 |
| | | P&M:Review SEC opp to motion for judgment | | | | |
| 10/7/2004 | LRB | 1867 / BUTLER | T<br>B15 | 1.00 | 150.00 | 150.00 |
| | | P&M:Review & digest SEC response to defendants motion for judgement | | | | |
| 10/8/2004 | LRB | 1867 / BUTLER | T<br>A11 | 0.40 | 150.00 | 60.00 |
| | | S&I:Mtg. w/ co-counsel/FTL analyst (RGG) re financial research/sources for complaint | | | | |
| 10/8/2004 | LRB | 1867 / BUTLER | T<br>A14 | 0.40 | 150.00 | 60.00 |
| | | S&I:Research financial data for complaint | | | | |
| 10/8/2004 | MGM | 1867 / BUTLER | T<br>B14 | 0.70 | 225.00 | 157.50 |
| | | P&M:Research cases saying ~~minimal deviation in~~ ~~materials impact of information~~ | | | | |
| 10/8/2004 | MGM | 1867 / BUTLER | T<br>B14 | 2.20 | 225.00 | 495.00 |
| | | P&M:Research pertaining to reply to opp  to motion for judgment | | | | |
| 10/8/2004 | MGM | 1867 / BUTLER | T<br>B14 | 0.40 | 225.00 | 90.00 |
| | | P&M:Research cases cites in SEC opp. to MFJ for differentiation. | | | | |
| 10/8/2004 | LRB | 1867 / BUTLER | T<br>B13 | 1.20 | 150.00 | 180.00 |
| | | P&M:Prepare admitted exhibits for FTL atty (DJE) re response to motion for judgement | | | | |
| 10/9/2004 | MGM | 1867 / BUTLER | T<br>B14 | 0.50 | 225.00 | 112.50 |
| | | P&M:Research cases relied on in SEC opp to Mot. for judgement | | | | |
| 10/9/2004 | MGM | 1867 / BUTLER | T<br>B07 | 2.80 | 225.00 | 630.00 |
| | | P&M:Draft reply to opp for MFJ. | | | | |
| 10/10/2004 | MGM | 1867 / BUTLER | T<br>B07 | 2.30 | 225.00 | 517.50 |
| | | P&M:Draft reply to opposition to MFJ | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 10/10/2004 | MGM | 1867 / BUTLER | T<br>B07 | 2.70 | 225.00 | 607.50 |
| | | P&M:Draft reply to opposition | | | | |
| 10/11/2004 | LRB | 1867 / BUTLER | T<br>B13 | 0.40 | 150.00 | 60.00 |
| | | P&M:Prepare exhibits for review by FTL atty (DJE)<br>for response to motion for judgement | | | | |
| 10/11/2004 | MGM | 1867 / BUTLER | T<br>B08 | 6.10 | 225.00 | 1,372.50 |
| | | P&M:Edit/revise reply to memo in support of motion<br>for judgment | | | | |
| 10/12/2004 | MGM | 1867 / BUTLER | T<br>B08 | 0.80 | 225.00 | 180.00 |
| | | P&M:Edit/revise reply memo in support of judgement | | | | |
| 10/12/2004 | LRB | 1867 / BUTLER | T<br>B13 | 1.20 | 150.00 | 180.00 |
| | | P&M:Prepare exhibits for response to motion for<br>judgement | | | | |
| 10/12/2004 | LRB | 1867 / BUTLER | T<br>B14 | 1.70 | 150.00 | 255.00 |
| | | P&M:Research market earnings statistics for motion<br>for judgement response | | | | |
| 10/12/2004 | MGM | 1867 / BUTLER | T<br>B14 | 0.90 | 225.00 | 202.50 |
| | | P&M:Research propriety of introducing new evidence<br>on Rule 52(c) motion. | | | | |
| 10/13/2004 | MGM | 1867 / BUTLER | T<br>B08 | 0.60 | 225.00 | 135.00 |
| | | P&M:Edit/revise reply in support of motion for<br>judgment | | | | |
| 10/13/2004 | MGM | 1867 / BUTLER | T<br>B14 | 0.60 | 225.00 | 135.00 |
| | | P&M:Research cases  for reply brief | | | | |
| 10/13/2004 | MGM | 1867 / BUTLER | T<br>B08 | 1.50 | 225.00 | 337.50 |
