UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | Hon. David S. Cercone |
| ) | |
| Plaintiff, ) | Civil Action No. 00-1827 |
| ) | |
| v. ) | |
| ) | |
| DAVID W. BUTLER, ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF TIMOTHY N. McGAREY

Please take notice that the undersigned, Catherine E. Pappas, Senior Trial Counsel for the United States Securities and Exchange Commission, is requesting the ***Pro Hac Vice*** Admission of Timothy N. McGarey, an attorney admitted to practice and a member in good standing in the District of Columbia. The undersigned respectfully requests that this Court admit Timothy N. McGarey ***Pro Hac Vice*** to practice before it in the above-captioned matter.

Respectfully submitted,

/ s /
_____
Catherine E. Pappas

Dated: August 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I served a true and correct copy of the Motion for Admission *Pro Hac Vice* of Timothy J. McGarey to be served upon the following by Federal Express, overnight mail:

>Donald Enright, Esq.
>Finkelstein, Thompson & Loughran
>1050 30th Street, N.W.
>Washington, DC 20007

/ s /
_____
Catherine E. Pappas