UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | Hon. David S. Cercone |
| Plaintiff, ) | Civil Action No. 00-1827 |
| v. ) | |
| DAVID W. BUTLER, ) | |
| Defendant. ) | |

**DECLARATION OF TIMOTHY N. McGAREY IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

Timothy N. McGarey, under penalty of perjury, declares:

1. I am an attorney employed by the United States Securities and Exchange Commission;

2. I am a member in good standing of the Bar of the District of Columbia (D.C. Bar No. 420598). I have never been subject to disciplinary proceedings or criminal charges;

3. I have never been disbarred, suspended or denied admission to practice law; and

4. I am familiar with the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Pennsylvania, Federal Rules of Evidence, and the Pennsylvania Rules of Professional Conduct and I understand that I am subject to the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Timothy N. McGarey

Dated: August 30, 2005