UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | Hon. David S. Cercone |
| ) | |
| ) | Civil Action No.00-1827 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID W. BUTLER ) | |
| Defendant. ) | |
| ) | |

**ORDER**

**IT IS HEREBY ORDERED** this _____ day of _____, 2005 that the motion for the *Pro Hac Vice* admission of Timothy N. McGarey is hereby **GRANTED**.

_____
David S. Cercone
United States District Judge