## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

    v.

DAVID W. BUTLER,

        Defendant.

---

Civil Action No. 00-1827

Judge Cercone

---

## THIRD DECLARATION OF DONALD J. ENRIGHT, ESQ.
## IN SUPPORT OF MOTION FOR AN
## AWARD OF ATTORNEYS' FEES AND EXPENSES

I, Donald J. Enright, counsel for David W. Butler in this matter and a partner with Finkelstein, Thompson & Loughran, hereby affirm and attest under penalty of perjury as follows:

1.    I am an adult of sound mental health, and make these representations on personal knowledge.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of David W. Butler, dated September 21, 2005

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of Steven Olson dated September 21, 2005.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Burton H. Finkelstein, dated September 20, 2005

Sworn and subscribed under penalty of perjury this 21st day of September, 2005.

_____
Donald J. Enright, Esq.

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
                            Plaintiff, )
                                       )        Civil Action No. 00-1827
                   v.                  )
                                       )
DAVID W. BUTLER,                       )
                                       )
                            Defendant. )
                                       )

STATE OF CALIFORNIA            )
                              )    ss:
COUNTY OF SAN MATEO            )


AFFIDAVIT OF DAVID W. BUTLER

I, David W. Butler, being duly sworn, do hereby testify as follows:

1.    I am an adult of majority age, of sound mental health, and I make this affidavit based on personal knowledge. If called to do so, I could and would testify truthfully about the matters set forth herein as follows.


AUTOMOBILES

2.    On September 14, 2000 I owned a 1995 Acura Legend sedan. I leased the Legend from a suburban Washington, DC Honda dealership in 1994 for a duration of three years. At or near the end of the lease term, I purchased the car from the leasing finance company for its residual value.

3.    I am unable to locate the bill of sale for the acquisition of the Legend. I generally recall the MSRP of this car to be approximately $35,000. I estimate that the residual value of the car to be $15,000 at the time of purchase.

4.    On September 14, 2000 I owned a 1999 Chrysler Town and Country minivan. I purchased the vehicle from a dealer in or near Milpitas, California in the spring of 1998.

5.    I estimated its value at acquisition to be $28,000. I do not have a copy of the bill of sale for this car.

6.    On September 14, 2000 I owned a 2000 Porsche 911 automobile. My understanding is that the Kelly Blue Book value of this car in September 2000 was approximately $81,000.

HOUSEHOLD POSSESSIONS

7.    My family and I moved from the United Kingdom to our home in Woodside California during the spring of 1998. This home was partially furnished when we purchased it as much of the furniture was manufactured specifically for the house. Furnishings that were included with the home included kitchen table, televisions and stereo equipment, sofas and other major furnished items, large mirrored wall hangings, lamps and fixtures, appliances, closet furnishings, bookcases, armoirs, etc.

8.    We disposed of much of our electronic equipment upon leaving the UK as they were incompatible with American electric and broadcast systems. We used (and continue to use today) the entertainment systems that came with our home, plus 2 small TV sets (approximately 12 inch diagonal). The two television sets were purchased in California before September 14, 2000 for less than $300 each. All computers in our home were provided for my use by my employer, and remained the property of my employer.

9.    All furniture in my son's bedrooms and in casual living area on September 14, 2000 were purchased from a chain of stores called "This End Up" and were essentially functional, inexpensive pine furnishings. The value of the furniture in my son's bedrooms at acquisition would not exceed $1000 each, and the remainder of that furniture would not exceed $3,000 in the rest of the house on September 14, 2000.

10.    On September 14, 2000, I did not possess a dining room table or dining room furniture. We eventually acquired one in the winter of 2000.

11.    My wife also possessed some furnishings she acquired through her family, including our master bedroom furniture, and china dishware, etc. This furniture had been in my wife's family for generations and has been in her possession since her birth.

12.    Beyond the items mentioned, we also owned personal clothing and jewelry, small appliances, and various items of furniture. At this date it is difficult to assess the acquisition value of these items. However, I provided Steve Olson an estimated value of $30,000 as a catch-all for these items. I believe that the actual acquisition value of all my household possessions would be substantially less, perhaps ranging from $18,000 to $22,000. If these items were depreciated over their useful life, their value as of September 14, 2000 would have been much less.

## WELLS FARGO CHECKING ACCOUNT

13.    Steve Olson, my CPA, has referenced a Wells Fargo checking account showing an average balance of $20,871.94. The SEC points out a $100,000 debit leaving the account on September 15, 2000; the day after I was sued. This represents a payment to Finklestein, Thompson and Loughran for legal services regarding this very lawsuit. The fee was assessed on the day the SEC informed me of their intent to sue, roughly one week prior to the date of suit. Should the SEC seek to include this as an asset, they would also have to add a corresponding liability associated with the debt to FTL.

## COMMON LAW ISSUES

14.    My wife and I have long agreed to opt out of California common law property ownership arrangements. We signed a transmutation agreement in June 2002, finalizing the legal separation of our assets. Under this separation, my home, and other substantial assets became the sole property of my wife. The agreement remains in effect today.

15.    My wife and I had agreement amongst ourselves to separate our assets via a transmutation agreement long before September 14, 2000.

16.    The reason my wife and I did not execute a transmutation before September 14, 2000 is precisely because our joint net worth was below $2,000,000. Specifically, various

transactions associated with employee stock options required that I be an "accredited investor." Such an investor is a person with net worth in excess of $1,000,000. Had we executed the transmutation agreement before 2002, I would have been prevented from executing various equity transactions. In essence, my wife allowed me to borrow her assets for these purposes.

17.    I knew explicitly that the execution of my transmutation agreement in 2002 could not be used to protect assets from any adverse judgment associated with this action

## TELEPHONE CALLS AND THE SEC INVESTIGATION

18.    In 1999 the SEC accused me of insider trading associated with 10 trades I executed in 1997. These included my March 1997 purchase of PUTs, and 9 trades executed in February 1997.

19.    I submitted a Wells Submission that showed among other things, that the SEC had never questioned me regarding the 9 February trades and therefore had no idea what motivated me to execute them. The Wells Submission also showed many SEC allegations to be grossly illogical and that the SEC did not understand the underlying issues. Specifically, one trade was an assignment executed by someone else. Several others were options that expired before the disclosure event that the SEC alleged enabled me to profit.

20.    The illogical nature of the allegations was consistent with the SEC allegations regarding my purchase of puts in March 1997. There the SEC claimed I was liable for profit that occurred before the disclosure they alleged enabled me to profit.

21.    In early 2000, the SEC deposed me for a second time. They were visibly angry, and refused to acknowledge receipt of exculpatory data that we had provided via Federal Express, and refused to question me regarding that data, even though we provided it by hand. They also explained that they were taking my deposition because of the claims I made in my Wells Submission, specifically that the SEC never sought any information from me regarding the trades at issue. The SEC had not investigated the trades at issue and were upset that the Commission required that they follow through with this apparent inconvenience.

22.    Approximately six months after I submitted a Wells Submission, the SEC announced that they intended to sue me for three counts of insider trading. These included the purchase of puts in March 1997, as well as the sale of covered calls in March. They had dropped

any allegation regarding the nine trades in February 1997. Again the SEC violated their own procedure and avoided questioning me regarding the March 1997 covered calls, and did not permit me to submit another Wells Submission regarding these new accusations. As such, they sued me with no knowledge of my position or motivation regarding these trades, and they avoided getting any such perspective.

23.    While most of the accusations regarding trades in February were absurdly illogical (see item 19 above), a few were just simple trades. These trades seem to have been dropped by the SEC precisely because they clearly resulted from calls I made to telephone numbers the SEC insists I never called. The telephone records make this obvious.

24.    I made many telephone calls to my broker on the morning of March 17, 1997 – before the conference call cited by the SEC. The SEC never made any attempt during their investigation or in discovery to determine who else might have made so many calls from my office in London to an obscure broker in Washington DC. After the suit I did do such a search – there was no one trading that day except me.

25.    The SEC provided me with all of my cell phone billing statements during discovery except those covering March 1997. I believe that these missing statements would put to rest all claims made by the SEC regarding when I spoke to my brokers and what numbers I called. The SEC made no attempt to locate the obviously missing records during investigation or discovery, and delayed filing suit until after FORE Systems destroyed the documents. I did, of course, attempt to obtain this data, but it was no longer kept by FORE Systems by the time I gained the power of subpoena.

26.    During my employment at FORE Systems, daily bookings reports (which measure past bookings), and forecasts (which attempt to predict future bookings) were created and maintained by the same person; Corrie Metz. The SEC obtained all the bookings reports from the period in question, but inexplicably never provided forecasts. They did provide forecasts for the June quarter – but not for the period in question. They made no attempt to resolve this missing data during discovery or investigation, and delayed the suit until after FORE Systems destroyed the documents. I believe that forecasts from March 1997 would have immediately exonerated me.

27.    The SEC's repeated claim that bookings were predictive of revenues ignored that end-of-quarter bookings are not known until the end of the quarter. During March 1997, FORE

Systems used bookings plus forecasts to anticipate end-of-quarter bookings. The SEC has studiously avoided any discussion of forecasts throughout the eight years of this litigation. Their claim that revenue can be predicted solely from mid-quarter bookings is illogical and entirely unfounded.

EMAILS

28.     In footnote 24 of the SEC's opposition to this EAJA motion, they cite a number of emails that they allege indicate doubt as to "…whether Mr. Butler himself believed that FORE Systems could reach the reduced revenue goal, and offered important support (together with several emails authored by Butler during this timeframe) for the Commission's argument that Butler did not believe that the company would achieve the reduced revenue goal." The SEC's contention regarding all of these emails is false, and had I been required to present a defense at trial, these allegations would have been debunked. Further, there never was any reduced revenue goal during the quarter in question, and I cannot comprehend why or how a sophisticated federal agency like the SEC can translate a $120M "best guess" in an email to a "reduced goal". I am not aware of any reason anyone could make this connection.

29.     The SEC quoted an email of mine from February 28, 1997 (two weeks before the SEC alleges I learned negative information about the quarter in a conference call) stating, "we need to get the sales teams really finishing strong in Q4 and get orders in earlier rather than later. The factory will simply crumble if we continue the current hockey stick." This email was sent to a subordinate sales manager who experienced traditionally back-end loaded performance, and I was attempting to motivate him. The company also had over $40M in backlog, at least $10M of which was ready to ship. Also, in the event of back-end loading, the company could simply pre-build inventory to accommodate late orders. In reality, the risk to FORE regarding back-end loading was simply the risk that too few orders would be booked. As the SEC well knows from its investigation, inventory management and judicious use of backlog entirely eliminate risk associated with factory capacity.

30.     The SEC quoted me in a March 11, 1997 email to my counterpart, Steve Young, then Vice President of Asia, "Are you [S%#&]ing in your pants as much as me?" This comment had absolutely nothing to do with FORE's March quarter performance. At the time, I had been

informed by FORE System's VP of HR that he felt my performance was inadequate. I had just moved to the UK, I had a work permit that only enabled me to work in the UK for FORE Systems, and I faced possible employment termination shortly after being promoted. I was aware that Steve had the same issues with Mr. Armour, and that during my tenure FORE Systems had summarily fired their Vice Presidents of North American Sales, Engineering, Marketing, and Sales Operations, as well as several other executives. Mr. Armour was responsible for many of these terminations, and eventually, Tom Gill terminated Mr. Armour's employment due to his own clear failings. The SEC also failed to point out that on March 17, 1997 I sent a related email to Tom Gill asking obliquely if I was indeed to be fired; a fact that they explicitly questioned Mr. Gill about during a deposition. Also, in one of my depositions, the SEC presented me with this email. At the time I suggested it was in relation to my concerns with Tom Armour, but I declined to state that positively (it was a single statement years after it was written). Upon my own inspection of nearly 30,000 pages of evidence, it is clear that this email was in fact relating to our mutual concern regard our employment status, and was a part of many such emails. The email was entirely unrelated to the performance of the quarter.

31.    The SEC quoted me in a March 11, 1997 email to my management stating that I would "begin serious stuffing exercises next week" and that FORE was "going to face a situation where they were running up to a bookings shortfall at the end of the quarter. At FORE Systems during 1997 the word "stuffing" referred to essentially trading an early ship time for discount. In later years in the industry (not at FORE Systems), the term "stuffing" often referred to illegal inventory parking practices. I am not aware of a single instance where FORE improperly sold equipment to a channel. Further, substantial public investigation of FORE has occurred, and no hint of any improper practices has been unearthed that I am aware of. Notably, my region did not experience any bookings shortfall that quarter.

32.    The SEC quotes me in a March 18, 1997 email to Kirk Wrigley, then VP of the Americas, stating "the conference call yesterday was bleak." While the subject of the email was about employee stock options rather than gossiping about quarterly prospects, it is important to directly address the SEC's issues. During that conference call, Steve Young (VP of Asia) was forecasting only a slight rise in quarterly bookings, which followed a disastrous December quarter (all of which had already been disclosed to the public). Tom Gill stated on the conference call that if Steve did not improve profitability soon he should immediately plan for

the shutdown of the entire region as it was cheaper to fire everyone and close down than continue on the then current path. I certainly found this to be "bleak", but the slow Asian sales were clearly a known fact in the public marketplace. Regarding the prospects for the quarter, there was clear risk and a sense of urgency, but this was no worse than in other quarters. In the very same email cited by the SEC, I affirmatively confirmed to Kirk that I believed we would make the quarter as I was "banking that the worst would not happen." It is disturbing to me that the SEC would ignore this clear statement in the very same email that I did not, in fact, believe FORE would miss. Indeed, when presented with this email in a deposition, Michael Maniglia interpreted my statement (correctly) that I believed we would make the quarter.

33.    In numerous motions, the SEC has claimed that I knew only of an analyst prediction of $126M, and therefore would have found a forecast of $120M to be concerning. It is true that I did not receive reports from any analysts during that quarter, as I testified. However, I did learn of analyst forecasts through the normal press and through company email and bulletin boards. I was very much aware of lower analyst forecasts. Further, in the very deposition where I testified to not having direct access to analyst reports, I had provided then with various relevant reports and press articles. The SEC refused to acknowledge receipt of these reports and articles, and refused to question me regarding them. It may be true that the SEC did not know of my awareness of the media attention regarding my company, but that is solely because they refused to find out.

## THIS LITIGATION AND MY CURRENT SITUATION

34.    During the past eight years of investigation and litigation, the SEC has never deposed anyone, or signed any motion, with less than two attorneys participating. During this time, my case has been worked by Michael Novakovic, Elaine Greenberg, Mary Jo Gillette, Ronald Long, Gary Jackson, Kingdon Kase, Richard Humes, Samuel Forstein, Timothy McGarey, Catherine Pappas, and Andrew Southerling, at the least.

35.    Outside of trial, there have been at least 25 depositions, and over 30,000 pages of written data collected. I chose and supported the decision to use multiple FTL attorneys from time to time, due to the massive and extended nature of the case, and the fact that the SEC was clearly outnumbering my own counsel by every measure, and at every step. If it was prudent for

them, I find it ironic that they feel I should not at least do the same. I was also concerned that a single attorney might resign at some point during the many years of this litigation.

36.   This concern was appropriate given that Conor Crowley, an attorney with FTL who knew my case very well, in fact did resign in the middle of discovery. I am glad I enabled two attorneys to work my case from time to time. If not for this staffing strategy, innumerable additional hours would have been required for other Finkelstein attorneys to educate themselves concerning the details of my defense.

37.   The work performed by Robert Garcia was authorized by me and mostly occurred when there was no expert in the case. Robert Garcia was also a planned witness at trial. His efforts were required and were never redundant.

38.   Today my net worth is a negative number, a result of the combined effects of this case and the financial downturn over the past five years. I owe substantial amounts of money to my attorneys and have financed all that I have paid them via the maximum use of a home equity loan. As I have had to borrow to pay my legal fees, I have incurred massive loss through interest payments, losses that have not been claimed under this motion.

39.   For the duration of the suit, I have been unable to obtain a mortgage, nor have I been able to refinance my home. As I could not obtain any mortgage at all with a large potential judgment in front of me, I have even been prevented from selling my home and moving my family to a more modest home. I have a son with a pervasive developmental disorder in the autistic spectrum. He requires substantial care beyond that covered by insurance, and my ability to provide that care has been put at risk.

