## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a copy of Plaintiff's Motion seeking permission to file surreply and associated Order and brief, was served via U.S. Mail, postage prepaid, this 30th day of September, upon the following:

Donald J. Enright

FINKELSTEIN, THOMPSON & LOCHRAN

1050 30TH Street, NW

Washington, DC 20007

/s/ Timothy N. McGarey

Timothy N. McGarey