IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 00-1827 |
| vs. | : |
| DAVID W. BUTLER, | : |
| Defendant. | : |

### ORDER

Upon consideration of the motion filed by Plaintiff United States Securities and Exchange Commission seeking permission to file a surreply in this matter, Plaintiff's motion is hereby **GRANTED**.

_10/5/05_
DATE

_D. Cercone_
JUDGE DAVID S. CERCONE