IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 00-1827 |
| DAVID W. BUTLER, | : |
| Defendant. | : |

**ORDER**

Upon consideration of Plaintiff's motion to strike, or in the alternative, for permission to respond to, the Supplemental Declaration, Plaintiff's motion to strike is hereby **GRANTED**.

Alternatively, Plaintiff's motion for permission to respond is hereby **GRANTED**.

_____       _____
    DATE                                                JUDGE DAVID S. CERCONE