IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 00-1827 |
| vs. | : |
| DAVID W. BUTLER, | : |
| Defendant. | : |

**ORDER**

Upon consideration of Plaintiff's motion seeking permission to Reply to the affidavits recently filed on behalf of Defendant, Plaintiff's motion is hereby **GRANTED**.

_____          _____
         DATE                                                JUDGE DAVID S. CERCONE