IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

DAVID W. BUTLER,

    Defendant.

CIVIL ACTION NO. 00-1827

## ORDER

Upon consideration of Plaintiff's motion seeking permission to Reply to the affidavits recently filed on behalf of Defendant, Plaintiff's motion is hereby **GRANTED**. NO FURTHER FILINGS WILL BE PERMITTED IN CONNECTION WITH THIS MATTER.

11/16/05
DATE

JUDGE DAVID S. CERCONE