UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 00-1827 |
| Plaintiff, | Judge Cercone |
| v. | |
| DAVID W. BUTLER, | |
| Defendant. | |

### (PROPOSED) ORDER

Having considered Defendant's Motion for Reconsideration dated January 11, 2006, and all briefing thereupon, it is hereby ORDERED that this Motion is hereby GRANTED. IT IS FURTHER ORDERED that Defendant is awarded a judgment for costs and Plaintiff Securities and Exchange Commission shall pay Defendant David W. Butler a sum of $79,615.99 within 90 days of this Order.

IT IS SO ORDERED on this ____ day of _____, 2006.

_____
David S. Cercone
United States District Judge