UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 00-1827 |
| Plaintiff, | Judge Cercone |
| v. | |
| DAVID W. BUTLER, | |
| Defendant. | |

## DECLARATION OF DONALD J. ENRIGHT, ESQ.
## IN SUPPORT OF MOTION FOR RECONSIDERATION

I, Donald J. Enright, counsel for David W. Butler in this matter and a partner with Finkelstein, Thompson & Loughran, hereby affirm and attest under penalty of perjury as follows:

1. I am an adult of sound mental health, and make these representations on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy listing of costs incurred by Defendant in connection with this matter. This listing was extracted from a previous list of all of Defendant's costs in this matter, submitted to the Court as Exhibit 8 to the Second Declaration of Donald J. Enright in Support of Defendant's Motion for An Ward of Fees and Expenses. Unlike the previously submitted exhibit, this listing is exclusively limited to costs arising from photocopying, telecopying, transcripts fees and filing fees in this action.

Sworn and subscribed under penalty of perjury this ___th day of January, 2006.

_____
Donald J. Enright, Esq.

# EXHIBIT 1

| Date | Category | Expense Description | Amount |
|---|---|---|---|
| 12/31/2000 | COPYING | Photocopying | 827.44 |
| 12/31/2000 | DOCUMENT FEE | Document Fee | 11168.53 |
| 12/31/2000 | MISCELLANEOUS | Filing Fee | 120 |
| 8/29/2001 | TRANSCRIPT | Brentano Reporters, LTD - Computer generated transcript | 598.5 |
| 8/29/2001 | TRANSCRIPT | Copley Cort Reporting, Inc. - Transcript of Jeffery P. McCarthy | 785.25 |
| 9/4/2001 | TRANSCRIPT | Powers, Garrison & Hughes - Transcript and video tape Winner | 572.8 |
| 9/26/2001 | TRANSCRIPT | Winner | 75.1 |
| 9/26/2001 | TRANSCRIPT | Powers, Farrison & Hughes - Michael Green Transcript | 283.2 |
| 9/26/2001 | TRANSCRIPT | AKF Reporters, Inc - Transcript of Gary Brunner depo | 688.5 |
| 9/26/2001 | TRANSCRIPT | AKF Reporters, Inc - Transcript of Eric Cooper and Kevin Nigh | 704 |
| 9/26/2001 | TRANSCRIPT | Powers, Garrison & Hughes - Thomas Fill Transcript | 969.71 |
| 9/26/2001 | TRANSCRIPT | Esquire Deposition Services - Court reporting on 8/02/01 of Kirk Wrigley | 1909.11 |
| 11/30/2001 | TRANSCRIPT | Vincent Varallo Associates, Craig Mccann Transcript | 1158.4 |
| 1/31/2002 | COPYING | Telecopying | 343 |
| 1/31/2002 | COPYING | Photocopying | 14950.03 |
| 1/31/2002 | DOCUMENT FEE | Document Fee | 11698.32 |
| 1/31/2002 | MISCELLANEOUS | Filing Fee | 120 |
| 1/31/2002 | PROCESS SERVICE | Service of Process | 3879.5 |
| 8/31/2002 | COPYING | Xerox charges (August 2002) | 357 |
| 9/26/2002 | OUTSIDE REPRODUCTION COSTS | ZAP - Outside reproduction costs (invoice #11352) | 24.53 |
| 9/26/2002 | OUTSIDE REPRODUCTION COSTS | Copy General - Outside reproduction services (Invoice #1104260) | 54.46 |
| 9/30/2002 | COPYING | Xerox charges (Sept 2002) | 1879.5 |
| 10/31/2002 | COPYING | Xerox charges (Oct 2002) | 22.4 |
| 10/31/2002 | FACSIMILE | Fax Charges (Oct 2002) | 4 |
| 11/30/2002 | COPYING | Xerox charges (Nov 2002) | 88.55 |
| 12/31/2002 | COPYING | Xerox charges (Dec 2002) | 992.95 |
| 12/31/2002 | FACSIMILE | Fax Charges (Dec 2002) | 16 |
| 1/31/2003 | COPYING | Xerox Charges (Jan) | 1229.55 |
| 1/31/2003 | FACSIMILE | Fax Charges (Jan) | 15 |
| 3/27/2003 | COPYING | Copy General - Outside reproduction services (Invoice #1112047) | 134 |
| 9/30/2003 | COPYING | Photocopying | 9.8 |
| 11/30/2003 | COPYING | Photocopying (Nov 2003) | 687.75 |
| 3/31/2004 | COPYING | Photocopying (March 2004) | 611.1 |
| 5/31/2004 | COPYING | Photocopying - downstairs copier (May 2004) | 1.4 |
| 6/30/2004 | COPYING | Photocopying - upstairs copier (June 2004) | 4.55 |
| 6/30/2004 | COPYING | Photocopying (in-house reproduction costs - June 2004) | 6.65 |

| Date | Category | Description | Amount |
|---|---|---|---|
| 7/31/2004 | COPYING | Photocopying (July 2004) | 1995 |
| 8/20/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services - Client #1867 - Documents & Postage | 26.65 |
| 8/20/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services - Client #1867 - Documents & Postage | 26.65 |
| 8/31/2004 | COPYING | Photocopying (August 2004) | 2981.3 |
| 8/31/2004 | FACSIMILE | Fax charges | 6 |
| 9/24/2002 | OUTSIDE REPRODUCTION COSTS | Reproduction Services during Butler trial in Pittsburgh, PA (9/04) | 148.46 |
| 9/27/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services - Invoice #14586 | 28.46 |
| 9/27/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services - Invoice #14601 | 175.89 |
| 9/27/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services (9/16/04) - Copy General Invoice #14641 | 238.15 |
| 9/27/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services - Butler Trial Prep (9/17/04) | 467.31 |
| 9/27/2004 | OUTSIDE REPRODUCTION COSTS | Reproduction Services - Invoice #14601 | 1103.24 |
| 9/27/2004 | PROCESS SERVICE | Service of Process on Seth Rosenberg (9/9/04) - Captiol | 183.85 |
| 10/6/2004 | DOCUMENT FEE | Document Fee - RGG OOPS reproduction costs during Butler trial (9/21/2004) | 7.5 |
| 10/31/2004 | COPYING | Photocopying - downstairs copier (October 2004) | 99.4 |
| 10/31/2004 | COPYING | Photocopying - upstairs copier (October 2004) | 162.75 |
| Aug-04 | COPYING | Photocopying | 4987.5 |
| Aug-04 | FACSIMILE | Fax Charges | 6 |
| Sep-04 | COPYING | Photocopying | 9673.3 |
| Sep-04 | FACSIMILE | Fax Charges | 308 |
| | | **TOTAL** | **79615.99** |