recpt # 2698

# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT _Western District of Pennsylvania_     _Pittsburgh_
                              (District/State)                               (Location)

U.S. TAX COURT ( )                    CIRCUIT COURT
                                      DOCKET NO. _____
                                      (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

*SECURITIES AND EXCHANGE COMMISSION*        DISTRICT or
                                            TAX COURT NO. _2:00-cv-1827-DSC_
                v.                          DISTRICT of
                                            TAX COURT
                                            JUDGE _____
*DAVID W. BUTLER*

   Notice is hereby given that _David W. Butler_
                                              (Named party)

appeals to the United States Court of Appeals for the Third Circuit from

   ( ) Judgment      (X) Orders      ( ) Other (Specify)

entered in this action on _December 29, 2005_ and _February 1, 2006_
                                              (date)

DATED: _[signature]_                          _3/13/06_
       (Counsel for Appellant - Signature)

_Donald J. Enright_                           _Timothy N. McGarey, U.S. S.E.C._
(Name of Counsel - typed)                     (Counsel for Appellee)

_1050 30th Street, NW_                        _100 F. Street, NE_
(Address)                                     (Address)

_Washington, DC 20007_                        _Washington, DC 20549_
(City, State, Zip Code)                       (City, State, Zip Code)

_(202) 337-8000_                              _(202) 551-5140_
(Telephone No. - U.S. Gov't ETS               (Telephone No. - U.S. Gov't
 or Other)                                     FTS or Other)

   Note:   USE ADDITIONAL SHEETS if all appellants and/or all counsel for
           appellees cannot be listed on the Notice of Appeal sheet.