```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH Division

# 06002698 - ET   ET
   March 14, 2006

Code    Case #    Qty      Amount

APPEAL D 00-1827   1 @ 255.00
                         255.00 CH


TOTAL→            255.00



FROM: FINKELSTEIN THOMPSON
      1050 30TH ST NW
      WASHINGTON, D.C.
```