| | | P&M:Edit/revise reply memo | | | | |
| 10/13/2004 | MXJ | 1867 / BUTLER | T<br>G12 | 5.20 | 120.00 | 624.00 |
| | | MI:Miscellaneous: Indexing Documents | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------------|------------------------|-------|-------|-------|
| 10/14/2004 | MXJ | 1867 / BUTLER<br><br>MI:Miscellaneous: Coping Documents per HFA | T<br>G12 | 1.00 | 120.00 | 120.00 |
| 10/14/2004 | MXJ | 1867 / BUTLER<br><br>MI:Miscellaneous: Indexing Documents | T<br>G12 | 5.00 | 120.00 | 600.00 |
| 10/15/2004 | MXJ | 1867 / BUTLER<br><br>MI:Miscellaneous: Indexing Documents | T<br>G12 | 7.50 | 120.00 | 900.00 |
| 10/18/2004 | MGM | 1867 / BUTLER<br><br>P&M:Research cases for motion to strike sur-reply. | T<br>B14 | 2.10 | 225.00 | 472.50 |
| 10/18/2004 | MGM | 1867 / BUTLER<br><br>P&M:Edit/revise motion to strike sur-reply | T<br>B08 | 1.90 | 225.00 | 427.50 |
| 10/18/2004 | MGM | 1867 / BUTLER<br><br>P&M:Edit/revise Motion to Strike, Memo in Support, and Proposed Order. | T<br>B08 | 0.60 | 225.00 | 135.00 |
| 10/18/2004 | MXJ | 1867 / BUTLER<br><br>MI:Miscellaneous: Indexing Documents and Filing | T<br>G12 | 4.00 | 120.00 | 480.00 |
| 10/18/2004 | MXJ | 1867 / BUTLER<br><br>MI:Miscellaneous: Indexing Documents | T<br>G12 | 1.00 | 120.00 | 120.00 |
| 10/12/2004 | DGT | 1867 / BUTLER<br><br>P&M:Edit/revise reply to SEC response to mot for judgment | T<br>B08 | 8.00 | 590.00 | 4,720.00 |
| 10/15/2004 | DGT | 1867 / BUTLER<br><br>P&M:Review SEC surreply | T<br>B15 | 1.00 | 590.00 | 590.00 |
| 10/15/2004 | DGT | 1867 / BUTLER<br><br>P&M:Telecon w/ co-counsel/FTL attys DJE re motion to strike surreply | T<br>B18 | 0.50 | 590.00 | 295.00 |
| 10/18/2004 | DGT | 1867 / BUTLER<br><br>P&M:Review draft motion to strike surreply and tc with DJE re same | T<br>B15 | 1.00 | 590.00 | 590.00 |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------------|------------------------|-------|-------|-------|
| 10/21/2004 | DGT | 1867 / BUTLER | T<br>B15 | 1.00 | 590.00 | 590.00 |
| | | P&M:Review SEC opp to motion to strike surreply and give comments to MGM and DJE | | | | |
| 10/21/2004 | MGM | 1867 / BUTLER | T<br>B07 | 5.70 | 225.00 | 1,282.50 |
| | | P&M:Draft reply to opposition to motion to strike surreply to reply to opposition for motion for judgment. | | | | |
| 10/22/2004 | MGM | 1867 / BUTLER | T<br>B08 | 1.50 | 225.00 | 337.50 |
| | | P&M:Edit/revise reply to opposition to motion for judgment | | | | |
| 10/22/2004 | DGT | 1867 / BUTLER | T<br>B08 | 1.00 | 590.00 | 590.00 |
| | | P&M:Edit/revise reply re motion to stricke SEC surreply | | | | |
| 10/22/2004 | MGM | 1867 / BUTLER | T<br>B08 | 1.00 | 225.00 | 225.00 |
| | | P&M:Edit/revise reply to Motion to Strike | | | | |
| 10/27/2004 | JLH | 1867 / BUTLER | T<br>G12 | 2.00 | 120.00 | 240.00 |
| | | MI:Miscellaneous Indexing and filing Materials into proper client files | | | | |
| 10/1/2004 | DJE | 1867 / BUTLER | T<br>B15 | 1.10 | 375.00 | 412.50 |