40.   I have been investigated six times by private law firms because of the existence of this case. Continued and new employment, in an era of zero tolerance given the possibility of innocence, necessitated this. My need to disclose this case to investors, insurance companies, employers, venture capitalists, and co-workers also added to my financial burden, and adversely affected my earning capacity. The fees associated with all these investigations, and losses associated with my reduced employment prospects were not included with those associated with this motion.

41.   The SEC continues to damage me each day, every day, even today. The SEC has published two litigation releases associated with this case. The first, associated with filing the suit, is brimming with falsehoods, and resides on the SEC website to this day. This release was

accompanied by a full press release and media campaign, complete with quotes from Commission officials proclaiming my guilt in many newspapers and newswires. Upon the Court's decision in this case, the SEC released its second release, which again articulates their accusations in detail, but glosses over the detail and nature of the court's decision. When colleagues, co-workers, business partners, customers wish to learn about me before a meeting – they often "Google" me. Then they learn from the SEC only of my "guilt", regardless of the Court's decision. The SEC's voice is the only one that is heard. None of these damages are included in the fees requested via this motion.

42.    When the SEC initiated the so-called investigation that led to this litigation, I was living in Europe. The SEC claims it would be easy for me to find an attorney with more competitive rates and appropriate skills. This is false. It was extraordinarily difficult for me to find ANY attorney who would take my case, as I was living in Europe, I was presumed to be guilty, and considered a payment risk. With FTL, I hired attorneys who were open minded about my innocence or guilt, and when it became clear to them that I was actually innocent, they worked diligently and allowed me to accrue debt. I have no personal doubt that the SEC delayed this case for years, while pressuring me to settle, and attempting to drive me out of cash by filing motion after motion. Most attorneys would not accept so much debt from a man so vigorously prosecuted. Had I chosen another attorney, the SEC would most likely have succeeded in their goal of spending me out of the case. It is not just the competence of FTL I depended upon, it was also their willingness to bet on me as a financial risk. As such, the SEC's contention of other competent counsel at a lower price is false. I looked for other counsel and did not find any meaningful alternative.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, executed this 21 day of September, 2005.

State of California County of
Santa Clara
Subscribed and sworn to (or affirmed)
Before me on this 21 day of Sept, 2005, by
David W Butler
personally Known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.

Signature _____

David W. Butler

K. L. DUBAL
Commission # 1358818
Notary Public - California
Santa Clara County
My Comm. Expires May 31, 2006

TOTAL P.11

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,    )
                                        )
                          Plaintiff,    )
                                        )         Civil Action No. 00-1827
                  v.                    )
                                        )
DAVID W. BUTLER,                        )
                                        )
                          Defendant.    )
                                        )

STATE OF CALIFORNIA          )
                             )   ss:
COUNTY OF SAN MATEO          )

### AFFIDAVIT OF STEVEN D. OLSON

I, Steven D. Olson, being duly sworn, do hereby testify as follows:

1.      I am an adult of majority age, of sound mental health, and I make this affidavit based on personal knowledge. If called to do so, I could and would testify truthfully about the matters set forth herein as follows.

2.      I am a Certified Public Accountant licensed to practice in the state of California. I was retained by David W. Butler as his CPA on September 29, 1999 and have served in that capacity since that time. On September 12, 2005, I met with Mr. Butler and was provided with a copy of the Plaintiff's Opposition to Defendant's Application for Attorneys' Fees and Expenses as file by the Securities and Exchange Commission.

3.      Mr. Butler asked me to address the SEC's comments on my submission of August 2, 2005. My replies to each of the SEC's comments and additional clarification are as follows.

4.      Wells Fargo Checking Account Number 0039-758990. The SEC objects to the use of an average balance for the value of this account as represented in the Statement of Net Worth submitted with my affidavit of August 2, 2005 and attached hereto as Exhibit A. I was not originally provided with information and documentation sufficient to calculate the actual balance of the account as of September 14, 2000. In analyzing the bank statement (Reference A1) and in discussing the various transactions listed upon it with Mr. Butler, it was my judgment

that the average balance would be the most evenhanded, fair and conservative figure to use in the presentation despite that fact that all of the deposits shown on the statement occurred on or after September 14th. In reviewing the bank statement with Mr. Butler I asked specifically about the $100,000 deposit on September 14th and the wire transfer in the same amount on September 15th. Mr. Butler informed me that the deposit was an inter-account transfer and the wire transfer out of the account was for a required payment to his attorneys in connection with this matter. Since the deposit and withdrawal occurred on consecutive days and since the cash asset and liability to pay his attorneys exactly offset each other their inclusion or exclusion has zero effect on the calculation of net worth. I attach hereto as Exhibit B, a copy of the wire transfer confirmation from Wells Fargo Bank showing the transferee as Mr. Butler's attorneys, Finklestein, Tompson and Loughran. Subsequent to August 2, 2005, I was provided with additional information and documentation sufficient to calculate the balance of the bank account as of September 14th, 2000. Netting the $100,000 against the $100,000 legal fees this calculated balance as shown in the attached Exhibit C is $3,121.54 or $17,750.40 less than the balance shown on the original Statement of Net Worth contained in my Affidavit of August 2, 2005.

5.     Wells Fargo Bank Account 6401-754312. The opening balance as of August 24, 2000 of this account per the bank statement (Reference A14) was $4,190.34. There was no activity on this account whatsoever until September 22, 2004. Therefore the exact balance of this account as of September 14th 2000, was $4,190.34. This balance is an obvious precise balance and not a self serving results oriented methodology as the SEC contends.

6.     My affidavit of August 2, 2005 stated that the Statement of Net Worth "does not constitute a financial statement in accordance with Generally Accepted Accounting Principals". This statement is true. Although it resembles a financial statement of sorts it is not one of the standard components of a set of financial reports that can be found within the covers of any accounting textbook or included with the annual report of any publicly traded company. This does not mean to imply that Generally Accepted Accounting Principles were not used in its construction. On the contrary, the statement, other than deviations in format, is compliant with Generally Accepted Accounting Principles and applicable Federal and California income tax law. My Affidavit of August 2, 2005 also states that I did not perform an audit of the material in accordance with Generally Accepted Auditing Standards. This statement is also true, I was not engaged to perform an audit and therefore as a Certified Public Accountant, I cannot imply, even

by omission, that an audit was performed. This is a technical distinction and disclosure required by the canons of my profession. An audit consists principally of inquiry and obtaining third party corroboration. If engaged to perform an audit of this material I am fully ready and capable to do so. The overwhelming bulk of an audit of this material would consist of directly contacting the companies whose statements and invoices are attached as references and support to the Statement of Net Worth and confirming directly with them that they in fact did prepare and issue those statements and the balances shown on the statements are correct. I do not, however, have any reason to doubt the veracity of the documents which have been provided to me and which have formed the basis of this new net worth calculation

7. Automobiles. I did not attach any documentation to the original Statement of Net Worth contained in my August 2005 Affidavit as to the value of the automobiles. At the time that statement was prepared Mr. Butler was unable to locate any documentation on the purchase of the automobiles and I was unable to locate any historical information concerning the value of the automobiles as of September 2000. I now attach as Exhibit D, a copy of the applicable page from "**September-October 2000 Western Edition of the Kelly Blue Book Official Used Car Guide1994-2000**" showing that the value of Mr. Butler's 1999 Chrysler minivan had a value of between $22,100 and $26,200. I attach as Exhibit E a copy of the applicable page from "**September-October 2000 Western Edition of the Kelly Blue Book Official Used Car Guide1994-2000**" showing the value of Mr. Butler's 2000 Porsche as $80,755. I attach as Exhibit F, the applicable page of the "a copy of the applicable page from "**September-October 2000 Western Edition of the Kelly Blue Book Official Used Car Guide1994-2000**" showing that the value of Mr. Butler's 1995 Acura between $15,000 and $19,850. Using average prices for the Chrysler and the Acura, the sum of these values is $122,330 compared to the $131,950 shown on the original Statement of Net Worth contained in Affidavit of August 2, 2005. This equals a reduction in value of $9,620.

8. The net effect of these numerical adjustments as reflected on the revised Statement of Net Worth (Exhibit G) is to decrease the Mr. Butler's net worth by $33,081.47 when compared to the original Statement of Net Worth contained in my August 2, 2005 Affidavit. Additionally, given the fact that the NASDAQ Composite Index rose 500% from approximately 400 in 1984 when Mr. Butler graduated from college and entered the workforce to approximately 2,000 as of September 14, 2000, as I stated before in my affidavit of August 2,

2005 if the market appreciation and reinvested earnings were removed from the retirement account balances in order to restore those balances to historical cost the result would most likely be a substantial and material decrease in net worth. The cost basis of the retirement accounts and the associated accrued tax liability is an ascertainable number however the amount of the adjustment required is unknown at this time. In my opinion, Mr. Butler's net worth as of September 14, 2000 was no more than $1,913,154.96 and was probably less

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, executed this 21ˢᵗ day of September, 2005.

_____
Steven D. Olson

_____
Notary Signature

Notary Seal



STEPHANIE MONIKA ANDRADE
Commission # 1514404
Notary Public - California
Santa Clara County
My Comm. Expires Sep 19, 2008

State of _California_

County of _Santa Clara_

Commission Expires _9/19/08_



# **EXHIBIT A**

**David Butler**
Statement of Net Worth
As of September 14, 2000

| Assets | Description | Cost Basis | Ref. |
|---|---|---|---|
| Wells Fargo Bank (0039-758990) | Checking | 20,871.94 | A1 |
| Fidelity Investments (165-183377) | Retirement Plan - IRA | 2,000.00 | A2 |
| Marconi-Fore - AMEX | Retirement Plan - 401K | 53,975.89 | A3 |
| Prudential (BBE-800814) | Retirement Plan - IRA | 167,687.76 | A4 |
| Prudential (BBE-865988) | Securities | 111,486.61 | A5 |
| Prudential (TFJ-179313) | Money Market | 21,088.94 | A6 |
| PaineWebber (TF14557-66) | UBS PW Technology Fund | 200,000.00 | A7 |
| PaineWebber (TF14557-66) | PW ASPEN Fund, LLC | 125,000.00 | A7 |
| PaineWebber (SJ-34861-LS) | Brandes Investment Fund | 300,000.00 | A8 |
| PaineWebber (SL-34860-LS) | New Bridge Partners Inv. Fund | 200,469.00 | A9 |
| PaineWebber (SJ-34858-LS) | Laurel Capital Fund | 200,000.00 | A10 |
| Personal Residence | 17370 Skyline Blvd. Woodside, CA | 1,600,000.00 | A11 |
| Lockheed Martin | 401(K) (Kristin G. Butler) | 13,440.56 | A12 |
| Mirapoint, Inc. | 401 (K) Profit Sharing Plan | 9,870.81 | A13 |
| Wells Fargo Bank (6401-754312) | Bank Account (Kristin G. Butler) | 4,190.34 | A14 |
| 1999 Chrysler | | 28,000.00 | |
| 2000 Porsche | | 88,950.00 | |
| 1995 Acura | | 15,000.00 | |
| Personal Belongings. | Estimated by David W. Butler | 30,000.00 | |
| | **Total Assets** | **$3,192,031.85** | |

| Liabilities | Description | Balance | Ref. |
|---|---|---|---|
| PaineWebber - Margin | Credit Line | 220,946.17 | L1 |
| Washington Mutual (0021669643) | Home Equity Loan | 237,935.68 | L2 |
| Washington Mutual (0013134671) | Home Mortgage | 592,637.36 | L3 |
| Income Tax Liability | Year 2000 | 57,155.64 | L4a |
| Accrued Income Tax Liability | Retirement Contributions | 126,830.00 | L4b |
| Legal Fees Payable | Finkelstein, Thompson & Loughran | 4,727.50 | L5 |
| Property Maintenance | Garden Service | 720.00 | L6 |
| Property Tax Liability | Two Months & 14 Days Liability | 3,476.22 | L7 |
| ADT | Security Services | 92.85 | L8 |
| Aquaphyle Pool Service | Pool service | 300.00 | L9 |
| Citibank | Credit Card Payable | 863.53 | L10 |
| Dish Network | Satellite TV | 110.47 | L11 |
| | **Total Liabilities** | **$1,245,795.42** | |

| | | | |
|---|---|---|---|
| **Net Worth** | | **$1,946,236.43** | |

**Exhibit A**

0039-758990



**WELLS FARGO BANK**

‖ WELLS FARGO BANK, N.A.                    #0329
P.O. BOX 6995
PORTLAND, OR 97228-6995

DAVID W BUTLER                    OCN        CALL 1-800-TO-WELLS
KRISTIN BUTLER                    D          (1-800-869-3557)
17370 SKYLINE BLVD.                          24 HOURS/DAY, 7 DAYS/WEEK
WOODSIDE CA 94062-3715                       FOR ASSISTANCE WITH
                                             YOUR ACCOUNT.

---

PAGE 1 OF 5    THIS STATEMENT COVERS: 9/12/00 THROUGH 10/10/00

WELLS FARGO    EFFECTIVE 12/01/00, THE FOLLOWING HAS BEEN ADDED TO THE DEPOSIT AGREEMENT:
NEWSLINE       YOUR WELLS FARGO ATM/ATM & CHECK CARD OR INSTANT CASH/CASH & CHECK CARD MUST
               NOT BE USED FOR ANY UNLAWFUL PURPOSE (FOR EXAMPLE, FUNDING ANY ACCOUNT THAT IS
               SET UP TO FACILITATE ON-LINE GAMBLING). YOU AGREE YOU WILL NOT USE YOUR CARD
               OR ACCOUNT FOR ANY TRANSACTION THAT IS ILLEGAL UNDER APPLICABLE LAW.

---

**STAGECOACH**
**CHECKING**
0039-758990

**SUMMARY**

| PREVIOUS BALANCE | 6,629.01 | MINIMUM BALANCE | |
| DEPOSITS | 242,484.66+ | AVERAGE BALANCE | .00 |
| WITHDRAWALS | 251,088.17- | | |
| PHONE BANK CALLS | .00- | | |
| POINT OF SALE USAGE FEE | 1.00- | | |
| MONTHLY CHECKING FEE | | | |
| AND OTHER CHARGES | 26.50- | | |
| DIRECT DEPOSIT DISCOUNT | 2.00+ | | |
| ▶ NEW BALANCE | .00 | | |

---

**CHECKS AND**
**WITHDRAWALS**

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|-------|-----------|--------|-------|-----------|--------|
| 2424 | 9/12 | 555.00 | 2544* | 10/02 | 15.00 |
| 2425 | 9/15 | 36.00 | 2546* | 9/25 | 500.00 |
| 2432* | 9/14 | 1,825.35 | 2547 | 9/20 | 75.00 |
| 2434* | 9/13 | 30.66 | 2548 | 9/26 | 37.50 |
| 2438* | 9/12 | 320.00 | 2549 | 9/25 | 37.50 |
| 2439 | 9/22 | 15.00 | 2551* | 9/26 | 3,800.00 |
| 2440 | 9/26 | 125.00 | 2552 | 9/26 | 53.86 |
| 2441 | 9/19 | 810.00 | 2553 | 10/10 | 4,000.00 |
| 2442 | 9/25 | 12.87 | 2554 | 10/03 | 289.00 |
| 2443 | 10/02 | 19.65 | 2556* | 10/04 | 90,000.00 |
| 2444 | 10/06 | 50.00 | 2557 | 10/03 | 43.58 |
| 2445 | 9/18 | 108.55 | 2558 | 10/10 | 110.47 |
| 2449* | 9/13 | 42.74 | 2559 | 10/10 | 580.00 |
| 2532* | 9/15 | 200.00 | 2560 | 10/02 | 2,904.62 |
| 2533 | 9/15 | 200.00 | 2561 | 10/03 | 194.05 |
| 2534 | 9/15 | 200.00 | 2562 | 10/03 | 863.53 |
| | | | 2569* | 10/10 | 540.00 |

| | | |
|---|---|---|
| WIRE TRANSFER CHARGE | 9/15 | 30.00 |
| WIRE TRANS SVC CHARGE - SEQUENCE 00091502 | | |
| 7351 | | |
| OUTGOING MONEY TRANSFER DEBIT | 9/15 | 100,000.00 |
| FED#02565 CITIBANK FEDERAL'S /FTR/BNF=FINKE | | |
| LSTEIN, THOMPSON AND LOUGHRAN | | |
| PACIFIC BELL 525 APS    6505290564  483 | 9/20 | 289.07 |
| DAVID W BUTLER | | |
| CUSTOMER WITHDRAWAL | 9/21 | 500.00 |
| WIRE TRANSFER CHARGE | 9/27 | 30.00 |
| WIRE TRANS SVC CHARGE - SEQUENCE 00092702 | | |
| 3605 | | |