| | | Review SEC designations for possible further support for their motion opp | | | | |
| 10/4/2004 | DJE | 1867 / BUTLER | T<br>B15 | 1.80 | 375.00 | 675.00 |
| | | Review of trial transcript | | | | |
| 10/6/2004 | DJE | 1867 / BUTLER | T<br>B15 | 1.20 | 375.00 | 450.00 |
| | | Review trial transcripts | | | | |
| 10/7/2004 | DJE | 1867 / BUTLER | T<br>B15 | 1.50 | 375.00 | 562.50 |
| | | Review and analyze SEC opp to motion for judgment | | | | |
| 10/7/2004 | DJE | 1867 / BUTLER | T<br>B07 | 2.80 | 375.00 | 1,050.00 |
| | | MFJ Reply | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------------|-------|-------|-------|
| 10/8/2004 | DJE | 1867 / BUTLER | T B07 | 4.50 | 375.00 | 1,687.50 |
| | | Draft reply | | | | |
| 10/11/2004 | DJE | 1867 / BUTLER | T B08 | 6.50 | 375.00 | 2,437.50 |
| | | Reply edits | | | | |
| 10/12/2004 | DJE | 1867 / BUTLER | T B08 | 5.80 | 375.00 | 2,175.00 |
| | | Edits to reply brief, additional authority and section on event study | | | | |
| 10/13/2004 | DJE | 1867 / BUTLER | T B08 | 5.50 | 375.00 | 2,062.50 |
| | | Reply brief | | | | |
| 10/15/2004 | DJE | 1867 / BUTLER | T B15 | 0.50 | 375.00 | 187.50 |
| | | Review and analyze SEC Sur-Reply | | | | |
| 10/15/2004 | DJE | 1867 / BUTLER | T A12 | 0.60 | 375.00 | 225.00 |
| | | Calls, emails, discussions re: reaction to sur-reply | | | | |
| 10/18/2004 | DJE | 1867 / BUTLER | T B07 | 3.90 | 375.00 | 1,462.50 |
| | | Motion to strike | | | | |
| 10/15/2004 | KJM | 1867 / BUTLER | T B14 | 1.50 | 250.00 | 375.00 |
| | | P&M:Research surreply without leave of court in W.D. PA | | | | |
| 10/21/2004 | DJE | 1867 / BUTLER | T B07 | 1.50 | 375.00 | 562.50 |
| | | Reply on MTS | | | | |
| 10/22/2004 | DJE | 1867 / BUTLER | T B08 | 3.40 | 375.00 | 1,275.00 |
| | | Reply brief on MTS | | | | |
| 11/5/2004 | JLH | 1867 / BUTLER | T G12 | 2.00 | 120.00 | 240.00 |
| | | MI:Miscellaneous Indexing and filing Materials into proper client files | | | | |
| 11/1/2004 | DJE | 1867 / BUTLER | T B01 | 0.50 | 375.00 | 187.50 |
| | | Analysis, discussion | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 12/1/2004 | JLH | 1867 / BUTLER | T<br>G12 | 1.00 | 120.00 | 120.00 |
| | | MI:Miscellaneous Indexing and Filing Materials into proper client files | | | | |
| 12/3/2004 | JLH | 1867 / BUTLER | T<br>G12 | 1.00 | 120.00 | 120.00 |
| | | MI:Miscellaneous Indexing and Filing Materials into proper client files | | | | |
| 12/2/2004 | DJE | 1867 / BUTLER | T<br>A01 | 0.10 | 375.00 | 37.50 |
| | | S&I:Analysis and evaluation: status review | | | | |
| 1/19/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.50 | 375.00 | 187.50 |
| | | Status review and analysis of ▇▇▇▇▇case | | | | |
| 2/23/2005 | FIL | 1867 / BUTLER | T<br>B13 | 2.30 | 120.00 | 276.00 |
| | | P&M:Prepare Indexed and filed materials into porper client files [jlh] | | | | |
| 4/20/2005 | MGM | 1867 / BUTLER | T<br>B15 | 0.40 | 225.00 | 90.00 |
| | | P&M:Review order granting motion for judgement | | | | |