CONTINUED



---

**YOUR WELLS FARGO STATEMENT**

♻ PRINTED ON RECYCLED PAPER                                    MEMBER FDIC

0039-758990



**WELLS FARGO BANK**

DAVID W BUTLER
KRISTIN BUTLER

PAGE 2 OF 5    THIS STATEMENT COVERS: 9/12/00 THROUGH 10/10/00

| CHECKS AND WITHDRAWALS | | DATE PAID | AMOUNT |
|---|---|---|---|
| OUTGOING MONEY TRANSFER DEBIT | | 9/27 | 34,500.00 |
| FED#02268 CHASE MANHATTAN BA /FTR/BNF=SALOM | | | |
| ON SMITH BARNEY, INC. | | | |
| P. G. AND E.      APS DEBIT  QRN5136503 AA40 | | 10/04 | 351.22 |
| DAVID BUTLER | | | |
| OVERDRAFT PROTECTION TRANSFER FEE | | 10/10 | 15.00 |
| POINT OF SALE USAGE FEE | | 10/10 | 1.00 |
| SERVICE CHARGE | | 10/10 | 7.50 |
| INCLUDING $2.00 DIRECT DEPOSIT DISCOUNT | | | |

| EXPRESS BANKING | | | |
|---|---|---|---|
| POS CARD PURCHASE   #090438 ON 09/12 AT | | 9/12 | 33.73 |
| 2110 MIDDLEFIELORCHARD SUREDWOOD CITY CA | | | |
| POS CARD PURCHASE   #007333 ON 09/12 AT | | 9/12 | 671.42 |
| 2300 MIDDLEFIELCOSTCO WHOREDWOOD CITY CA | | | |
| POS CARD PURCHASE   #014098 ON 09/13 AT | | 9/13 | 17.09 |
| 1477 CHARIN AVEMOLLIE STOBURLINGAME   CA | | | |
| CHECK CARD PURCHASE ON 09/12 AT | | 9/13 | 41.00 |
| HALF MOON BAY FISH MKT  HALF MOON BAY CA | | | |
| 533473XXXXXX8803   8012000LHWH287514 | | | |
| WITHDRAWAL #00165J ON 09/13 | | 9/13 | 300.00 |
| POS CARD PURCHASE   #002517 ON 09/14 AT | | 9/14 | 53.28 |
| 1071 EL CAMINO SAFEWAY  SREDWOOD CITY CA | | | |
| CHECK CARD PURCHASE ON 09/13 AT | | 9/14 | 96.00 |
| LISA'S TEA TREASURES    MENLO PARK   CA | | | |
| 533473XXXXXX8803   7048077LJ61772F1Y | | | |
| CHECK CARD PURCHASE ON 09/12 AT | | 9/14 | 260.00 |
| SAN FRANCISCO BALLET A   SAN FRANCISCO CA | | | |
| 533473XXXXXX8803   8845079LH3ENSHXKV | | | |
| CHECK CARD PURCHASE ON 09/14 AT | | 9/15 | 19.95 |
| MSN ONLINE BILLING  9/   1800-386-5550 WA | | | |
| 533473XXXXXX8803   7854186LJ0STVQGYF | | | |
| CHECK CARD PURCHASE ON 09/13 AT | | 9/15 | 48.65 |
| TALBOTS TOYLAND INC      SAN MATEO    CA | | | |
| 533473XXXXXX8803   8045386LJ00FGES5K | | | |
| POS CARD PURCHASE   #004523 ON 09/15 AT | | 9/15 | 54.97 |
| 720 MENLO AVENUTRADER JOEMENLO PARK   CA | | | |
| CHECK CARD PURCHASE ON 09/13 AT | | 9/15 | 101.85 |
| REI 38 SAN CARLOS      SAN CARLOS   CA | | | |
| 533473XXXXXX8803   8045079LJES51G507S | | | |
| CHECK CARD PURCHASE ON 09/15 AT | | 9/18 | 27.87 |
| BORDERS BOOKS &MUSIC#9  PALO ALTO    CA | | | |
| 533473XXXXXX8803   7054807LLBAQ13F86 | | | |
| CHECK CARD PURCHASE ON 09/14 AT | | 9/18 | 30.76 |
| CHEVRON #009027I       WOODSIDE     CA | | | |
| 533473XXXXXX79Q16   2S560H02EKBH8Z50J0 | | | |
| CHECK CARD PURCHASE ON 09/14 AT | | 9/18 | 43.72 |
| BARNES & NOBLE #1971    REDWOOD CITY  CA | | | |
| 533473XXXXXX8803   8044400LK7BS6BWW3 | | | |
| CHECK CARD PURCHASE ON 09/13 AT | | 9/18 | 45.00 |
| AVALON SKIN CARE        BURLINGAME   CA | | | |
| 533473XXXXXX8803   8048675LKS662ZBMA | | | |
| CHECK CARD PURCHASE ON 09/14 AT | | 9/18 | 64.79 |
| GOETZ BROS SPORTING GO  REDWOOD CITY  CA | | | |
| 533473XXXXXX8803   8045072LK48NY49DE | | | |
| CHECK CARD PURCHASE ON 09/13 AT | | 9/18 | 77.94 |
| RICHARD OF BURLINGAME   BURLINGAME   CA | | | |
| 533473XXXXXX8803   7045268LKD490P7A6 | | | |
| CHECK CARD PURCHASE ON 09/13 AT | | 9/18 | 150.00 |
| RICHARD OF BURLINGAME   BURLINGAME   CA | | | |
| 533473XXXXXX8803   7045268LKD490P79L | | | |
| CONTINUED | | | |

**YOUR WELLS FARGO STATEMENT**

PRINTED ON RECYCLED PAPER    MEMBER FDIC

0039-758990



**WELLS FARGO BANK**

DAVID W. BUTLER
KRISTIN BUTLER

PAGE 3 OF 5    THIS STATEMENT COVERS: 9/12/00 THROUGH 10/10/00

| EXPRESS BANKING | | DATE PAID | AMOUNT |
|---|---|---|---|
| POS CARD PURCHASE  #062912 ON 09/16 AT | | 9/18 | 222.71 |
| 3015 WOODSIDE RROBERTS MAWOODSIDE     CA | | | |
| CHECK CARD PURCHASE ON 09/17 AT | | 9/19 | 28.72 |
| CHEVRON #02021181     SAN FRANCISCO CA | | | |
| 533473XXXXXX7906   23460042LNBLGZ5NRT | | | |
| POS CARD PURCHASE  #152682 ON 09/19 AT | | 9/19 | 300.27 |
| 200 WOODSIDE PLALBERTSONSREDWOOD CITY CA | | | |
| NON WFB ATM #007824 ON 09/18 AT 00007802 | | 9/19 | 281.50 |
| 525 UNIVERSITY CALIFORNIAPALO ALTO   CA | | | |
| NON WFB ATM FEE FOR TRANSACTION #007824 | | 9/19 | 2.00 |
| CHECK CARD PURCHASE ON 09/18 AT | | 9/20 | 32.10 |
| TEXAGO INC 626912200041   PORTOLA VALL CA | | | |
| 533473XXXXXX8803   2342585LPAAPLXPVY | | | |
| CHECK CARD PURCHASE ON 09/21 AT | | 9/22 | 10.75 |
| DISEGNO           SAN FRANCISCO CA | | | |
| 533473XXXXXX8803   8045079LT3EFTNQ1P | | | |
| CHECK CARD PURCHASE ON 09/20 AT | | 9/22 | 31.35 |
| CHEVRON #0090271       WOODSIDE   CA | | | |
| 533473XXXXXX7906   23460042LTBLGZ54NQ | | | |
| CHECK CARD PURCHASE ON 09/20 AT | | 9/22 | 57.31 |
| MCWHORTER STATIONERY   REDWOOD CITY CA | | | |
| 533473XXXXXX8803   70429501T61479N73 | | | |
| POS CARD PURCHASE  #010265 ON 09/22 AT | | 9/25 | 29.85 |
| 1801 WOODSIDE RARCO PAYPOREDWOOD CITY CA | | | |
| POS CARD PURCHASE  #618010 ON 09/24 AT | | 9/25 | 132.68 |
| 200 WOODSIDE PLALBERTSONSREDWOOD CITY CA | | | |
| WITHDRAWAL #07811 AT 02057B ON 09/24 | | 9/25 | 300.00 |
| POS CARD PURCHASE  #010106 ON 09/26 AT | | 9/26 | 48.80 |
| 500 STANFORD SHANDRONFCOTRACK ALTO   CA | | | |
| POS CARD PURCHASE  #020108 ON 09/28 AT | | 9/28 | 138.57 |
| 3130 ALPINE RD BIANCHIMILAPORTOLD VALLECA | | | |
| CHECK CARD PURCHASE ON 09/27 AT | | 9/28 | 42.00 |
| HFD*HINTERTHUR HOME FR 800-225-4956  DE | | | |
| 533473XXXXXX8803   7843286LZ00WS6KB83 | | | |
| CHECK CARD PURCHASE ON 09/26 AT | | 9/28 | 157.50 |
| SAN FRANCISCO-STAIND GISAN FRANCISCO CA | | | |
| 533473XXXXXX8803   88650781Z48W499FR | | | |
| CHECK CARD PURCHASE ON 09/28 AT | | 9/29 | 29.67 |
| CHEVRON #0090271       WOODSIDE   CA | | | |
| 533473XXXXXX7906   23460042M0BLGZ2K3K | | | |
| POS CARD PURCHASE  #029142 ON 09/29 AT | | 9/29 | 32.25 |
| 1801 WOODSIDE RARCO PAYPOREDWOOD CITY CA | | | |
| CHECK CARD PURCHASE ON 10/01 AT | | 10/02 | 51.78 |
| AMAZON.COM *SUPERSTOR 800-201-7575  WA | | | |
| 533473XXXXXX8803   7843286M50UXZ82M5 | | | |
| CHECK CARD PURCHASE ON 09/28 AT | | 10/02 | 232.63 |
| GOETZ BROS SPORTING GO REDWOOD CITY CA | | | |
| 533473XXXXXX8803   80450781M148MY49QF | | | |
| POS CARD PURCHASE  #340927 ON 09/30 AT | | 10/02 | 291.47 |
| 200 WOODSIDE PLALBERTSONSREDWOOD CITY CA | | | |
| WITHDRAWAL #00136 AT 02057B ON 10/02 | | 10/02 | 300.00 |
| CHECK CARD PURCHASE ON 09/29 AT | | 10/02 | 438.43 |
| JRVIS CATALOG        800-635-7635  VA | | | |
| 533473XXXXXX8803   7843286M100VMA8M2 | | | |
| CHECK CARD PURCHASE ON 10/02 AT | | 10/03 | 28.00 |
| HFD*HINTERTHUR HOME FR 800-225-4956  DE | | | |
| 533473XXXXXX8803   7843286M400008ZVA0 | | | |
| POS CARD PURCHASE  #002213 ON 10/03 AT | | 10/03 | 81.76 |
| 485 EL CAMINO TARGET 032REDWOOD CITY CA | | | |
| POS CARD PURCHASE  #021101 ON 10/03 AT | | 10/03 | 626.15 |
| 300 MIDDLEFTELCOSTCO WHOREDWOOD CITY CA | | | |
| CONTINUED | | | |

PRINTED ON RECYCLED PAPER                    MEMBER FDIC

0039*758990



**WELLS FARGO BANK**

+    DAVID W  BUTLER
KRISTIN BUTLER

PAGE 4 OF 5    THIS STATEMENT COVERS: 9/12/00 THROUGH 10/10/00

**EXPRESS BANKING**

| | DATE PAID | AMOUNT |
|---|---|---|
| CHECK CARD PURCHASE ON 10/03 AT | 10/04 | 128.70 |
| ORVIS CATALOG    800-635-7635  VA | | |
| 533473XXXXXX8803   7843286M5000R4GDW | | |
| CHECK CARD PURCHASE ON 10/03 AT | 10/04 | 264.41 |
| ORIENTAL TRADING COMPA  800-2280475  NE | | |
| 533473XXXXXX8803   88417134M6L56F94XJ | | |
| CHECK CARD PURCHASE ON 10/04 AT | 10/06 | 48.94 |
| VICTOR LAMPS & PARTS  SAN FRANCISCO CA | | |
| 533473XXXXXX8803   8045078M74A2T9SK7 | | |
| POS CARD PURCHASE  #111681 ON 10/06 AT | 10/06 | 237.21 |
| 200 WOODSIDE PLALBERTSONSREDWOOD CITY CA | | |
| CHECK CARD PURCHASE ON 10/05 AT | 10/10 | 29.60 |
| TEXACO INC 626912200041 PORTOLA VAL1  CA | | |
| 533473XXXXXX8803   2342585M8AAFLXR6G | | |
| CHECK CARD PURCHASE ON 10/06 AT | 10/10 | 32.98 |
| WHOLE LIFE NATURAL FOO REDWOOD CITY CA | | |
| 533473XXXXXX8803   8045079MA4K4RHLW2 | | |
| CHECK CARD PURCHASE ON 10/06 AT | 10/10 | 35.35 |
| SKYWOOD TRADING POST  WOODSIDE  CA | | |
| 533473XXXXXX8803   7062950M9F4DTQ8M8 | | |
| CHECK CARD PURCHASE ON 10/05 AT | 10/10 | 51.94 |
| EDWARD SHOES FOR CHILD PALO ALTO  CA | | |
| 533473XXXXXX8803   8045078M848HY4X0H | | |
| POS CARD PURCHASE  #883704 ON 10/10 AT | 10/10 | 62.76 |
| 2110 MIDDLEFIELDRCHARD SUREDWOOD CITY CA | | |
| CHECK CARD PURCHASE ON 10/08 AT | 10/10 | 70.70 |
| HALF MOON BAY FISH MKT  HALF MOON BAY CA | | |
| 533473XXXXXX8803   8012IL7MBWH287JTK | | |
| POS CARD PURCHASE  #012229 ON 10/10 AT | 10/10 | 208.07 |
| 2500 MIDDLEFIELCOSTCO WHOREDWOOD CITY CA | | |
| CHECK CARD PURCHASE ON 10/06 AT | 10/10 | 427.93 |
| ORVIS CATALOG    800-635-7635  VA | | |
| 533473XXXXXX8803   7843286M8003FHB7B | | |
| CHECK CARD PURCHASE ON 10/05 AT | 10/10 | 450.09 |
| WARNER BROS.  00001545  PALO ALTO  CA | | |
| 533473XXXXXX8803   7041019M82368M63F | | |

**DEPOSITS**

| | DATE POSTED | AMOUNT |
|---|---|---|
| CUSTOMER DEPOSIT | 9/14 | 335.87 |
| CUSTOMER DEPOSIT | 9/14 | 100,000.00 |
| DATACRAFT INC    PAYROLL  EF9.0001420915D | 9/15 | 4,448.98 |
| BUTLER DAVID | | |
| CUSTOMER DEPOSIT | 9/22 | 20,000.00 |
| TRANSFER FROM 6401-754312 AT 2057B  09/26 | 9/26 | 25,000.00 |
| DATACRAFT INC    PAYROLL  EF9.0001420929D | 9/29 | 4,448.98 |
| BUTLER DAVID | | |
| CHECK CARD MERCHANDISE RETURN ON 09/28 AT | 10/02 | 27.01 |
| GOETZ BROS SPORTING GO REDWOOD CITY CA | | |
| 533473XXXXXX8803   8545078M148W7449BQ | | |
| TRANSFER FROM 6401-754312 AT 2057B  10/02 | 10/02 | 85,000.00 |
| CHECK CARD MERCHANDISE RETURN ON 10/04 AT | 10/05 | 31.10 |
| ORVIS CATALOG    800-635-7635  VA | | |
| 533473XXXXXX8803   7843286M6001P6SH0 | | |
| OVERDRAFT PROTECTION TRANSFER FROM MRA | 10/05 | 543.65 |
| CHECK CARD MERCHANDISE RETURN ON 10/06 AT | 10/10 | 103.92 |
| WARNER BROS  00001545  PALO ALTO  CA | | |
| 533473XXXXXX8803   7041019MA236BM6VK | | |
| OVERDRAFT PROTECTION TRANSFER FROM MRA | 10/10 | 2,545.15 |