| 4/22/2005 | MGM | 1867 / BUTLER | T<br>B14 | 0.20 | 225.00 | 45.00 |
| | | P&M:Research time for filing Notice of Appeal by SEC | | | | |
| 4/26/2005 | DGT | 1867 / BUTLER | T<br>B15 | 1.00 | 590.00 | 590.00 |
| | | P&M:Review legal memo re EAJA and meet with DJE re same | | | | |
| 4/5/2005 | FIL | 1867 / BUTLER | T<br>B13 | 0.50 | 120.00 | 60.00 |
| | | P&M:Prepare Indexed and filed materials into proper client files [jlh] | | | | |
| 4/19/2005 | DJE | 1867 / BUTLER | T<br>B01 | 0.50 | 375.00 | 187.50 |
| | | Research assignment re: ▇▇▇▇▇▇▇▇▇▇ | | | | |
| 4/20/2005 | DJE | 1867 / BUTLER | T<br>A01 | 1.20 | 375.00 | 450.00 |
| | | Review and analysis of order of judgment; forward to client; discuss with DGT, MGM | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 4/21/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.90 | 375.00 | 337.50 |
| | | Analysis and discussions re: deadline for notice of appeal, possible next steps | | | | |
| 4/22/2005 | DJE | 1867 / BUTLER | T<br>A01 | 1.40 | 375.00 | 525.00 |
| | | Analysis re: poetntial next steps, actions to recover fees or costs | | | | |
| 4/26/2005 | DJE | 1867 / BUTLER | T<br>A01 | 1.70 | 375.00 | 637.50 |
| | | Analysis, discussions, emails re: EAJA and potential next steps | | | | |
| 4/27/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.50 | 375.00 | 187.50 |
| | | Analysis of status, appellate deadline, EAJA possibilities | | | | |
| 4/28/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.50 | 375.00 | 187.50 |
| | | Emails, discussions about next steps | | | | |
| 4/19/2005 | CLK | 1867 / BUTLER | T<br>B14 | 4.50 | 130.00 | 585.00 |
| | | Conducted research for ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮g. (JJL) | | | | |
| 4/20/2005 | CLK | 1867 / BUTLER | T<br>B14 | 5.00 | 130.00 | 650.00 |
| | | Researched notice of appeal; ▮▮▮▮▮▮▮▮▮▮s; ▮▮▮▮ and malicious prosecution ▮▮▮▮▮▮ (JJL) | | | | |
| 4/25/2005 | CLK | 1867 / BUTLER | T<br>B14 | 5.00 | 130.00 | 650.00 |
| | | Researched requirements for Rule 11 motions, ▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮. (JJL) | | | | |
| 4/25/2005 | CLK | 1867 / BUTLER | T<br>B07 | 2.50 | 130.00 | 325.00 |
| | | Drafted memo on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮research. (JJL) | | | | |
| 4/26/2005 | CLK | 1867 / BUTLER | T<br>B14 | 3.00 | 130.00 | 390.00 |
| | | Conducted additional research on EAJA requirements. (JJL) | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|-----|-----|-----|-----|-----|
| 4/26/2005 | CLK | 1867 / BUTLER | T B08 | 1.00 | 130.00 | 130.00 |
| | | Revised memo.  (JJL) | | | | |
| 5/18/2005 | MGM | 1867 / BUTLER | T B14 | 1.20 | 225.00 | 270.00 |
| | | P&M:Research time for filing appeal | | | | |
| 5/19/2005 | MGM | 1867 / BUTLER | T B14 | 0.50 | 225.00 | 112.50 |
| | | P&M:Research EAJA actions | | | | |
| 6/1/2005 | MGM | 1867 / BUTLER | T B07 | 6.20 | 225.00 | 1,395.00 |
| | | P&M:Draft EAJA motion | | | | |
| 6/2/2005 | MGM | 1867 / BUTLER | T B07 | 3.00 | 225.00 | 675.00 |