CONTINUED



**YOUR WELLS FARGO STATEMENT**

PRINTED ON RECYCLED PAPER    MEMBER FDIC

0039-758990

**WELLS FARGO BANK**

DAVID W  BUTLER
KRISTIN BUTLER

| | |
|---|---|
| PAGE 5 OF 5 | THIS STATEMENT COVERS 9/12/00 THROUGH 10/10/00 |

| DIRECT DEPOSIT ADVANCE | OUTSTANDING BALANCE AS OF LAST STATEMENT | $0.00 | OUTSTANDING BALANCE AS OF THIS STATEMENT | $0.00 |
|---|---|---|---|---|

DIRECT DEPOSIT ADVANCE IS A CONVENIENT WAY TO PROTECT YOUR
CHECKING ACCOUNT FROM OVERDRAFTS AND OVERDRAFT CHARGES.
IF YOU NEED TO WRITE A CHECK BUT ANTICIPATE THAT IT
WILL OVERDRAW YOUR ACCOUNT, JUST USE THE ATM OR CALL
24-HOUR TELEPHONE BANKING TO REQUEST AN ADVANCE UP TO $300.

| WELLS FARGO PHONE BANK | EACH ACCOUNT COMES WITH FREE UNLIMITED AUTOMATED TOUCH-TONE BANKING SERVICE CALLS. |
|---|---|

CALLS TO PHONE BANK THIS STATEMENT PERIOD:  0

| EXPRESS ATM LOCATIONS USED | 001653: 249 PRIMROSE RD, BURLINGAME, CA  02057B: 2925 WOODSIDE RD, WOODSIDE, CA |
|---|---|

THANK YOU FOR BANKING WITH WELLS FARGO

**YOUR WELLS FARGO STATEMENT**

PRINTED ON RECYCLED PAPER                                                    MEMBER FDIC

**Fidelity Investments**

WE HELP YOU INVEST RESPONSIBLY

# Investment Report

August 1, 2000 - August 31, 2000

Online                                    www.fidelity.com
FAST(sm) Automated Telephone              800-544-5555
Customer Service                          800-544-6666

#BWNFRKS

DAVID W BUTLER
17370 SKYLINE BLVD
WOODSIDE CA 94062-3715

## Brokerage 165-183377 · DAVID W BUTLER · TRADITIONAL IRA · FIDELITY MANAGEMENT TRUST CO · CUSTODIAN

### Account Summary

| | |
|---|---|
| Beginning value as of Aug 1 | $2,354.22 |
| Transaction costs, loads and fees | 15.00 |
| Change in investment value | $12.45 |
| Ending value as of Aug 31 | $2,351.67 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | $12.45 | $91.63 |

Your commission schedule   Std Discount
Minimal annual trade requirement   0
Eligible trades from Sep 1999 - Aug 2000   0

### Holdings (Symbol) as of August 31, 2000

| | Performance August 31, 2000 | Quantity August 31, 2000 | Price per Unit August 31, 2000 | Total Value August 1, 2000 | Total Value August 31, 2000 |
|---|---|---|---|---|---|
| **Stocks** 0% of holdings | | | | | |
| NON ACAT REC RETIREMENT ACCT | 2.0000 | | | unavailable | unavailable |
| **Core Account** 100% of holdings | | | | | |
| FIDELITY CASH RESERVES (FDRXX) | 7-day yield 6.26% | 2,351.6700 | $1.00000 | $2,354.22 | $2,351.67 |

*Position held in cash account*

### Transaction Details   (for holdings with activity this period)

A2

**Fidelity Investments**
WE HELP YOU INVEST RESPONSIBLY

# Investment Report

August 1, 2000 - August 31, 2000

## Brokerage 165-183377 — DAVID W BUTLER - TRADITIONAL IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

### Core Account: Fidelity Cash Reserves

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $2,354.22 |
| **Investment Activity** | | |
| Core account income | $12.45 | |
| Subtotal of Investment Activity | $12.45 | |

### Cash Management Activity

| Description | Amount | Balance |
|---|---|---|
| Account fees and charges | -15.00 | |
| Subtotal of Cash Management Activity | -$15.00 | |
| Ending | | $2,351.67 |

### Investment Activity

| Settlement Date | Security | Description | Amount |
|---|---|---|---|
| 8/31 | FIDELITY CASH RESERVES | Dividend received | $12.45 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| Total | | $12.45 | 2,351.67 |

### Cash Management Activity

**Fees and Charges**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 8/11 | Only inactivity fee | $15.00 | $2,339.22 |
| | | -$15.00 | |

**Daily Additions and Subtractions** Fidelity Cash Reserves @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance |
|---|---|---|
| 8/11 | $15.00 | $2,339.22 |
| 8/31 | 12.45 | 2,351.67 |

### Additional Information About Your Investment Report

Fidelity Investments believes that the new legislation before the U.S. Senate proposing increased contribution limits for both IRAs and workplace savings plans is good for all working Americans. We strongly endorse it.

This past July, the U.S. House of Representatives overwhelmingly passed legislation (by a vote of 401 to 25) that will not only raise contribution limits, but will also provide benefit portability and "catch-up" contributions by workers nearing retirement. This is a positive for you, our customers.

▲

# Investment Report

August 1, 2000 - August 31, 2000



**Fidelity Investments**

WE HELP YOU INVEST RESPONSIBLY™

## Additional Information About Your Investment Report

If you believe as we do that this legislation is important, we urge you to act now and call the Congressional switchboard at (202) 225-3121 and ask your U.S. Senators to pass H.R. 1102 this year. You can also go to www.fidelity.com to send letters to your Senators. Thank you!

As of August 29, 2000, Fidelity Brokerage Services, Inc. and National Financial Services Corporation, which currently provide your brokerage services, were reorganized within the Fidelity Investments group of companies and the new companies will be known as Fidelity Brokerage Services LLC and National Financial Services LLC, respectively. All of your account information, agreements and other account-related documentation will continue in effect with the new companies, and there will be no changes to your services, fees or Fidelity's commitment to your investing needs.

In response to the decimalization initiative being facilitated by the SIA as of August 28th, 2000 all open orders for the securities participating in Phase I of decimalization were converted to decimals. Open buy orders were rounded down to the nearest corresponding decimal place while open sell orders were rounded up. If applicable, your statement will reflect the rounded price and revised commissions were generated for the open orders. For example: Buy 100 shares of APC @ 45 15/16 became Buy 100 shares of APC @ 45.93, and sell 100 shares of APC @ 45 5/8 became Sell 100 shares of APC @ 45.63

The following securities are participating in Phase I of decimalization and will all trade in penny (.01) increments: New York Stock Exchange: Anadarko Petroleum (APC), Forest City Enterprises Inc. Class A (FCEA), Forest City Enterprises Inc. Class B (FCEB), FedEx Corporation (FDX), Gateway Inc (GTW), Hughes Supply Inc (HUG), MSC Software Corp (MNS) American Stock Exchange: Regal Beloit Corp (RBC), Psychemedics Corp. (PMD), Global Light Telecommunications Inc. (GBT), ONE2.com Inc. (ONT), eMagin Corp. (EMA), Media General Inc. (MEG.A). This corresponding option contracts for Anadarko Petroleum, Gateway Inc and FedEx Corporation will also be included in Phase I of decimalization. Trading increments for options will depend on the premium for the particular option. Options trading at a premium of under $3 will trade in nickel (.05) increments and options trading at a premium of $3 or greater will trade in dime (.10) increments.

The exchanges are expected to add additional securities to Phase I within the month of September. For more detailed information as well as the full marketplace plan and key implementation dates, please refer to www.fidelity.com.

02055

 **Marconi**

### Marconi USA
### Wealth Accumulation Plan

**Account Statement as of 12-31-2002**

| YOUR ACCOUNT INFORMATION |
|---|

| Participant Information | |
|---|---|
| Date of Birth: | 08/07/1960 |
| Termination Date: | 12/01/1998 |

DAVID W. BUTLER
17370 SKYLINE BLVD
WOODSIDE, CA 94062-3715

## Account at a Glance

Account Activity by Contribution type for the period 10-01-2002 to 12-31-2002 (MM-DD-YYYY)

| Sources | Beginning Balance | Contributions | Distributions Fees | Investment Results | Ending Balance | Vested Percent | Vested Balance |
|---|---|---|---|---|---|---|---|
| Before-Tax | 98,978.58 | 0.00 | 0.00 | 3,839.44 | 102,818.02 | 100% | 102,818.02 |
| TOTAL | 98,978.58 | 0.00 | 0.00 | 3,839.44 | 102,818.02 | N/A | 102,818.02 |

## Contribution Information as of 01-06-2003

Plan-to-Date Before-Tax Contribs:   *Year to date totals exclude prior year contributions posted in current year.

## Investment of Future Contributions as of 01-06-2003

| Fund Name | All Sources |
|---|---|
| Stable Value | 100.00 |
| TOTAL | 100.00% |

If you have questions about your plan, contact
J.P. Morgan/American Century Retirement Plan Services P.O. Box 419784 Kansas City, MO 64141-6784
Visit our Web site at www.retireonline.com or call 1-800-345-2345
(International): 1-816-931-8177)



 A3

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**COMMAND Plus** ⭐

SIPC

As of:    September 30, 2000    Page    1

Your Financial Advisor:    DOUGLAS RICHARDS
SENIOR V.P. INVESTMENTS
1130 CONNECTICUT AVENUE N. W.
ELEVENTH FLOOR
WASHINGTON    DC 20036
202-872-6542

\*\*\*    MR DAVID W BUTLER &
MRS KRISTIN G BUTLER    JT TEN
17370 SKYLINE BLVD
WOODSIDE    CA 94062-3715

Stocks and options are going decimal! On December 2, 1999, the New York Stock Exchange (NYSE) board of directors voted to change its rules so that, beginning in the coming year, it can start quoting stocks in dollars and cents. The option exchanges made similar rule changes to accommodate decimal trading.

A 13-stock and 3-option class pilot was implemented August 28, 2000, and 150 more securities went "decimal" on September 25, 2000. The final implementation of pricing all NASDAQ securities into decimals will occur in the first quarter of 2001. It sounds complicated, but it's not. The plan is to make the transition as smooth as possible for all concerned.

The decimalization process will affect every area of the securities industry. One of the first changes you'll notice is that orders will be entered with decimal, not fractional prices and "Good 'til Cancelled" orders, previously entered as fractions, will be changed for the stocks now quoted in decimals. Contact your Financial Advisor for more details.

| ACCOUNT NUMBER | ACCOUNT NAME | SECURITIES VALUE | MONEY MARKET & CASH BALANCE | NET WORTH | INCOME THIS PERIOD | INCOME YEAR TO DATE |
|---|---|---|---|---|---|---|
| TFJ-179313 COMMAND | MR DAVID W BUTLER & MRS KRISTIN G BUTLER JT TEN | $.00 | $21,088.94 | $21,088.94 | $137.84 | $2,283.40 |
| BBE-800914 RETIREMENT | PRUDENTIAL SECURITIES C/F MR DAVID W BUTLER | $152,319.28 | $4,490.04 | $156,809.32 | $229.18 | $1,871.23 |
| BBE-855988 SECURITIES | MR DAVID W BUTLER & MRS KRISTIN G BUTLER JT TEN | $109,894.51 | $207.70 | $110,102.21 | $167.38 | $1,464.42 |
| TFJ-R36591 RETIREMENT | PRUDENTIAL SECURITIES C/F MR DAVID W BUTLER | $.00 | $.00 | $.00 | $.00 | $.00 |
| TOTALS | | $262,213.79 | $25,786.68 | $288,000.47 | $534.40 | $5,619.05 |

The above summary does not include futures or futures related accounts held in your name at Prudential Securities.
@ - Total includes Short Balance.
\* - Current account balances are displayed, although no statement was produced this month.
# - Insurance and Annuities value included.

Please see reverse side.

NT9336CK-TFJ-0035590

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**Retirement Account** ☆

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-800814-L1

Page 1 of 10

**Your Financial Advisor:**
RICHARDS & RAY
1130 CONNECTICUT AVENUE N. W.
ELEVENTH FLOOR
WASHINGTON    DC 20036
sheldon_ray@prusec.com
douglas_richards@prusec.com
FORREST E. WILLIAMS

**E-mail Address:**

**Your Branch Manager:**

Phone: 202-861-4400

PRUDENTIAL SECURITIES C/F
DANIEL J BUTLER
17370 SKYLINE BL
WOODSIDE         CA  94062-3715

Trading authorization has been given to your Financial Advisor

### Total Account Net Worth

| | |
|---|---|
| Priced Securities Value | $165,902.99 |
| Money Market Funds | $3,040.78 |
| Cash Balance | $.78 |

| | |
|---|---|
| | $152,319.28 |
| | $4,472.05 |
| | $17.08 |

**Total Net Worth**   $168,944.05   $156,809.32

### Gain/Loss Estimate

| | |
|---|---|
| This Period Realized Gain (Loss) | $626.58 |
| March 07 To Date Realized Gain (Loss) | ($1,227.01) |
| Unrealized Gain (Loss) As Of September 30 | ($10,895.52) |

### Income Distributions

| | | | |
|---|---|---|---|
| Money Fund Dividends | $16.68 | | $165.96 |
| Dividends | $212.50 | | $1,705.27 |

**Total Income**   $229.18   $1,871.23

### Cash Activity Highlights

| | | | |
|---|---|---|---|
| Funds Added | $.00 | | $169,472.74 |
| Funds Withdrawn | $.00 | | $.00 |

### Asset Composition



Money Mkt Funds–2.9%

Equities–97.1%

SIPC

A4

NT593BGK-TFJ-003882
TEL274941

**Prudential**
Securities

**Retirement Account** ☆

**Client Statement**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

For The Period:
September 1 – September 30, 2000    MR DAVID W BUTLER

Account Number:
BBE-800814-L1

Page 2 of 10

[Tax Information]

| | 2000 | 1999 |
|---|---|---|
| ROLLOVER | $51,057.81 | |

[Portfolio Detail]

**Equities–97.1% of Portfolio**

| | SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| ALCATEL SA SPONSORED ADR AMERN DEP RCPT REPSTG 1 ADR SHHS | ALA | 165 | 62.875 ** | $10,374.38 | | $55 | .53% | |
| ALLIED IRISH PLC SPONSORED AMERN DEP RECPT ONE ADR REP 2 ORD SHS | AIB | 340 | 21.875 | $7,437.50 | | $225 | 3.03% | |
| ALLTEL CORP | AT | 85 | 52.188 ** | $4,435.98 | | $109 | 2.46% | |
| BARCLAYS PLC AMERICAN DEPOSITARY RECEIPT | BCS | 70 | 110.563 | $7,739.41 | | $225 | 2.91% | |
| BG PLC AMERICAN DEPOSITARY RECEIPT FINAL INSTALLMENT | BRG | 220 | 32.125 | $7,067.50 | | $552 | 7.81% | |
| CABLE AND WIRELESS PUBLIC LTD CO SPONSORED AMERICAN RECEIPT DEPOSITORY | CWP | 195 | 42.563 ** | $8,299.79 | | $130 | 1.57% | |
| CADBURY SCHWEPPES P L C AMERICAN DEPOSITORY RECEIPT 10 ORDINARY | CSG | 200 | 24.063 ** | $4,812.60 | | $121 | 2.51% | |
| CHEUNG KONG HOLDING AMERICAN DEPOSITORY RECEIPT | CHEUY | 360 | 12.088 | $4,351.68 | | $60 | 1.38% | |
| COCA COLA CO DELAWARE | KO | 60 | 55.125 ** | $3,307.50 | | $41 | 1.24% | |
| COMPAQ COMPUTER CORP | CPQ | 320 | 27.580 ** | $8,825.60 | | $32 | .36% | |
| DAIMLERCHRYSLER AG ORDINARY SHS | DCX | 80 | 44.390 ** | $3,551.20 | | $178 | 5.01% | |
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | E | 85 | 52.938 ** | $4,499.73 | | $104 | 2.31% | |
| FANNIE MAE | FNM | 70 | 71.500 ** | $5,005.00 | | $78 | 1.56% | |
| GILLETTE COMPANY | G | 200 | 30.875 ** | $6,175.00 | | $130 | 2.11% | |
| GLAXO WELLCOME PLC SPONSORED AMERICAN DEPOSITORY RECEIPT | GLX | 85 | 60.438 ** | $5,137.23 | | $93 | 1.81% | |
| GLOBAL TELESYSTFMS INC | GTS | 250 | 4.563 ** | $1,140.75 | | | | |
| GRUPO IUSACELL S A DE CV V SPONSORED ADR REP SER V SHS | CEL | 330 | 11.875 | $3,918.75 | | | | |