| | | P&M:Draft EAJA memorandum in support of motion. | | | | |
| 5/23/2005 | FIL | 1867 / BUTLER | T B13 | 3.50 | 120.00 | 420.00 |
| | | P&M:Prepare Indexed and filed materials into proper client files [jlh] | | | | |
| 5/18/2005 | DJE | 1867 / BUTLER | T A01 | 1.30 | 375.00 | 487.50 |
| | | Fee recovery strategies analysis | | | | |
| 5/20/2005 | DJE | 1867 / BUTLER | T A01 | 0.80 | 375.00 | 300.00 |
| | | SEC lit release and issues relating to fee recovery | | | | |
| 5/23/2005 | DJE | 1867 / BUTLER | T A01 | 1.70 | 375.00 | 637.50 |
| | | Analysis re: facts and law for fee recovery | | | | |
| 6/6/2005 | FIL | 1867 / BUTLER | T B13 | 2.00 | 120.00 | 240.00 |
| | | P&M:Prepare Indexed and filed materials into proper client files [jlh] | | | | |
| 6/14/2005 | MGM | 1867 / BUTLER | T B15 | 0.40 | 225.00 | 90.00 |
| | | P&M:Review EAJA motion. | | | | |
| 6/14/2005 | DGT | 1867 / BUTLER | T B15 | 0.50 | 590.00 | 295.00 |
| | | P&M:Review emails re bill of costs and motion for atty fees | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 6/14/2005 | DGT | 1867 / BUTLER | T<br>B11 | 0.20 | 590.00 | 118.00 |
| | | P&M:Mtg. w/ co-counsel/FTL attys DJE re motion for atty fees re SEC did not lose SJ motion | | | | |
| 6/20/2005 | DGT | 1867 / BUTLER | T<br>B15 | 0.30 | 590.00 | 177.00 |
| | | P&M:Review and reply to emails re no appeal and EJA action | | | | |
| 6/21/2005 | LRB | 1867 / BUTLER | T<br>B11 | 0.70 | 150.00 | 105.00 |
| | | P&M:Mtg. w/ co-counsel/FTL attys (DJE) re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review case files for relevant docs & submit request to obtain boxes in off-site storage | | | | |
| 6/23/2005 | LRB | 1867 / BUTLER | T<br>B13 | 0.20 | 150.00 | 30.00 |
| | | P&M:Prepare documents for FTL atty (DJE) re preparation of EAJA brief | | | | |
| 6/23/2005 | LRB | 1867 / BUTLER | T<br>B15 | 2.60 | 150.00 | 390.00 |
| | | P&M:Review deposition transcripts re research for EAJA brief | | | | |
| 6/24/2005 | LRB | 1867 / BUTLER | T<br>B15 | 5.10 | 150.00 | 765.00 |
| | | P&M:Review depo transcripts re research for EAJA brief | | | | |
| 6/27/2005 | LRB | 1867 / BUTLER | T<br>B15 | 5.60 | 150.00 | 840.00 |
| | | P&M:Review deposition transcripts re citations for EAJA brief; review/draft e-mails w/FTL atty (DJE) re preparation of briefing for his review | | | | |
| 6/27/2005 | DGT | 1867 / BUTLER | T<br>B15 | 0.50 | 590.00 | 295.00 |
| | | P&M:Review and respond to emails re the EJA motion | | | | |
| 6/28/2005 | LRB | 1867 / BUTLER | T<br>C15 | 3.10 | 150.00 | 465.00 |
| | | Discovery:Review deposition transcripts re evidence/citations for EAJA brief; locate and prepare copies of Summary Judgement pleadings for FTL atty (DJE) re: preparation of EAJA brief | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------|-----------|-------|-------|-------|
| 6/29/2005 | LRB | 1867 / BUTLER | T<br>B15 | 0.40 | 150.00 | 60.00 |
| | | P&M:Review deposition transcripts re: evidence/citations for EAJA brief | | | | |