SIPC

# Prudential
### Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**Retirement Account** ★

MR DAVID W BUTLER

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-800814-L1

Page 3 of 10

**Portfolio Detail**

### Equities-97.1% of Portfolio (continued)

| | SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| HSBC HOLDINGS PLC SPONSORED AMERICAN DEPOSITARY RECEIPT | HBC | 150 | 71.400 ** | $10,710.00 | | $280 | 2.61% | |
| IMPERIAL CHEM INDS PLC ADR NEW | ICI | 170 | 23.188 ** | $3,941.96 | | $336 | 8.52% | |
| KONINKLIKE PHILIPS ELECTRONICS N V SPONSORED ADR NEW 2000 | PHG | 130 | 42.500 | $5,525.00 | | $126 | 2.28% | |
| MCDONALDS CORP | MCD | 120 | 30.188 ** | $3,622.56 | | $26 | .72% | |
| NATIONAL AUSTRALIA BANK LTD CAPITAL EXCHANGEABLE CONV PFD 7.875% BOOK ENTRY ONLY | NAU | 150 | 25.313 | $3,796.95 | | $295 | 7.77% | |
| NOVARTIS AG SPONSORED AMERICAN DEPOSITARY RECEIPT | NVS | 170 | 38.688 | $6,576.96 | | $70 | 1.06% | |
| PACIFIC CENTURY CYBERWORKS LTD SPONSORED AMERN DEPOSITARY RECEIPT | PCW | 473 | 11.000 | $5,203.00 | | | | |
| PANAMERICAN BEVERAGE INC CLASS A | PB | 280 | 17.000 ** | $4,760.00 | | $67 | 1.41% | |
| SIEMENS A G AMERICAN DEPOSITORY RECEIPTS NEW | SMAWY | 25 | 128.613 | $3,215.33 | | $17 | .53% | |
| TOKIO MARINE & FIRE INSURANCE LIMITED AMERICAN DEPOSITORY RECEIPTS NEW | TKIOY | 70 | 50.188 | $3,513.16 | | $24 | .68% | |
| WASHINGTON MUTUAL INC | WM | 135 | 39.813 ** | $5,374.76 | | $157 | 2.92% | |
| **TOTAL PRICED SECURITIES VALUE** | | | | **$152,319.28** | | **$3,531** | | |

### Money Market Funds-2.9% of Portfolio

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CASH ACCUMULATION TRUST LIQUID ASSETS | | 4,472.960 | 1.000 | $4,472.96 | | $292 | 6.53% | 7-Day Yield |
| **TOTAL MONEY MARKET FUNDS** | | | | **$4,472.96** | | **$292** | | |

**Prudential** Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Client Statement**

Page 4 of 10

Account Number
BBE-800814-L1

Retirement Account ★    MR DAVID W BUTLER

For The Period:
September 1 - September 30, 2000

Important Message about your Unrealized Gains (Losses)

This section presents estimated unrealized gains or losses for your information only, and should not be used for tax purposes. We suggest you review it for accuracy and contact your Financial Advisor with any questions before making any investment decisions. In instances where a gain (loss) has not been calculated, section and summary totals may not reflect a comprehensive view of your complete portfolio.

Unrealized Gains (Losses)

## Equities

| | ORIGINAL TRADE DATE | QUANTITY | PRICE OR ADJ COST | CURRENT PRICE | COST OR OTHER BASIS | CURRENT VALUE | UNREALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| ALCATEL SA SPONSORED ADR | 03-16-00 | 4 | 42.9375 | 62.875 | $171.75 | $251.50 | $79.75 |
| AMERN DEP RCPT REPSTG 1 ADR SHHS | 03-16-00 | 85 | 42.8125 | 62.875 | $3,639.06 | $5,344.38 | $1,705.32 |
| | 03-17-00 | 60 | 43.0625 | 62.875 | $2,583.75 | $3,772.50 | $1,188.75 |
| | 05-03-00 | 16 | 44.3675 | 62.875 | $709.88 | $1,006.00 | $296.12 |
| | | 165 | | | $7,104.44 | $10,374.38 | $3,269.94 |
| ALLIED IRISH PLC SPONSORED | 03-16-00 | 100 | 18.125 | 21.875 | $1,812.50 | $2,187.50 | $375.00 |
| AMERN DEP RECPT ONE ADR REP 2 ORD SHS | 03-16-00 | 200 | 18.1875 | 21.875 | $3,637.50 | $4,375.00 | $737.50 |
| | 08-09-00 | 40 | 17.000 | 21.875 | $680.00 | $875.00 | $195.00 |
| | | 340 | | | $6,130.00 | $7,437.50 | $1,307.50 |
| ALLTEL CORP | 07-25-00 | 30 | 61.7825 | 52.188 | $1,853.48 | $1,565.64 | ($287.84) |
| | 08-16-00 | 40 | 56.9375 | 52.188 | $2,277.50 | $2,087.52 | ($189.98) |
| | 09-01-00 | 15 | 49.5755 | 52.188 | $743.63 | $782.82 | $39.19 |
| | | 85 | | | $4,874.61 | $4,435.98 | ($438.63) |
| BARCLAYS PLC AMERICAN DEPOSITARY RECEIPT | 03-17-00 | 70 | 96.500 | 110.563 | $6,755.00 | $7,739.41 | $984.41 |
| BG PLC AMERICAN DEPOSITARY RECEIPT | 03-16-00 | 160 | 25.1875 | 32.125 | $4,030.00 | $5,140.00 | $1,110.00 |
| FINAL INSTALLMENT | 03-16-00 | 60 | 25.125 | 32.125 | $1,507.50 | $1,927.50 | $420.00 |
| | | 220 | | | $5,537.50 | $7,067.50 | $1,530.00 |
| CABLE AND WIRELESS PUBLIC LTD CO | 03-16-00 | 50 | 64.6875 | 42.563 | $3,234.38 | $2,128.15 | ($1,106.23) |
| SPONSORED AMERICAN RECEIPT DEPOSITORY | 03-16-00 | 100 | 64.500 | 42.563 | $6,450.00 | $4,256.30 | ($2,193.70) |
| | 06-19-00 | 15 | 55.125 | 42.563 | $826.88 | $638.45 | ($188.43) |
| | 07-07-00 | 20 | 56.125 | 42.563 | $1,122.50 | $851.26 | ($271.24) |
| | 08-16-00 | 10 | 51.4629 | 42.563 | $514.63 | $425.63 | ($89.00) |
| | | 195 | | | $12,148.39 | $8,299.79 | ($3,848.60) |
| CADBURY SCHWEPPES P L C | 03-17-00 | 200 | 25.875 | 24.063 | $5,175.00 | $4,812.60 | ($362.40) |
| AMERICAN DEPOSITORY RECEIPT 10 ORDINARY | | | | | | | |
| CHEUNG KONG HOLDING | 08-23-00 | 300 | 13.250 | 12.088 | $3,975.00 | $3,626.40 | ($348.60) |
| AMERICAN DEPOSITORY RECEIPT | 09-01-00 | 20 | 13.450 | 12.088 | $269.00 | $241.76 | ($27.24) |
| | 09-13-00 | 40 | 12.500 | 12.088 | $500.00 | $483.52 | ($16.48) |
| | | 360 | | | $4,744.00 | $4,351.68 | ($392.32) |

SIPC

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

**Retirement Account** ★

MR DAVID W BUTLER

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-800814-L1

Page 5 of 10

## Equities (continued)

| | ORIGINAL ISSUE DATE | QUANTITY | PRICE OR ADJ COST | CURRENT PRICE | COST OR OTHER BASIS | CURRENT VALUE | UNREALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| COCA COLA CO DELAWARE | 04-05-00 | 60 | 47.750 | 55.125 | $2,865.00 | $3,307.50 | $442.50 |
| COMPAQ COMPUTER CORP | 03-16-00 | 190 | 29.500 | 27.580 | $5,605.00 | $5,240.20 | ($364.80) |
| | 03-16-00 | 80 | 29.4375 | 27.580 | $2,355.00 | $2,206.40 | ($148.60) |
| | 03-24-00 | 50 | 28.5625 | 27.580 | $1,428.13 | $1,379.00 | ($49.13) |
| | | 320 | | | $9,388.13 | $8,825.60 | ($562.53) |
| DAIMLERCHRYSLER AG ORDINARY SHS | 03-20-00 | 50 | 64.8125 | 44.390 | $3,240.63 | $2,219.50 | ($1,021.10) |
| | 04-04-00 | 10 | 66.500 | 44.390 | $665.00 | $443.90 | ($221.10) |
| | 07-06-00 | 20 | 53.0625 | 44.390 | $1,061.25 | $887.80 | ($173.45) |
| | | 80 | | | $4,966.88 | $3,551.20 | ($1,415.68) |
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | 03-17-00 | 85 | 47.875 | 52.938 | $4,069.38 | $4,499.73 | $430.35 |
| FANNIE MAE | 03-29-00 | 15 | 58.375 | 71.500 | $875.62 | $1,072.50 | $196.88 |
| | 03-29-00 | 55 | 58.375 | 71.500 | $3,210.63 | $3,932.50 | $721.87 |
| | | 70 | | | $4,086.25 | $5,005.00 | $918.75 |
| GILLETTE COMPANY | 03-16-00 | 100 | 35.000 | 30.875 | $3,500.00 | $3,087.50 | ($412.50) |
| | 03-17-00 | 50 | 34.875 | 30.875 | $1,743.75 | $1,543.75 | ($200.00) |
| | 03-27-00 | 50 | 33.500 | 30.875 | $1,675.00 | $1,543.75 | ($131.25) |
| | | 200 | | | $6,918.75 | $6,175.00 | ($743.75) |
| GLAXO WELLCOME PLC SPONSORED AMERICAN DEPOSITARY RECEIPT | 03-17-00 | 55 | 57.3125 | 60.438 | $3,152.19 | $3,324.09 | $171.90 |
| | 03-27-00 | 30 | 56.625 | 60.438 | $1,698.75 | $1,813.14 | $114.39 |
| | | 85 | | | $4,850.94 | $5,137.23 | $286.29 |
| GLOBAL TELESYSTEMS INC | 03-17-00 | 150 | 26.000 | 4.563 | $3,900.00 | $684.45 | ($3,215.55) |
| | 03-28-00 | 100 | 23.625 | 4.563 | $2,362.50 | $456.30 | ($1,906.20) |
| | | 250 | | | $6,262.50 | $1,140.75 | ($5,121.75) |
| GRUPO IUSACELL S A DE CV V SPONSORED ADR REP SER V SHS | 03-16-00 | 80 | 20.3125 | 11.875 | $1,625.00 | $950.00 | ($675.00) |
| | 03-16-00 | 250 | 20.250 | 11.875 | $5,062.50 | $2,968.75 | ($2,093.75) |
| | | 330 | | | $6,687.50 | $3,918.75 | ($2,768.75) |
| HSBC HOLDINGS PLC SPONSORED AMERICAN DEPOSITARY RECEIPT | 03-16-00 | 30 | 58.5675 | 71.400 | $1,756.66 | $2,142.00 | $385.12 |
| | 03-16-00 | 60 | 58.4375 | 71.400 | $3,506.25 | $4,284.00 | $777.75 |
| | 03-17-00 | 60 | 58.625 | 71.400 | $3,517.50 | $4,284.00 | $766.50 |
| | | 150 | | | $8,780.63 | $10,710.00 | $1,929.37 |

SIPC

**Prudential** Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

**Retirement Account** ⭐

MR DAVID W BUTLER

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-800814.L1

Page 6 of 10

SIPC

NT89398CKT-FPJ-003898
TPJ-173931

## Unrealized Gain (Losses)

### Equities

| | ORIGINAL TRADE DATE | QUANTITY | PRICE OR ADJ COST | CURRENT PRICE | COST OR OTHER BASIS | CURRENT VALUE | UNREALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| **(continued)** | | | | | | | |
| IMPERIAL CHEM INDS PLC ADR NEW | 03-16-00 | 170 | 30.3125 | 23.188 | $5,153.13 | $3,941.96 | ($1,211.17) |
| KONINKLIJKE PHILIPS ELECTRONICS N V | 03-16-00 | 39 | 43.9103 | 42.500 | $1,712.50 | $1,657.50 | ($55.00) |
| SPONSORED ADR NEW 2000 | 03-16-00 | 91 | 44.2772 | 42.500 | $4,029.22 | $3,867.50 | ($161.72) |
| | | 130 | | | $5,741.72 | $5,525.00 | ($216.72) |
| MCDONALDS CORP | 03-16-00 | 100 | 34.375 | 30.188 | $3,437.50 | $3,018.80 | ($418.70) |
| | 07-13-00 | 20 | 31.250 | 30.188 | $625.00 | $603.76 | ($21.24) |
| | | 120 | | | $4,062.50 | $3,622.56 | ($439.94) |
| NATIONAL AUSTRALIA BANK LTD | 03-17-00 | 150 | 24.250 | 25.313 | $3,637.50 | $3,796.95 | $159.45 |
| CAPITAL EXCHANGEABLE CONV PFD 7.875% | | | | | | | |
| BOOK ENTRY ONLY | | | | | | | |
| NOVARTIS AG SPONSORED | 03-16-00 | 130 | 31.875 | 38.688 | $4,143.75 | $5,029.44 | $885.69 |
| AMERICAN DEPOSITARY RECEIPT | 03-16-00 | 40 | 31.625 | 38.688 | $1,265.00 | $1,547.52 | $282.52 |
| | | 170 | | | $5,408.75 | $6,576.96 | $1,168.21 |
| PACIFIC CENTURY CYBERWORKS LTD SPONSORED | 03-16-00 | 143 | 25.0569 | 11.000 | $3,583.13 | $1,573.00 | ($2,010.13) |
| AMERN DEPOSITARY RECEIPT | 03-16-00 | 297 | 25.1136 | 11.000 | $7,458.75 | $3,267.00 | ($4,191.75) |
| | 06-16-00 | 33 | 20.2633 | 11.000 | $668.69 | $363.00 | ($305.69) |
| | | 473 | | | $11,710.57 | $5,203.00 | ($6,507.57) |
| PANAMERICAN BEVERAGE INC CLASS A | 03-16-00 | 40 | 17.5625 | 17.000 | $702.50 | $680.00 | ($22.50) |
| | 03-16-00 | 200 | 17.750 | 17.000 | $3,550.00 | $3,400.00 | ($150.00) |
| | 07-03-00 | 40 | 15.9682 | 17.000 | $638.73 | $680.00 | $41.27 |
| | | 280 | | | $4,891.23 | $4,760.00 | ($131.23) |
| SIEMENS A G | 07-17-00 | 10 | 171.000 | 128.613 | $1,710.00 | $1,286.13 | ($423.87) |
| AMERICAN DEPOSITORY RECEIPTS NEW | 07-17-00 | 15 | 168.000 | 128.613 | $2,520.00 | $1,929.20 | ($590.80) |
| | | 25 | | | $4,230.00 | $3,215.33 | ($1,014.67) |
| TOKIO MARINE & FIRE INSURANCE LIMITED | 03-30-00 | 50 | 51.8086 | 50.188 | $2,590.43 | $2,509.40 | ($81.03) |
| AMERICAN DEPOSITORY RECEIPTS NEW | 04-11-00 | 20 | 50.500 | 50.188 | $1,010.00 | $1,003.76 | ($6.24) |
| | | 70 | | | $3,600.43 | $3,513.16 | ($87.27) |
| WASHINGTON MUTUAL INC | 03-17-00 | 35 | 25.4375 | 39.813 | $890.31 | $1,393.46 | $503.15 |
| | 03-17-00 | 100 | 25.4375 | 39.813 | $2,543.76 | $3,981.30 | $1,437.54 |
| | | 135 | | | $3,434.07 | $5,374.76 | $1,940.69 |

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Client Statement**

Page 7 of 10

SIPC

★ Retirement Account

For The Period:
September 1 - September 30, 2000

MR DAVID W BUTLER

Account Number:
BBE-800814-L1

NT9398ECK-TFJ-0038.17

### Unrealized Gains (Losses)

| | ORIGINAL TRADE DATE | QUANTITY | | | | | | CURRENT VALUE | UNREALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|---|---|
| **Equities** | (continued) | | | | | | | | |
| Total | | 4,988 | | | | | | $152,319.28 | ($10,895.52) |
| **TOTAL UNREALIZED GAINS (LOSSES)** | | | | | | | | $152,319.28 | ($10,895.52) |

### Important Message about your Realized Gains (Losses)

This section presents estimated realized gains or losses for your information only, and should not be used for tax purposes. To calculate gains or losses, the oldest position has been liquidated first unless you specified otherwise (a "versus purchase" order). We suggest you review it for accuracy and contact your Financial Advisor with any questions before making any investment decisions. In instances where a gain (loss) has not been calculated, section and summary totals may not reflect a comprehensive view of your complete portfolio.