| 6/30/2005 | LRB | 1867 / BUTLER | T<br>B15 | 0.80 | 150.00 | 120.00 |
| | | P&M:Review depo transcripts re evidence/citations for EAJA brief | | | | |
| 6/14/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.80 | 375.00 | 300.00 |
| | | Status review and analysis re: EAJA motion | | | | |
| 6/15/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.50 | 375.00 | 187.50 |
| | | Analysis of potential appellate issues and EAJA issues | | | | |
| 6/16/2005 | DJE | 1867 / BUTLER | T<br>B07 | 0.50 | 375.00 | 187.50 |
| | | EAJA motion | | | | |
| 6/17/2005 | DJE | 1867 / BUTLER | T<br>B07 | 2.70 | 375.00 | 1,012.50 |
| | | EAJA motion | | | | |
| 6/17/2005 | DJE | 1867 / BUTLER | T<br>B12 | 0.50 | 375.00 | 187.50 |
| | | Discussion with BHF and emails with DB re: EAJA status | | | | |
| 6/20/2005 | DJE | 1867 / BUTLER | T<br>A01 | 0.80 | 375.00 | 300.00 |
| | | Analysis, emails, calls re: lack of appeal, EAJA status | | | | |
| 6/20/2005 | DJE | 1867 / BUTLER | T<br>B07 | 2.40 | 375.00 | 900.00 |
| | | EAJA motion | | | | |
| 6/21/2005 | DJE | 1867 / BUTLER | T<br>B07 | 1.90 | 375.00 | 712.50 |
| | | EAJA motion | | | | |
| 6/22/2005 | DJE | 1867 / BUTLER | T<br>B07 | 0.80 | 375.00 | 300.00 |
| | | EAJA motion | | | | |
| 6/23/2005 | DJE | 1867 / BUTLER | T<br>B07 | 3.10 | 375.00 | 1,162.50 |
| | | EAJA motion | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 6/24/2005 | DJE | 1867 / BUTLER | T B07 | 2.50 | 375.00 | 937.50 |
| | | EAJA motion | | | | |
| 6/27/2005 | DJE | 1867 / BUTLER | T B07 | 1.50 | 375.00 | 562.50 |
| | | EAJA motion | | | | |
| 6/28/2005 | DJE | 1867 / BUTLER | T B07 | 3.50 | 375.00 | 1,312.50 |
| | | EAJA motion | | | | |
| 7/1/2005 | LRB | 1867 / BUTLER | T B15 | 0.50 | 150.00 | 75.00 |
| | | P&M:Review trial transcripts re: evidence/citations for EAJA brief | | | | |
| 7/1/2005 | LRB | 1867 / BUTLER | T C15 | 1.10 | 150.00 | 165.00 |
| | | Discovery:Review investigatory transcripts re: evidence/citations for EAJA brief | | | | |
| 7/6/2005 | LRB | 1867 / BUTLER | T C15 | 5.40 | 150.00 | 810.00 |
| | | Discovery:Review & digest depo transcripts re: evidence/citations for EAJA brief; edit/format spreadsheet of phone records as exhibits to EAJA motion | | | | |
| 7/1/2005 | DGT | 1867 / BUTLER | T B15 | 1.00 | 590.00 | 590.00 |
| | | P&M:Review EAJA draft | | | | |
| 7/6/2005 | DGT | 1867 / BUTLER | T B15 | 0.50 | 590.00 | 295.00 |
| | | P&M:Review and reply to email from DJE re EAJA draft | | | | |
| 7/6/2005 | MGM | 1867 / BUTLER | T B15 | 0.60 | 225.00 | 135.00 |
| | | P&M:Review eaja motion | | | | |
| 7/8/2005 | LWF | 1867 / BUTLER | T C14 | 0.60 | 150.00 | 90.00 |
| | | Discovery:Research and pull defense trial exhibits and Butler transcripts | | | | |
| 7/13/2005 | FIL | 1867 / BUTLER | T B13 | 0.60 | 120.00 | 72.00 |
| | | P&M:Prepare: Look for a Transcript dated April 1998 per BHF [MJJ} | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 7/13/2005 | MGM | 1867 / BUTLER | T<br>B07 | 4.80 | 225.00 | 1,080.00 |
| | | P&M:Edit/revise EAJA motion. | | | | |