### Realized Gains (Losses)

| | ORIGINAL TRADE DATE | CLOSING TRADE DATE | QUANTITY | PRICE OR ADJ COST | CLOSING PRICE | COST OR OTHER BASIS | PROCEEDS | | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|---|---|
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | 03-17-00 | 09-11-00 | 25 | 47.875 | 57.625 | $1,196.87 | $1,440.63 | | $243.76 |
| WASHINGTON MUTUAL INC | 03-17-00 | 09-12-00 | 35 | 25.4375 | 36.375 | $890.31 | $1,273.13 | | $382.82 |
| **TOTAL REALIZED GAINS (LOSSES)** | | | | | | | | | $626.58 |

### Account Activity

| | DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| DIV ON    200 GILLETTE CO | 09/05 | Dividend | | Income | | $32.50 |
| CAT LIQUID ASSETS | 09/06 | Purchased | 33 | 1.00 | $33.00 | |
| ALLTEL CORP | 09/07 | Purchased | 15 | 49.5755 | $743.63 | |
| DISCRETION USED | | | | | | |
| CAT LIQUID ASSETS | 09/07 | Sold | -33 | 1.00 | | $33.00 |
| CAT LIQUID ASSETS | 09/07 | Sold | -980 | 1.00 | | $980.00 |
| CHEUNG KONG HOLDING AMERICAN DEPOSITORY RECEIPT PSI MAKES MARKET | 09/07 | Purchased | 20 | 13.45 | $269.00 | |

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**Retirement Account** ★

MR DAVID W BUTLER

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-800814-L1

Page 8 of 10

SIPC

| ACCOUNT ACTIVITY | DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| DIV ON 185 CABLE&WIRELES SP/ADR | 09/11 | Dividend | | Income | | $105.27 |
| FGN TAX WITHHELD ON 185 CABLE&WIRELES SP/ADR | 09/11 | Debit | | | $10.53 | |
| CAT LIQUID ASSETS | 09/12 | Purchased | 95 | 1.00 | $95.00 | |
| CAT LIQUID ASSETS | 09/14 | Purchased | 1,441 | 1.00 | $1,441.00 | |
| EM SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES DISCRETION USED. | 09/14 | Sold | -25 | 57 5/8 | | $1,440.63 |
| DIV ON 185 CABLE&WIRELES SP/ADR TO REVERSE THE 09/11/00 DISTRIBUTION TO MODIFY TAX REPORTING STATUS | 09/14 | Dividend | | Reversal | $105.27 | |
| FGN TAX WITHHELD ON 185 CABLE&WIRELES SP/ADR TO REVERSE THE 09/11/00 DISTRIBUTION TO MODIFY TAX REPORTING STATUS | 09/14 | Credit | | Reversal | | $10.53 |
| CAT LIQUID ASSETS | 09/15 | Purchased | 1,273 | 1.00 | $1,273.00 | |
| CAT LIQUID ASSETS | 09/15 | Sold | -95 | 1.00 | | $95.00 |
| WASHINGTON MUTUAL INC DISCRETION USED. | 09/15 | Sold | -35 | 36 3/8 | | $1,273.13 |
| DIV ON 185 CABLE&WIRELES SP/ADR REPRESENTS CORRECT 09/11/00 DISTRIBUTION | 09/15 | Dividend | | Income | | $93.78 |
| FGN TAX WITHHELD ON 185 CABLE&WIRELES SP/ADR REPRESENTS CORRECT 09/11/00 DISTRIBUTION | 09/15 | Debit | | | $9.38 | |
| CAT LIQUID ASSETS | 09/18 | Sold | -416 | 1.00 | | $416.00 |
| CHEUNG KONG HOLDING AMERICAN DEPOSITORY RECEIPT PSI MAKES MARKET | 09/18 | Purchased | 40 | 12 1/2 | $500.00 | |
| DIV ON 160 KONINKLIJKE PHIE EXM TO REVERSE THE 08/14/00 DISTRIBUTION TO MODIFY TAX REPORTING STATUS | 09/20 | Dividend | | Reversal | $187.00 | |
| FGN TAX WITHHELD ON 160 KONINKLIJKE PHIE EXM TO REVERSE THE 08/14/00 DISTRIBUTION TO MODIFY TAX REPORTING STATUS | 09/20 | Credit | | Reversal | | $28.05 |
| CAT LIQUID ASSETS AS OF 09-20-00 | 09/21 | Sold | -159 | 1.00 | | $159.00 |
| DIV ON 160 KONINKLIJKE PHIE EXM TO PAY CORRECT 08/04/00 DISTRIBUTION | 09/21 | Dividend | | Income | | $187.00 |
| CAT LIQUID ASSETS | 09/22 | Purchased | 187 | 1.00 | $187.00 | |

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

Page 9 of 10

**Retirement Account** ☆

**MR DAVID W BUTLER**

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-800814-L1

**Account Activity**

| CAT LIQ ASSETS DIV REINV 08/24 - 09/24 | DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| DIV ON | 09/25 | Dividend | 16.680 | Money Fund | | |
| 300 ALLIED IRISH SPO ADR | 09/27 | Purchased | | Income | | $69.42 |
| FGN TAX WITHHELD ON | 09/27 | Debit | 300 | | $15.27 | |
| ALLIED IRISH SPO ADR | | | | | | |
| CAT LIQUID ASSETS | 09/28 | Purchased | 55 | 1.00 | $55.00 | |
| DIV ON | 09/28 | Dividend | | Income | | $69.42 |
| 300 ALLIED IRISH SPO ADR | | | | | | |
| REPRESENTS 9/27/00 DISTRIBUTION | | | | | | |
| DIV ON | 09/28 | Dividend | | Reversal | $69.42 | |
| 300 ALLIED IRISH SPO ADR | | | | | | |
| REVERSE 09/27/00 DISTRIBUTION | | | | | | |
| FGN TAX WITHHELD ON | 09/28 | Credit | | Reversal | | $15.27 |
| 300 ALLIED IRISH SPO ADR | | | | | | |
| REVERSE 09/27/00 DISTRIBUTION | | | | | | |
| CAT LIQUID ASSETS | 09/29 | Purchased | 15 | 1.00 | $15.00 | |
| DIV ON | 09/29 | Dividend | | Income | | $16.80 |
| 280 PANAMERN BEV INC CLA | | | | | | |

SIMPLIFY YOUR LIFE-GO ONLINE! USE OUR ONLINE ACCOUNT ACCESS TO MANAGE YOUR FINANCES-ANY TIME NIGHT OR DAY VIA THE INTERNET. VISIT
WWW.PRUDENTIALSECURITIES.COM TO WATCH A DEMO OR TO SIGN UP FOR ONLINE ACCOUNT ACCESS. START SIMPLIFYING YOUR LIFE TODAY!

SIPC

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America (Newark, New Jersey)

# Client Statement

SIPC

## Securities Account ☆

For The Period:
September 1 - September 30, 2000

Your Financial Advisor:

RICHARDS & RAY
1130 CONNECTICUT AVENUE N.W.
ELEVENTH FLOOR
WASHINGTON    DC 20036

E-mail Address:
sheldon_ray@prusec.com
douglas_richards@prusec.com

Your Branch Manager:
FORREST E. WILLIAMS

Account Number:
BBE-856908-L1

Page 1 of 9

Phone: 202-861-4400

MR DAVID W BUTLER &
MRS KRISTIN G BUTLER JT TEN
17370 SKYLINE BLVD
WOODSIDE         CA  94062-3715

Trading authorization has been given to your Financial Advisor

### Total Account Net Worth

| | |
|---|---|
| Priced Securities Value | $117,373.10 |
| Money Market Funds | $402.00 |
| Cash Balance | $3.62 |

| | |
|---|---|
| | $109,884.51 |
| | $400.00 |
| | $17.70 |

| | | |
|---|---|---|
| Total Net Worth | $117,813.72 | $110,102.21 |

### Gain/Loss Summary

| | |
|---|---|
| This Period Realized Gain (Loss) | $710.95 |
| March 07 To Date Realized Gain (Loss) | ($254.16) |
| Unrealized Gain (Loss) As Of September 30 | ($1,384.40) |

### Income & Distributions

| | | |
|---|---|---|
| Money Fund Dividends | $2.45 | $113.67 |
| Dividends | $164.93 | $1,350.75 |

| | | |
|---|---|---|
| Total Income | $167.38 | $1,464.42 |

### Cash Activity Highlights

| | | |
|---|---|---|
| Funds Added | $.00 | $112,000.00 |
| Funds Withdrawn | $.00 | $.00 |

### Asset Composition



Equities-99.8%

Money Mkt Funds-0.2%

A5

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**Securities Account**

MR DAVID W BUTLER &

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-865988-L1

Page 2 of 9

### Portfolio Detail

**Equities 99.8% of Portfolio**

| | SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| ALCATEL SA SPONSORED ADR AMERN DEP RCPT REPSTG 1 ADR SHHS | ALA | 110 | 62.875 ** | $6,916.25 | | $37 | .53% | |
| ALLIED IRISH PLC SPONSORED AMERN DEP RECPT ONE ADR REP 2 ORD SHS | AIB | 250 | 21.875 | $5,468.75 | | $166 | 3.04% | |
| ALLTEL CORP | AT | 50 | 52.188 ** | $2,609.40 | | $64 | 2.45% | |
| BARCLAYS PLC AMERICAN DEPOSITARY RECEIPT | BCS | 50 | 110.563 | $5,528.15 | | $161 | 2.91% | |
| BG PLC AMERICAN DEPOSITARY RECEIPT FINAL INSTALLMENT | BRG | 170 | 32.125 | $5,461.25 | | $427 | 7.82% | |
| CABLE AND WIRELESS PUBLIC LTD CO SPONSORED AMERICAN RECEIPT DEPOSITORY | CWP | 135 | 42.563 ** | $5,746.01 | | $90 | 1.57% | |
| CADBURY SCHWEPPES P L C AMERICAN DEPOSITORY RECEIPT 10 ORDINARY | CSG | 130 | 24.063 ** | $3,128.19 | | $78 | 2.49% | |
| CHEUNG KONG HOLDING AMERICAN DEPOSITORY RECEIPT | CHEUV | 250 | 12.088 | $3,022.00 | | $42 | 1.39% | |
| COCA COLA CO DELAWARE | KO | 80 | 55.125 ** | $4,410.00 | | $54 | 1.22% | |
| COMPAQ COMPUTER CORP | CPQ | 250 | 27.580 ** | $6,895.00 | | $25 | .35% | |
| DAIMLERCHRYSLER AG ORDINARY SHS | DCX | 60 | 44.390 ** | $2,663.40 | | $133 | 4.99% | |
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | E | 60 | 52.938 ** | $3,176.28 | | $74 | 2.33% | |
| FANNIE MAE | FNM | 50 | 71.500 ** | $3,575.00 | | $56 | 1.57% | |
| GILLETTE COMPANY | G | 150 | 30.875 ** | $4,631.25 | | $98 | 2.12% | |
| GLAXO WELLCOME PLC SPONSORED AMERICAN DEPOSITARY RECEIPT | GLX | 50 | 60.438 ** | $3,021.90 | | $55 | 1.82% | |
| GRUPO IUSACELL S A DE CV V SPONSORED ADR REP SER V SHS | CEL | 200 | 11.875 | $2,375.00 | | | | |
| HSBC HOLDINGS PLC SPONSORED AMERICAN DEPOSITARY RECEIPT | HBC | 110 | 71.400 ** | $7,854.00 | | $205 | 2.61% | |
| IMPERIAL CHEM INDS PLC ADR NEW AMERICAN DEPOSITARY RECEIPT | ICI | 120 | 23.188 ** | $2,782.56 | | $237 | 8.52% | |
| KONINKLIKE PHILIPS ELECTRONICS N V SPONSORED ADR NEW 2000 | PHG | 97 | 42.500 | $4,122.50 | | $94 | 2.28% | |
| MCDONALDS CORP | MCD | 90 | 30.188 ** | $2,716.92 | | $19 | .70% | |

SIPC

NT835BCH-TFJ-033902
TFJ-17231

**Prudential** Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

Securities Account ☆    MR DAVID W BUTLER &

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-855988-L1

Page 3 of 9

## Portfolio Detail

| | SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| **Equities-99.8% of Portfolio** | | (continued) | | | | | | |
| NATIONAL AUSTRALIA BANK LTD CAPITAL EXCHANGEABLE CONV PFD 7.875% BOOK ENTRY ONLY | NAU | 100 | 25.313 | $2,531.30 | | $197 | 7.78% | |
| NOVARTIS AG SPONSORED AMERICAN DEPOSITARY RECEIPT | NVS | 130 | 38.688 | $5,029.44 | | $53 | 1.05% | |
| PACIFIC CENTURY CYBERWORKS LTD SPONSORED AMERN DEPOSITARY RECEIPT | PCW | 341 | 11.000 | $3,751.00 | | | | |
| PANAMERICAN BEVERAGE INC CLASS A | PB | 280 | 17.000 ** | $4,760.00 | | $67 | 1.41% | |
| SIEMENS A.G. AMERICAN DEPOSITORY RECEIPTS NEW | SMAWY | 15 | 128.613 | $1,929.20 | | $10 | .52% | |
| TOKIO MARINE & FIRE INSURANCE LIMITED AMERICAN DEPOSITORY RECEIPTS NEW | TKIOY | 40 | 50.188 | $2,007.52 | | $14 | .70% | |
| WASHINGTON MUTUAL INC | WM | 95 | 39.813 ** | $3,782.24 | | $110 | 2.91% | |
| **TOTAL PRICED SECURITIES VALUE** | | | | $109,894.61 | | $2,566 | | |
| **Money Market Funds-.2% of Portfolio** | | | | | | | | |
| COMMAND MONEY FUND | | 190 | 1.000 | $190.00 | | $12 | 6.19% 7-Day Yield | |
| **TOTAL MONEY MARKET FUNDS** | | | | $190.00 | | $12 | | |

## Important Message about your Unrealized Gains (Losses)

This section presents estimated unrealized gains or losses for your information only, and should not be used for tax purposes. We suggest you review it for accuracy and contact your Financial Advisor with any questions before making any investment decisions. In instances where a gain (loss) has not been calculated, section and summary totals may not reflect a comprehensive view of your complete portfolio.