| 7/13/2005 | BHF | 1867 / BUTLER | T<br>B13 | 0.50 | 590.00 | 295.00 |
| | | P&M:Prepare affidavit(Novekovic call). | | | | |
| 7/13/2005 | MGM | 1867 / BUTLER | T<br>B14 | 0.40 | 225.00 | 90.00 |
| | | P&M:Research statutory fee cap provisions. | | | | |
| 7/13/2005 | DGT | 1867 / BUTLER | T<br>B08 | 1.00 | 590.00 | 590.00 |
| | | P&M:Edit/revise final review and edit of EAJA Mem | | | | |
| 7/14/2005 | MGM | 1867 / BUTLER | T<br>B08 | 2.00 | 225.00 | 450.00 |
| | | P&M:Edit/revise EAJA motion | | | | |
| 7/15/2005 | MGM | 1867 / BUTLER | T<br>B14 | 0.20 | 225.00 | 45.00 |
| | | P&M:Research due dates | | | | |
| 7/13/2005 | RGG | 1867 / BUTLER | T<br>E01 | 1.00 | 325.00 | 325.00 |
| | | L&DA:Analysis and evaluation of CPI-U calculations. | | | | |
| 7/15/2005 | BHF | 1867 / BUTLER | T<br>B17 | 0.10 | 590.00 | 59.00 |
| | | P&M:Telecon w/ David Butler re Motion. | | | | |
| 7/8/2005 | LRB | 1867 / BUTLER | T<br>B15 | 1.00 | 150.00 | 150.00 |
| | | P&M:Review transcripts re evidence/citations for<br>EAJA brief | | | | |
| 7/20/2005 | DGT | 1867 / BUTLER | T<br>B17 | 0.30 | 590.00 | 177.00 |
| | | P&M:Telecon w/ SEC gen counsel office re request<br>for docs re net worth and atty time | | | | |
| 7/20/2005 | DGT | 1867 / BUTLER | T<br>B15 | 0.30 | 590.00 | 177.00 |
| | | P&M:Review email from SEC GC re EAJA app docs | | | | |
| 7/20/2005 | MGM | 1867 / BUTLER | T<br>B14 | 1.00 | 225.00 | 225.00 |
| | | P&M:Research issues raised by SEC for EAJA<br>claim. | | | | |

# Transactions Listing

matter id = '1867' and transaction dates > 9/13/00 and component = 't'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------|------------|-------|--------|---------|
| 7/21/2005 | DGT | 1867 / BUTLER | T<br>B11 | 0.20 | 590.00 | 118.00 |
| | | P&M:Mtg. w/ co-counsel/FTL attys DJE re SEC request for extension of time | | | | |
| 7/22/2005 | MGM | 1867 / BUTLER | T<br>B15 | 2.50 | 225.00 | 562.50 |
| | | P&M:Review time records and redact for work product. | | | | |
| 7/25/2005 | MGM | 1867 / BUTLER | T<br>B15 | 2.50 | 225.00 | 562.50 |
| | | P&M:Review time records for redaction. | | | | |
| 7/25/2005 | MGM | 1867 / BUTLER | T<br>B14 | 1.00 | 225.00 | 225.00 |
| | | P&M:Research historical vs. current rates for EAJA motion. | | | | |
| 7/26/2005 | LWF | 1867 / BUTLER | T<br>C14 | 1.80 | 150.00 | 270.00 |
| | | Discovery:Research and calculate Butler legal charges from 9/14/01-1/31/02 | | | | |
| 7/26/2005 | MGM | 1867 / BUTLER | T<br>B14 | 5.60 | 225.00 | 1,260.00 |
| | | P&M:Research supplemental filing rules, method of computing appropriate billing rate for past work. | | | | |
| 7/27/2005 | MGM | 1867 / BUTLER | T<br>B14 | 0.50 | 225.00 | 112.50 |
| | | P&M:Research various issues related to EAJA petition; hours. | | | | |
| 7/28/2005 | MGM | 1867 / BUTLER | T<br>B15 | 0.20 | 225.00 | 45.00 |
| | | P&M:Review and organize old time records. | | | | |

|  |  |  |
|---|---|---|
| Matter ID: 1867 | 2,537.95 | 741,012.00 |
| Grand Total | 2,537.95 | 741,012.00 |