SIPC

NT93BGCK-TFJ-003901

# Prudential Securities

**Client Statement**

**Securities Account** ☆

For The Period:
September 1 - September 30, 2000

MR DAVID W BUTLER &

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

Account Number:
BBE-855988-L1

Page 4 of 9

SIPC

NT303BECK-TFU-303304
TFU-17031

## Unrealized Gain (Loss)

### Equities

| | ORIGINAL TRADE DATE | QUANTITY | PRICE OR ADJ COST | CURRENT PRICE | COST OR OTHER BASIS | CURRENT VALUE | UNREALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| ALCATEL SA SPONSORED ADR AMERN DEP RCPT REPSTG 1 ADR SHHS | 03-09-00 | 82 | 47.750 | 62.875 | $3,915.50 | $5,155.75 | $1,240.25 |
| | 04-04-00 | 20 | 38.125 | 62.875 | $762.50 | $1,257.50 | $495.00 |
| | 05-03-00 | 8 | 44.3688 | 62.875 | $354.95 | $503.00 | $148.05 |
| | | 110 | | | $5,032.95 | $6,916.25 | $1,883.30 |
| ALLIED IRISH PLC SPONSORED AMERN DEP RECPT ONE ADR REP 2 ORD SHS | 03-09-00 | 170 | 16.375 | 21.875 | $2,763.75 | $3,718.75 | $935.00 |
| | 03-10-00 | 80 | 16.375 | 21.875 | $1,310.00 | $1,750.00 | $440.00 |
| | | 250 | | | $4,093.75 | $5,468.75 | $1,375.00 |
| ALLTEL CORP | 07-25-00 | 20 | 61.7825 | 52.188 | $1,235.65 | $1,043.76 | ($191.89) |
| | 07-27-00 | 15 | 61.3115 | 52.188 | $919.67 | $782.82 | ($136.85) |
| | 08-16-00 | 15 | 56.9375 | 52.188 | $854.06 | $782.82 | ($71.24) |
| | | 50 | | | $3,009.38 | $2,609.40 | ($399.98) |
| BARCLAYS PLC AMERICAN DEPOSITARY RECEIPT | 03-09-00 | 40 | 96.000 | 110.563 | $3,840.00 | $4,422.52 | $582.52 |
| | 03-10-00 | 10 | 96.000 | 110.563 | $960.00 | $1,105.63 | $145.63 |
| | | 50 | | | $4,800.00 | $5,528.15 | $728.15 |
| BG PLC AMERICAN DEPOSITARY RECEIPT FINAL INSTALLMENT | 03-09-00 | 130 | 26.250 | 32.125 | $3,412.50 | $4,176.25 | $763.75 |
| | 03-10-00 | 40 | 25.500 | 32.125 | $1,020.00 | $1,285.00 | $265.00 |
| | | 170 | | | $4,432.50 | $5,461.25 | $1,028.75 |
| CABLE AND WIRELESS PUBLIC LTD CO SPONSORED AMERICAN RECEIPT DEPOSITORY | 03-13-00 | 80 | 69.750 | 42.563 | $5,580.00 | $3,405.04 | ($2,174.96) |
| | 04-04-00 | 10 | 48.625 | 42.563 | $486.25 | $425.63 | ($60.62) |
| | 06-06-00 | 30 | 51.750 | 42.563 | $1,552.50 | $1,276.89 | ($275.61) |
| | 07-07-00 | 10 | 56.125 | 42.563 | $561.25 | $425.63 | ($135.62) |
| | 08-16-00 | 5 | 51.4629 | 42.563 | $257.31 | $212.82 | ($44.49) |
| | | 135 | | | $8,437.31 | $5,746.01 | ($2,691.30) |
| CADBURY SCHWEPPES P L C AMERICAN DEPOSITARY RECEIPT 10 ORDINARY | 03-09-00 | 100 | 24.125 | 24.063 | $2,412.50 | $2,406.30 | ($6.20) |
| | 03-10-00 | 30 | 22.6875 | 24.063 | $680.63 | $721.89 | $41.26 |
| | | 130 | | | $3,093.13 | $3,128.19 | $35.06 |
| CHEUNG KONG HOLDING AMERICAN DEPOSITORY RECEIPT | 09-13-00 | 250 | 12.500 | 12.088 | $3,125.00 | $3,022.00 | ($103.00) |
| COCA COLA CO DELAWARE | 03-09-00 | 50 | 46.1875 | 55.125 | $2,309.38 | $2,756.25 | $446.87 |
| | 03-10-00 | 30 | 45.0625 | 55.125 | $1,351.88 | $1,653.75 | $301.87 |
| | | 80 | | | $3,661.26 | $4,410.00 | $748.74 |
| COMPAQ COMPUTER CORP | 03-09-00 | 200 | 26.1875 | 27.580 | $5,237.50 | $5,516.00 | $278.50 |
| | 03-10-00 | 50 | 28.6875 | 27.580 | $1,434.38 | $1,379.00 | ($55.38) |

**Prudential Securities**

**Client Statement**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Securities Account**

MR DAVID W BUTLER &

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-855988-L1

Page 5 of 9

SIPC

## Equities (continued)

| | ORIGINAL TRADE DATE | QUANTITY | PRICE OR ADJ COST | CURRENT PRICE | COST OR OTHER BASIS | CURRENT VALUE | UNREALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| | | 250 | | | $6,671.88 | $6,895.00 | $223.12 |
| DAIMLERCHRYSLER AG ORDINARY SHS | 03-09-00 | 40 | 61.750 | 44.390 | $2,470.00 | $1,775.60 | ($694.40) |
| | 03-10-00 | 20 | 60.9375 | 44.390 | $1,218.75 | $887.80 | ($330.95) |
| | | 60 | | | $3,688.75 | $2,663.40 | ($1,025.35) |
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | 03-09-00 | 35 | 49.3125 | 52.938 | $1,725.94 | $1,852.83 | $126.89 |
| | 03-10-00 | 25 | 48.500 | 52.938 | $1,212.50 | $1,323.45 | $110.95 |
| | | 60 | | | $2,938.44 | $3,176.28 | $237.84 |
| FANNIE MAE | 03-09-00 | 10 | 49.375 | 71.500 | $493.75 | $715.00 | $221.25 |
| | 03-09-00 | 40 | 49.375 | 71.500 | $1,975.00 | $2,860.00 | $885.00 |
| | | 50 | | | $2,468.75 | $3,575.00 | $1,106.25 |
| GILLETTE COMPANY | 03-09-00 | 90 | 30.1875 | 30.875 | $2,716.88 | $2,778.75 | $61.87 |
| | 03-10-00 | 60 | 29.5625 | 30.875 | $1,773.75 | $1,852.50 | $78.75 |
| | | 150 | | | $4,490.63 | $4,631.25 | $140.62 |
| GLAXO WELLCOME PLC SPONSORED AMERICAN DEPOSITARY RECEIPT | 04-06-00 | 50 | 58.3125 | 60.438 | $2,915.63 | $3,021.90 | $106.27 |
| GRUPO IUSACELL S A DE CV V SPONSORED ADR REP SER V SHS | 03-09-00 | 100 | 21.000 | 11.875 | $2,100.00 | $1,187.50 | ($912.50) |
| | 03-10-00 | 100 | 21.750 | 11.875 | $2,175.00 | $1,187.50 | ($987.50) |
| | | 200 | | | $4,275.00 | $2,375.00 | ($1,900.00) |
| HSBC HOLDINGS PLC SPONSORED AMERICAN DEPOSTARY RECEIPT | 03-09-00 | 100 | 56.125 | 71.400 | $5,612.50 | $7,140.00 | $1,527.50 |
| | 03-10-00 | 10 | 56.500 | 71.400 | $565.00 | $714.00 | $149.00 |
| | | 110 | | | $6,177.50 | $7,854.00 | $1,676.50 |
| IMPERIAL CHEM INDS PLC ADR NEW | 03-09-00 | 100 | 28.3125 | 23.188 | $2,831.25 | $2,318.80 | ($512.45) |
| | 03-10-00 | 20 | 27.375 | 23.188 | $547.50 | $463.76 | ($83.74) |
| | | 120 | | | $3,378.75 | $2,782.56 | ($596.19) |
| KONINKLIJKE PHILIPS ELECTRONICS N V SPONSORED ADR NEW 2000 | 03-09-00 | 38 | 50.0987 | 42.500 | $1,903.75 | $1,615.00 | ($288.75) |
| | 03-13-00 | 39 | 47.3559 | 42.500 | $1,846.88 | $1,657.50 | $189.38 |
| | 03-31-00 | 20 | 42.500 | 42.500 | $850.00 | $850.00 | $0.00 |
| | | 97 | | | $4,600.63 | $4,122.50 | ($478.13) |
| MCDONALDS CORP | 03-09-00 | 70 | 30.500 | 30.188 | $2,135.00 | $2,113.16 | ($21.84) |

NT93336CX-TFJ-003396
TFJ-17331

**Prudential** Securities — SIPC

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

Page 6 of 9

**Securities Account** ★

For The Period:
September 1 - September 30, 2000

MR DAVID W BUTLER &

Account Number:
BBE-855988-L1

### Unrealized Gains (Losses)

| | ORIGINAL TRADE DATE | QUANTITY | PRICE OR ADJ COST | CURRENT PRICE | COST OR OTHER BASIS | CURRENT VALUE | UNREAL'D GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| **Equities** | | | | | | | |
| (continued) | | | | | | | |
| | 03-10-00 | 20 | 32.0625 | 30.188 | $641.25 | $603.76 | ($37.49) |
| | | 90 | | | $2,776.25 | $2,716.92 | ($59.33) |
| NATIONAL AUSTRALIA BANK LTD CAPITAL EXCHANGEABLE CONV PFD 7.875% BOOK ENTRY ONLY | 03-16-00 | 50 | 24.471 | 25.313 | $1,223.55 | $1,265.65 | $42.10 |
| | 03-21-00 | 50 | 24.3855 | 25.313 | $1,219.28 | $1,265.65 | $46.37 |
| | | 100 | | | $2,442.83 | $2,531.30 | $88.47 |
| NOVARTIS AG SPONSORED AMERICAN DEPOSITARY RECEIPT | 03-09-00 | 100 | 30.500 | 38.688 | $3,050.00 | $3,868.80 | $818.80 |
| | 03-10-00 | 30 | 30.875 | 38.688 | $926.25 | $1,160.64 | $234.39 |
| | | 130 | | | $3,976.25 | $5,029.44 | $1,053.19 |
| PACIFIC CENTURY CYBERWORKS LTD SPONSORED AMERN DEPOSITARY RECEIPT | 03-09-00 | 220 | 28.6364 | 11.000 | $6,300.00 | $2,420.00 | ($3,880.00) |
| | 03-09-00 | 55 | 27.6136 | 11.000 | $1,518.75 | $605.00 | ($913.75) |
| | 03-13-00 | 66 | 25.6818 | 11.000 | $1,695.00 | $726.00 | ($969.00) |
| | | 341 | | | $9,513.75 | $3,751.00 | ($5,762.75) |
| PANAMERICAN BEVERAGE INC CLASS A | 03-09-00 | 180 | 16.250 | 17.000 | $2,925.00 | $3,060.00 | $135.00 |
| | 03-10-00 | 100 | 16.5625 | 17.000 | $1,656.25 | $1,700.00 | $43.75 |
| | | 280 | | | $4,581.25 | $4,760.00 | $178.75 |
| SIEMENS A G AMERICAN DEPOSITORY RECEIPTS NEW | 07-17-00 | 10 | 169.500 | 128.613 | $1,695.00 | $1,286.13 | ($408.87) |
| | 07-17-00 | 5 | 168.000 | 128.613 | $840.00 | $643.07 | ($196.93) |
| | | 15 | | | $2,535.00 | $1,929.20 | ($605.80) |
| TOKIO MARINE & FIRE INSURANCE LIMITED AMERICAN DEPOSITORY RECEIPTS NEW | 03-30-00 | 40 | 51.8086 | 50.188 | $2,072.34 | $2,007.52 | ($64.82) |
| WASHINGTON MUTUAL INC | 03-09-00 | 25 | 22.000 | 39.813 | $550.00 | $995.33 | $445.33 |
| | 03-09-00 | 70 | 22.000 | 39.813 | $1,540.00 | $2,786.91 | $1,246.91 |
| | | 95 | | | $2,090.00 | $3,782.24 | $1,692.24 |
| **Total** | | 3,463 | | | $111,278.91 | $109,894.51 | ($1,384.40) |
| **TOTAL UNREALIZED GAINS (LOSSES)** | | | | | | $109,894.51 | ($1,384.40) |

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

**Securities Account** ☆

MR DAVID W BUTLER &

For The Period:
September 1 - September 30, 2000

Account Number:
BBE-865988-L1

Page 7 of 9

SIPC

NT89SBC1CX-TFJ-003907

## Important Message About your Realized Gains/(losses)

This section presents estimated realized gains or losses for your information only, and should not be used for tax purposes. To calculate gains or losses, the oldest position has been liquidated first unless you specified otherwise (a "versus purchase" order). We suggest you review it for accuracy and contact your Financial Advisor with any questions before making any investment decisions. In instances where a gain (loss) has not been calculated, section and summary totals may not reflect a comprehensive view of your complete portfolio.

## Realized Gains /(losses)

| | ORIGINAL TRADE DATE | CLOSING TRADE DATE | QUANTITY | PRICE OR ADJ COST | CLOSING PRICE | COST OR OTHER BASIS | PROCEEDS | REALIZED GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|---|
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | 03-09-00 | 09-11-00 | 25 | 49.3125 | 57.625 | $1,232.81 | $1,440.63 | $207.82 |
| WASHINGTON MUTUAL INC | 03-09-00 | 09-12-00 | 35 | 22.000 | 36.375 | $770.00 | $1,273.13 | $503.13 |

## TOTAL REALIZED GAINS (LOSSES) $710.95

## Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE OR ADJ COST | COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| DIV ON    150 GILLETTE CO | | | | | | |
| 09/05 | Dividend | | | Income | | $24.36 |
| COMMAND MONEY FUND | | | | | | |
| 09/06 | Purchased | 25 | | 1.00 | $25.00 | |
| DIV ON    130 CABLE&WIRELESS SP/ADR | | | | | | |
| 09/11 | Dividend | | | Income | | $73.98 |
| FGN TAX WITHHELD ON      130 | | | | | | |
| CABLE&WIRELESS SP/ADR | | | | | | |
| 09/11 | Debit | | | | $7.40 | |
| COMMAND MONEY FUND | | | | | | |
| 09/12 | Purchased | 66 | | 1.00 | $66.00 | |
| ENI SPA AMERICAN DEPOSITORY RECEIPTS EACH ADR REPRESENTS 10 ORDINARY SHARES | | | | | | |
| 09/14 | Purchased | 1,441 | | 1.00 | $1,441.00 | |
| NEG RATE 00.00000   DISCRETION USED | | | | | | |
| 09/14 | Sold | -25 | | 57 5/8 | | $1,440.63 |
| DIV ON    130 CABLE&WIRELESS SP/ADR | | | | | | |
| TO REVERSE THE 09/11/00 DISTRIBUTION | | | | | | |
| TO MODIFY TAX REPORTING STATUS | | | | | | |
| 09/14 | Dividend | | | Reversal | $73.98 | |
| FGN TAX WITHHELD ON      130 | | | | | | |
| CABLE&WIRELESS SP/ADR | | | | | | |
| TO REVERSE THE 09/11/00 DISTRIBUTION | | | | | | |
| TO MODIFY TAX REPORTING STATUS | | | | | | |
| 09/14 | Credit | | | Reversal | | $7.40 |
| COMMAND MONEY FUND | | | | | | |
| 09/15 | Purchased | 1,205 | | 1.00 | $1,206.00 | |
| WASHINGTON MUTUAL INC | | | | | | |
| NEG RATE 00.00000   DISCRETION USED | | | | | | |
| 09/15 | Sold | -35 | | 36 3/8 | $1,273.13 | |
| DIV ON    130 CABLE&WIRELESS SP/ADR | | | | | | |
| 09/15 | Dividend | | | Income | | $65.90 |

NT8838CK-TRJ-0001 08

**Prudential Securities**

# Client Statement

**Securities Account ☆**

**MR DAVID W BUTLER &**

For The Period:
September 1 - September 30, 2000

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

Account Number:
BBE-855988-L1

Page 8 of 9

SIPC

**Account Activity**

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|
| | REPRESENTS CORRECT 09/11/00 DISTRIBUTION | | | | |
| 09/15 | Debit | | | $6.59 | |
| | FGN TAX WITHHELD ON 130 CABLE&WIRELESS SP/ADR REPRESENTS CORRECT 09/11/00 DISTRIBUTION | | | | |
| 09/18 | Purchased | 250 | 12 1/2 | $3,125.00 | |
| | CHEUNG KONG HOLDING AMERICAN DEPOSITORY RECEIPT PSI MAKES MARKET  NEG RATE 00.000000 | | | | |
| 09/18 | Sold | -3,065 | 1.00 | | $3,065.00 |
| | COMMAND MONEY FUND | | | | |
| 09/20 | Dividend | | Reversal | $116.88 | |
| | DIV ON 100 KONINKLIKE PH/E EXM TO REVERSE THE 08/14/00 DISTRIBUTION TO MODIFY TAX REPORTING STATUS | | | | |
| 09/20 | Credit | | Reversal | | $17.53 |
| | FGN TAX WITHHELD ON 100 KONINKLIKE PH/E EXM TO REVERSE THE 08/14/00 DISTRIBUTION TO MODIFY TAX REPORTING STATUS | | | | |
| 09/21 | Sold | -100 | 1.00 | | $100.00 |
| | COMMAND MONEY FUND AS OF 09/2000 | | | | |
| 09/21 | Dividend | | Income | | $116.88 |
| | DIV ON 100 KONINKLIKE PH/E EXM TO PAY CORRECT 08/04/00 DISTRIBUTION | | | | |
| 09/22 | Purchased | 117 | 1.00 | $117.00 | |
| | COMMAND MONEY FUND | | | | |
| 09/25 | Dividend | 2 | Money Fund | | $.45 |
| | COMMAND MONEY FND DIV REINV 08/28-09/25 | | | | |
| 09/26 | Purchased | 1 | 1.00 | $1.00 | |
| | COMMAND MONEY FUND | | | | |
| 09/27 | Dividend | | Income | | $57.85 |
| | DIV ON 250 ALLIED IRISH SP0 ADR | | | | |
| 09/27 | Debit | | | $12.73 | |
| | FGN TAX WITHHELD ON 250 ALLIED IRISH SP0 ADR | | | | |
| 09/28 | Purchased | 45 | 1.00 | $45.00 | |
| | COMMAND MONEY FUND REPRESENTS 9/27/00 DISTRIBUTION | | | | |
| 09/28 | Dividend | | Income | | $57.85 |
| | DIV ON 250 ALLIED IRISH SP0 ADR REVERSE 09/27/00 DISTRIBUTION | | | | |
| 09/28 | Dividend | | Reversal | $57.85 | |
| | DIV ON 250 ALLIED IRISH SP0 ADR DISTRIBUTION | | | | |
| 09/28 | Credit | | Reversal | | $12.73 |
| | FGN TAX WITHHELD ON 250 ALLIED IRISH SP0 ADR REVERSE 09/27/00 DISTRIBUTION | | | | |
| 09/29 | Purchased | 12 | 1.00 | $12.00 | |
| | COMMAND MONEY FUND | | | | |
| 09/29 | Dividend | | Income | | $16.80 |
| | DIV ON 280 PANAMERN BEV INC CLA | | | | |

SIMPLIFY YOUR LIFE-GO ONLINE! USE OUR ONLINE ACCOUNT ACCESS TO MANAGE YOUR FINANCES-ANY TIME NIGHT OR DAY VIA THE INTERNET. VISIT WWW.PRUDENTIALSECURITIES.COM TO WATCH A DEMO OR TO SIGN UP FOR ONLINE ACCOUNT ACCESS. START SIMPLIFYING YOUR LIFE TODAY!

NT8593BCK-TFJ-001908

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Client Statement**

**SIPC**

BBE-855988

Prudential Securities Incorporated, a subsidiary of
The Prudential Insurance Company of America,
Newark, New Jersey
One Seaport Plaza, New York, New York 10292

**E-mail Security:** The confidentiality of Internet e-mail cannot be guaranteed. Information you send us via e-mail could be viewed by others. Prudential Securities will never request replacement passwords or other private information, Prudential Securities will never request passwords or other private information. Prudential Securities will never request by e-mail any other account or trading passwords, equity, or your signature. Your statement may contain the following sections:

**Total Accounts** section, which represents the value of the account at month end and the prior period value. Unpriced securities will not be reflected in this net value. "Available to Order and Loan" reflects the amount available, reduced by an estimated unsettled amount available for withdrawal. A margin loan is a variable rate loan secured by your account.

**Gain (Loss) Summary (COMMAND only)** reflects realized gains and losses for the current period and year to date. Also reflected are estimated unrealized gains (losses) on securities held as of the end of the statement period.

**Income & Distributions** reflects the total of dividends, interest, partnership distributions and other income credited to your account. The schedule K-1 showing the taxpayer's share of net income or loss will be provided directly from the partnership to the investor.

**Cash Activity** Highlights displays Funds Added and Funds Withdrawn for the reporting period and year to date. Funds Added includes any Federal Funds wires, Automated Clearing House (ACH) funds and journal entries between separate accounts. All Margin funds and journal entries between separate accounts appear in a separate section for non-COMMAND and BusinessEdge Accounts.

**Portfolio Detail** section. This part does not display short positions, breakdown of priced "long" positions displayed within the Portfolio Detail section.

**Tax Information (Retirement Accounts only)** reflects the reportable contributions received for the current and prior IRS reportable years, as well as distributions for the current calendar year.

**Portfolio Detail** reflects all securities holdings and other investments held in the Portfolio Detail. Prices are listed from various quotation services which we believe to be reliable, but we cannot guarantee their accuracy. Prices in the "bid price" or the "full price" for "exchange-listed" securities or are generally the "full price" for unlisted securities at month end. Unlisted preferred securities are priced on a yield basis. The prices at which securities could have been bought or sold. Certain impress traded securities are not priced and are not included in the total value. Market values reflect the most recent price available at which securities could have been liquid, and prices may be approximations of estimates. Prices may be based on prior transactions and may not reflect the current market value of certain securities. Including but not limited to mortgage-backed securities, are likely to differ from the amounts that will be received if the security is sold. The price at which a security is called it may affect the yield you receive. Certain Unit Investment Trusts that are marginable are valued at the sponsor's repurchase price, less applicable sales charges, which are generally more than the public offering price, and which are priced at the Net Asset Value plus applicable sales charges. Unit Investment Trusts exclude accrued interest. The prices of managed futures

funds have been estimated; actual values are provided to investors on a separate monthly statement. Estimated Accrued Interest is the estimated amount that would be received upon a sale. In most cases, it is calculated from the date of the last coupon payment (prior to this statement). Estimated Annualized Income is based upon the dividend or interest expected to be received annually. Current Yield is derived by dividing Estimated Annualized Income by the Current Value. If there is no Estimated Annualized Income or Current Value, these amounts will appear as zero. Portfolio Yield are based upon historical distributions over the preceding 12 months and are not indicative of future results. Current results may represent a return of capital. Past performance is not indicative of future results.

Distributions from certain securities may represent a return of capital and losses on currency transactions may not represent taxable distributions. The information was obtained from outside services believed to be reliable, but no independent verification has been made, nor is their accuracy or completeness guaranteed. For other accounts, securities positions are grouped by asset type (e.g. stocks and bonds) and are shown in alphabetical order within each asset category. For a margin account, securities positions are grouped alphabetically within each asset category, "with long and short" positions shown in margin sequence (unless you have opted for an alternative display). Short positions are displayed in most cases for the asset type (e.g. stocks and bonds) and are shown in alphabetical order within the principal amount of bonds.

The following notes may appear on your statement:
C Specifies that the price shown for the security.
A Specifies that the price shown has been estimated, as derived from a pricing matrix. Actual value may be significantly different.
U Indicates that the security is unpriced as advised.
M Indicates securities held in a margin account.
R The priced amount and quantity owned have been provided by the investor.
S Indicates that the general value of these securities has been reduced to reflect any anticipated principal payments that will be credited to your account. Indicates that scheduled principal payments may be displayed as a separate line of detail for mortgage-backed securities that carry amortized value (AV)

**Realized and Unrealized Gains (Losses) (COMMAND only)** sections display securities by individual lot. Realized gains (losses) reflect the estimated unrealized gains (losses) are displayed for most securities, reflecting the price in which the shares were received. In later, Estimated unrealized gains (losses) are displayed for most securities. For most securities, cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For shares acquired from a decedent, you should consult your tax advisor to determine the current period of the period in which the shares were received. For transferred securities, the cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the cost basis shown may have been adjusted, your cost basis may require additional adjustments. Note: we do not represent the official tax accounting of such figures. For tax purposes, you should rely on your own records and the Prudential Securities Consolidated Statement (Form 1099). For details, please refer to "How To Read Your COMMAND Statement."

For all settled transactions in your account in chronological sequence during the statement period. In COMMAND/BusinessEdge Accounts, activity is categorized and chronological display. In the "Dividend Reinvestment section, the fractional shares in Closed End Funds and Equity Securities are displayed. Book entry Units are members of the Securities Investor Protection Corporation (SIPC), which protects securities in your account up to

$500,000 (including up to $100,000 for cash). In the unlikely event of SIPC liquidation, Prudential Securities maintains a "Net Equity" Excess SIPC program, which provides coverage to clients for the total amount of their cash and fully paid securities. This coverage does not protect your account from fluctuations in the market value of your investments. FDIC rules require that you be informed that Prudential Securities is not a bank and that securities offered through Prudential Securities are not insured by the FDIC otherwise expressly indicated. Insured Income Account and certificates of deposit balances are insured up to $100,000 per beneficial owner through the depository institution's Federal deposit insurance.

This is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account, as required by Regulation T is available for your inspection at your request.

Our interest period runs from the third Friday of each month to the next month. Interest is calculated daily based on the net daily debit balance which includes any credit and debit balances in your account. Your average daily margin balance is calculated by multiplying the net daily debit balance by the rate of interest and a fraction, the numerator of which is the number of days (360). This statement will show the average net daily debit balance and the interest rate used to arrive at the amount of interest charged. Interest is provided to you pursuant to Rule 10b-16 of the Securities Exchange Act of 1934.

Interest is charged on the daily debit balance in your account and such interest charges, if not paid, will be added to the debit balance on the net daily debit.

A minimum charge of $50 is debited annually to your non-COMMAND Accounts. Accounts within a COMMAND Plus household, and packaged households receiving the COMMAND Plus Statement, will be billed this annual fee for previous 12 months on an annual basis (i.e. Retirement, and for International, Retirement, and returned by the Postal Service are undeliverable and we are unable to locate you through reasonable efforts, a safekeeping fee of $25 per year from your branch office.

If you reside in an account, the official record of your account. All account statements sent to you shall be considered binding upon you if you do not object in writing within ten days. If you have any questions concerning your account, please contact your Financial Advisor or local branch manager immediately. All checks are to be made payable to Prudential Securities Incorporated. Please be advised that if there are any changes in your investment objectives or financial condition. Also, please notify your Financial Advisor of any change of address. We will mail you a questions regarding service-related issues, please call your Financial Advisor or Client Relations at our toll-free number, 1-888-774-1774.

(Revised 08-2000)

NT9338CK-TFJ-0039IK

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Client Statement**

SIPC

# COMMAND Account ☆

For The Period:
September 1 - September 30, 2000

Page 1 of 4

Account Number:
TFJ-179313-A9

Phone: 202-872-6542

Your Financial Advisor:
DOUGLAS RICHARDS
SENIOR V.P. INVESTMENTS
1130 CONNECTICUT AVENUE N. W.
ELEVENTH FLOOR
WASHINGTON     DC 20036
E-mail Address: douglas_richards@prusec.com
Your Branch Manager: FORREST E. WILLIAMS

MR DAVID W BUTLER &
MRS KRISTIN G BUTLER JT TEN
17370 SKYLINE BLVD
WOODSIDE     CA 94062-3715

## Total Account Net Worth

| | |
|---|---|
| Money Market Funds | $33,295.00 |
| Cash Balance | $.98 |
| | $54,088.00 |
| | |
| Total Net Worth | $33,295.98 | $21,088.94 |
| Available For Checkwriting, Visa And Loans | | $19,593.94 |

## Gain (Loss) Summary

| | |
|---|---|
| Year To Date Realized Gain (Loss) | $187,250.17 |

## Income & Distributions

| | | |
|---|---|---|
| Money Fund Dividends | $137.84 | $2,283.40 |
| | | |
| Total Income | $137.84 | $2,283.40 |

## Cash Activity Highlights

| | | |
|---|---|---|
| Opening Cash And Fund Balance | $33,295.98 | $2,283.40 |
| Income & Distributions In Cash | $137.84 | $216,849.01 |
| Net Securities Bought/Sold | $.00 | ($112,000.00) |
| Funds Withdrawn | $.00 | ($34,948.85) |
| Visa Card Activity | ($5,576.46) | ($55,409.43) |
| Checking & Billpay | ($6,768.42) | ($7.72) |
| Marg Interest Charged | $.00 | |
| Closing Cash And Fund Balance | $21,088.94 | |

## Asset Composition

Money Mkt Funds—100%

*46*

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

**COMMAND Account** ★

For The Period:
September 1 - September 30, 2000

MR DAVID W BUTLER &

Account Number:
TFJ-179313-A9

Page 2 of 4

### Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| **Money Market Funds-100.0% of Portfolio** | | | | | | | |
| COMMAND MONEY FUND | 21,088 | 1.000 | $21,088.00 | | $1,305 | 6.19% | 7-Day Yield |
| **TOTAL MONEY MARKET FUNDS** | | | **$21,088.00** | | **$1,305** | | |

### Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

### Income and Distributions

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 09/25 | Money Fund Dividend | | For Reinvestment | | $137.84 |

### Miscellaneous

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 09/25 | VISA | | | $5,067.41 | |
| 09/25 | VISA | | | $509.05 | |

COMMAND MONEY FND DIV REINV 08/28-09/25
VISA PURCHASES FOR SEPTEMBER
VISA PURCHASES FOR SEPTEMBER

### Visa Card Activity

**VISA Card-Purchases**

| TRANSACTION DATE | DATE PAID | DESCRIPTION | | | AMOUNT | ENTRY | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/30/00 | 09/25/00 | HAWTHORNE LANE | SAN FRANCISCO | CA | $1,360.41 | Merchant Charge | 24492790224411800010030 |
| 08/31/00 | 09/25/00 | IL FORNAIO #3018 | PALO ALTO | CA | $76.82 | Merchant Charge | 24493980224520600051901 16 |
| 09/02/00 | 09/25/00 | BUPA INTERNATIONAL | BRIGHTON | | $509.05 | Merchant Charge | 74532140250908051052964 |
| 09/09/00 | 09/25/00 | HAWTHORNE LANE | SAN FRANCISCO | CA | $302.69 | Merchant Charge | 24492790225411800010016 8 |
| 09/12/00 | 09/25/00 | MORTON'S OF CHICAGO | SAN FRANCISC | CA | $952.54 | Merchant Charge | 24625920256462235060115 |
| 09/14/00 | 09/25/00 | CLUB MED SALES | CORAL GABLES | FL | $2,374.95 | Merchant Charge | 24266570259757000001671 |

6 VISA purchase items were processed, totaling: $5,576.46

For your protection, you must notify us within 60 days regarding incorrect VISA charges. Call 1-800-774-2878.

SIPC

NTRBBACK-TFJ-0036-11
TFJ-179931

**Prudential**
Securities

| Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

**COMMAND Account** ☆

For The Period:
September 1 - September 30, 2000

MR DAVID W BUTLER &

Account Number:
TFJ-179313-A9

Page 3 of 4

SIPC

## Checkbook Activity

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/29/00 | 09/01/00 | 0187 | WASHINGTON MUTUAL | | $2,904.62 | | 0017009011500777910000 |
| 08/29/00 | 09/01/00 | 0188 | BREUNERS FURNITURE | | $712.41 | | 0017209011500878860000 |
| 09/01/00 | 09/07/00 | 0189 | CITIBANK | | $3,151.39 | | 0471080071204559860000 |

AS OF September 30, 3 CHECKS WERE PROCESSED, TOTALING: $6,768.42

To update expense code categories, call COMMAND at 1-800-774-2878.

## Money Fund Purchases & Redemptions

| | DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| COMMAND MONEY FUND | 09/05 | Sold | - 3,617 | 1.00 | | $3,617.00 |
| AS OF 09/01/00 | | | | | | |
| COMMAND MONEY FUND | 09/08 | Sold | - 3,151 | 1.00 | | $3,151.00 |
| AS OF 09/07/00 | | | | | | |
| COMMAND MONEY FND DIV REINV 08/26-09/25 | 09/25 | Purchased | 137 | 1.00 | $137.00 | |
| COMMAND MONEY FUND | 09/25 | Sold | - 5,576 | 1.00 | | $5,576.00 |

SIMPLIFY YOUR LIFE-GO ONLINE! USE OUR ONLINE ACCOUNT ACCESS TO MANAGE YOUR FINANCES-ANY TIME NIGHT OR DAY VIA THE INTERNET. VISIT
WWW.PRUDENTIALSECURITIES.COM TO WATCH A DEMO OR TO SIGN UP FOR ONLINE ACCOUNT ACCESS. START SIMPLIFYING YOUR LIFE TODAY!